UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wine Scout International, d/b/a Bounty Hunter<br><br>Plaintiff(s),<br><br>v.<br><br>Garcia Family Vineyards, Inc., d/b/a Bounty Hunter Wines<br><br>Defendant(s). / | No. C 08-00858<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2/8/2008                                    Signature _____

Counsel for Wine Scout International
(Plaintiff, ~~Defendant, or indicate "pro se"~~)