| *Attorney or Party without Attorney:*<br>DICKENSON, PEATMAN & FOGARTY<br>809 COOMBS STREET<br>NAPA, CA 94559<br>*Telephone No:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | | | |

*Insert name of Court, and Judicial District and Branch Court:*

NORTHWEST DISTRICT SUPERIOR COURT

*Plaintiff:* WINE SCOUT INTERNATIONAL, ETC.

*Defendant:* GARCIA FAMILY VINEYARDS, INC., ETC.

| PROOF OF SERVICE<br>SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08 00858 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons

3. a. *Party served:*          GARCIA FAMILY VINEYARDS, INC.
   b. *Person served:*        ANGELA GARCIA

4. *Address where the party was served:*     5672 ELEANOR ROAD
                                              Oakdale, CA 95361

5. I served the party:
   b. **by substituted service.** On: Tue., Feb. 12, 2008 at 8:00PM by leaving the copies with or in the presence of:
      ANGELA GARCIA
   (2) **(Home)**Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
       copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Feb. 13, 2008 from: MERCED, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. RUBY COFFMAN.                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)

   *Modesto Legal Support Services*         d.  *The Fee for Service was:*   $100.50
   A Division of Legal Support Net, Inc.
   121 Downey Ave., #203B (95354)           e.  I am: (3) registered California process server
        P.O.Box 1091                                   (i)   Employee
       Modesto, CA 95353                                (ii)  *Registration No.:*      109
                                                        (iii) *County:*                Merced

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Fri, Feb. 22, 2008

Judicial Council Form POS-010          PROOF OF SERVICE                        (RUBY COFFMAN)
Rule 982.9.(a)&(b) Rev January 1, 2007      SUMMONS                                              dp&f 4860

## PROOF OF SERVICE

I declare that I am over the age of 18 years, employed in the County of Napa, and not a party to the within action; my business address is 809 Coombs Street, Napa, California 94559.

On February 22, 2008, I placed a copy of the following document(s):

- **PROOF OF SERVICE - SUMMONS**

in a sealed envelope addressed as shown below and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

The persons served are as follows:

Garcia Family Vineyards, Inc.
5672 Eleanor Road
Oakdale, CA 95361

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 22, 2008, at Napa, California.

Jaymie Kilgore
Legal Secretary