John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA 95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA 95358-0002
Tel: (209) 524-9903
Fax: (209) 524-6655
E-Mail: john@jvlaw.net

Attorneys for Defendant GARCIA
FAMILY VINEYARDS, INC., d/b/a
BOUNTY HUNTER WINES

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINE SCOUT INTERNATIONAL, d/b/a BOUNTY HUNTER,<br><br>Plaintiff,<br><br>vs.<br><br>GARCIA FAMILY VINEYARDS, INC., d/b/a BOUNTY HUNTER WINES,<br><br>Defendant. | Case No.: C 08-00858 RS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |

Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between the parties, through their undersigned attorneys, that Defendant GARCIA FAMILY VINEYARDS, INC., d/b/a BOUNTY HUNTER WINES, shall have an extension from Monday, March 3, 2008, up to and including Friday, March 7, 2008, within which to respond to the Complaint. Pursuant to Local Rule 6-1(a), this stipulation is hereby submitted to the court.

-1-

STIPULATION TO EXTEND TIME PURSUANT TO L.R. 6-1(a) - C 08-00858 RS

1  DATED: February 24, 2008.                 DICKENSON, PEATMAN & FOGARTY

                                             By: _____
                                                 J. Scott Gerien, Esq.
                                                 Attorneys for Plaintiff
                                                 WINE SCOUT INTERNATIONAL
                                                 d/b/a BOUNTY HUNTER


   DATED: February 28, 2008.                 JV LAW


                                             By: _____
                                                 John W. Villines
                                                 Attorneys for Defendant GARCIA
                                                 FAMILY VINEYARDS, INC., d/b/a/
                                                 BOUNTY HUNTER WINES

-2-

STIPULATION TO EXTEND TIME PURSUANT TO L.R. 6-1(a) - C 08-00858 RS