# EXHIBIT 1

# FALL & HOLIDAY 2007

*The Continuing Adventures of Napa Valley's*



## BOUNTY HUNTER

*And His Relentless Quest for the Finest*

## RARE WINE & PROVISIONS

## CATALOG

Est. 1994

### A TASTE OF WHAT'S INSIDE

| | |
|---|---|
| **DIAMOND CREEK** | **KAPCSÁNDY** |
| **HOURGLASS** | **CAYMUS** |
| **ANTINORI** | **ETUDE** |
| **GAJA** | **RAMEY** |

*CAYMUS*
New Releases
from a Napa
Valley Icon

Page 2 

MERCHANT ♠ NEGOCIANT ♠ VINTNER

**EXHIBIT 2**







BOUNTY HUNTER
RARE WINE & PROVISIONS
Est. 1994

HACKER SAFE
TESTED 04-MAR    800.943.9463
MAILING LIST | VIEW CART | MY ACCOUNT | HELP
SEARCH  Find a Product    GO

SHOP    ABOUT    WINE CLUB    SIGN UP    WINES WE MAKE    GIFTING    CONTACT

## WINE SHOP

Welcome to the Bounty Hunter Rare Wine website. For the past decade we've made it our business

to track down rare wines and luxury lifestyle provisions. Satisfaction guaranteed.

*"Our top pick...entertaining and irreverant."*

*-Food & Wine*

**BOUNTY HUNTER THEATRE**



CLICK TO WATCH

### Select Ship to State

SHIP TO --

### Domestic/Import

| Domestic |
| Import |

### Categories

| Gifts Packs |
| Provisions |
| Wine |
| Wine Clubs |

### Producers

Select Producers

### Wine Type

Select Wine Type

### Varietal

Select Varietal

### Appellation

Select Appellation


VeriSign Secured
VERIFY»

BBB ACCREDITED BUSINESS

ABOUT SSL CERTIFICATES


HACKER SAFE
TESTED DAILY 04-MAR

### SEASONAL ♠ SPECIALS



2004 Rudd Proprietary Red Wine Oakville

2004 Twomey Merlot Napa Valley

2005 Diamond Creek Volcanic Hill Cabernet Sauvignon Napa Valley

2005 Joseph Phelps Cabernet Sauvignon Napa Valley

2005 Joseph Phelps Insignia Red Wine Napa Valley 12-pack Presale

2005 Lewis Cabernet Sauvignon Napa Valley

## MOST WANTED

| RED WINES | WHITE WINES | PROVISIONS |
|---|---|---|
| ♦ Gaja | ♦ Ramey | ♦ Wine Kaddy |
| ♦ Nickel & Nickel | ♦ Magnien | ♦ Laguiole |
| ♦ Luna Vineyards | ♦ Alpha Omega | ♦ Schott- Zwiesel Stemware |



Glassware Giveaway
(click for details)

Wine Spectator
20th
Watch

FOOD&WINE
"10 Best Online Wine Shops"


Markets
"My favorite [wine club] is Bounty Hunter Rare Wine & Provisions."

**MERCHANT    ♠    NEGOCIANT    ♠    VINTNER**

# EXHIBIT 3





**EXHIBIT 4**



# HUNGRY?

## YOU CAME TO THE RIGHT PLACE.

### The 30 second tour...

Just over 13 years ago Mark Pope started this company at his kitchen table with a yellow pad and a dream. Mr. Pope spent the next few years building relationships with the finest wineries and winemakers in the valley in order to put together what today is considered one of the most prolific wine catalogs in the business.

About four years ago we opened the Bounty Hunter Wine Bar and Bistro at this historic location to support our catalog and turn people on to great wine and food. We offer over 400 wines on the shelf to take home, ship or drink here and we keep 40 wines available by the glass. So enjoy a glass of wine with a bite to eat and let us take care of you.

### Semorile Building C. 1888

The Semorile family came to Napa in 1869 and started their grocery business just east of this site. Early in 1889, they established a new store in this building, remaining until their retirement in 1924. The former upstairs residence now houses the Bounty Hunter offices.

Built by Batolomeo Semorile and designed by Napa architect Luther M. Turton, the Semorile building is an example of Victorian commercial architecture. It is one of Downtown Napa's oldest structures and is in the National Registry of Historic Landmark Buildings.

**"Because basically, people just want great stuff!" ®**



**WINE BAR & BISTRO**

## MENU

Available:
3pm – Close everyday
11am – Close on Friday, Saturday & Sunday

## COLD

**Olives** $4.5
Five different types of olives in a citrus-herb marinade served with mixed nuts.
*Suggested Wine Pairing: 2005 Rudius Grenache*

**Grilled Asparagus** $8.0
Fresh grilled asparagus, sauce gribiche, prosciutto and Fiscalini cheddar.
*Suggested Wine Pairing: 2006 Robert Sinskey Abraxas*

**Napa Market Salad** $7.5
Petite greens with pears, walnuts, Point Reyes blue cheese and balsamic vinaigrette.
*Suggested Wine Pairing: 2006 Clos Du Caillou Rosé*

**Baby Beet Salad** $9.5
Marinated Beets, candied pecans, chevre, blood orange and mâche in citrus vinaigrette.
*Suggested Wine Pairing: 2006 Pursuit Rosé*

**Chef's Cheese Plate** $15.0
A taste of four gourmet cheeses with seasonal accoutrements and bread.
*Suggested Wine Pairing: 2006 Prà Soave Classico*

**Charcuterie Plate** $13.5
Fine, local artisan meats served with cornichons, mustards and sourdough baguette.
*Suggested Wine Pairing: 2005 Broken Spur Zinfandel*

**Venison Carpaccio** $ 13.0
Pepper-crusted venison loin seared rare, paired with an apple-frisèe salad dressed in cider-brown butter vinaigrette.
*Suggested Wine Pairing: 2005 Green Lion Merlot*

**Duck Rillette** $12.0
Our twist on a French classic, a delicious spread served with crisp baguette chips and traditional accoutrements.
*Suggested Wine Pairing: 2005 Pursuit Pinot Noir*

## SWEET

**Chocolate Lava Cake** $5.0
A molten chocolate cake with macerated cherries, port, almonds and whipped cream.
*Suggested Wine Pairing: NV Meyer Family Port*

**Bread Pudding** $6.0
Torn sourdough, sugar, spice and everything nice. Ask your server for today's creation
*Suggested Wine Pairing: Dow's Vintage Port*



**BOUNTY HUNTER**

**WINE BAR & BISTRO**

## HOT

**Soup of the day** $5.0

**Raclette** $11.5
A traditional Swiss cheese melted in a cast iron pan with yellow marble potatoes, roasted peppers, mushrooms and pearl onions. Served with cornichons, prosciutto and bread.
*Suggested Wine Pairing: 2005 Soter "Beacon Hill" Pinot Noir*

**Artichoke-Spinach Dip** $10.5
Roasted artichoke hearts and spinach are blended together with roasted peppers, parmesan cheese and prosciutto to form this wine bar favorite.
*Suggested Wine Pairing: NV Banrock Station Sparkling Chardonnay*

**Savory Tart** $10.0
A Parmesan Reggiano custard with a ragout of yellowfoot chanterelles, English peas and spring garlic in flaky crust. Served with herb crème fraîche and pea tendril salad.
*Suggested Wine Pairing: 2006 Bonny Doon Sangiovese*

**The Reubenesque** $12.0
This hearty sandwich starts with Charlie's Pride Pastrami, topped with sauerkraut and melted Gruyère cheese all set atop a thick slice of marble rye.
*Suggested Wine Pairing: 2005 Rudius Grenache*

**Lamb Flatbread** $13.0
Moroccan spice-rubbed leg of lamb thinly sliced with fresh hummus on warm flat bread. Served with red onion raita and Greek salad.
*Suggested Wine Pairing: 2005 Broken Spur Petite Sirah*

**Sizzlin' Sausages** $12.5
Two different links oven-roasted served with Dijon, whole grain mustard and sauerkraut.
*Suggested Wine Pairing: 2005 Foley Charbono*

**Bouillabaisse** $13.0
A hearty seafood stew made with an assortment of fish and shellfish, in a white wine, tomato and fennel broth. Served table side in a copper Cataplana with toast points.
*Suggested Wine Pairing: 2005 Martin Ray Pinot Noir*

**Grilled Steak** $21.0
Simple: a juicy 10oz. NY strip cooked on our grill just the way you like it!
*Suggested Wine Pairing: 2003 Tin Star Proprietary Red*

**Grilled Fish** $A.Q.
Ask your server about today's fresh catch.
*Suggested Wine Pairing: Great White Flight*

**The Cowboy Steak** $60.0
A 36oz. prime graded bone-in rib eye. Nuff Said!
*Suggested Wine Pairing: The Bounty Hunter Round-Up Flight*

**Beer Can Chicken** $24.0
You've read about it, heard about it or seen it on TV. Now taste it! A juicy bird, rubbed with our own blend of Cajun seasoning, comes to your table on its beer can perch.
*Suggested Wine Pairing: The Club Pinot Flight*

# MONTHLY WINE CLUBS

## *"Best wine clubs in the business."*

The Bounty Hunter's founding principle is, "If it's not great, we don't sell it." If you ever receive a wine you don't like, we want it back. Satisfaction guaranteed. With our award-winning monthly wine clubs, you'll receive three truly great wines on your doorstep each month.

### BRONZE STAR CLUB

Each month you'll receive two great reds
and one great white.
"This is the best way to sample delicious
wines for under $50 a month."
**$49 per month**

### SILVER SPUR CLUB

Each month you'll receive three great reds,
or two reds and one white.
"Talk about bang for your buck!"
Makes a great gift.
**$99 per month**

### GOLD STANDARD CLUB

Each month you'll receive three of our best
reds, or two reds and one white.
"This is a great way to augment your
collection or consumption."
**$139 per month**

### KILLER CAB CLUB

Each month you'll receive three of our top-
shelf Cabernets or Cab-based blends.
"There's a reason it's our most
popular club."
**$149 per month**

# QUARTERLY WINE CLUBS

Rarity. Pedigree. Certainty.  These quarterly clubs are designed for the expert and novice alike. Pony up and ride!

## MOST WANTED CLUB

This is a "who's who" of the most respected and
sought-after names in the business, as well as the
next generation of superstars from around the world.

**24 TRULY EXCEPTIONAL WINES**
**$2400 PER YEAR**
(LIMITED MEMBERSHIP)

## REFERENCE PACK WINE CLUB

Each quarter you'll receive three bottles of wine with
detailed descriptions to help you along your
continuum of wine enjoyment.

**June:** Pinot Noir
**September:** Syrah/Shiraz
**December:** Cabernet Sauvignon
**March:** Chardonnay

## WINE CLUB MEMBERS ALSO RECEIVE:

♠ 15% off case purchases or 10% off six-bottle purchases on the wines from that month's club.
*(Does not apply to the Most Wanted Club.)*

♠ Monthly tasting notes, insider information, ultimate food pairings and invitations special events.

♠ First dibs on specially selected and "Last Call" wines not available anywhere else.

♠ Rare, small production and boutique wines from established producers and rising superstars.

*(Prices do not include taxes or shipping.)*



# WINE BAR & BISTRO

## THIRSTY?
### WELL, HERE'S THE DEAL...

### Over 40 wines by the glass...

Choose a wine that you'd like to try from our extensive 'by-the-glass' list. Choose from a 2 oz. taste, a 5 oz. glass or try a tasting flight.

### Over 400 wines by the bottle...

Choose from local favorites like Rutherford Cabernet, Carneros Pinot Noir, Russian River Chardonnay, Dry Creek Valley Zinfandel and a host of others.

Try some of the finest Europe has to offer! We have some rare gems from France, Italy, Germany and Spain that won't be found anywhere else.

Let's not forget about Australia, our friends from down under are making some remarkable stuff and we have the inside track!

Not sure what you want to drink? Just ask a Wine Slinger.

Our Wine Slingers are familiar with everything on our wall of wine and are waiting to share their thoughts and recommendations with you. Cheers!

*"Because basically, people just want great stuff!"* ®

| BY THE GLASS | 2 OZ | 5 OZ |
|---|---|---|

## LEAN AND MEAN WHITES

**♠ 2005 BROKEN SPUR, SAUVIGNON BLANC**  3.00   7.00
*NAPA VALLEY – CALIFORNIA*
PINK GRAPEFRUIT AND LIME BLOSSOM DOMINATE THE PALATE WITH ENOUGH ACID TO MAKE JERRY GARCIA PROUD! 100% STAINLESS STEEL FERMENTED AND AGED.

**♠ 2006 ROBERT SINSKEY, "ABRAXAS"**  4.00   10.00
*CARNEROS – CALIFORNIA*
A BLEND OF PINOT BLANC, RIESLING, AND GEWÜRZTRAMINER; THIS WINE IS EXCEPTIONALLY VERSATILE AND MAKES YOU THINK THAT ALSACE HAS LANDED IN CARNEROS.

**♠ 2006 TERLATO, PINOT GRIGIO**  3.25   8.00
*RUSSIAN RIVER VALLEY – CALIFORNIA*
THEY CORRECTLY GUESSED THAT PINOT NOIR'S WHITE COUSIN WOULD ALSO THRIVE IN THE RUSSIAN RIVER CLIMATE! GREEN APPLES, MINERALS AND A BRIGHT, FOCUSED FINISH.

**♠ 2006 HANDLEY GEWÜRZTRAMINER**  2.75   6.75
*ANDERSON VALLEY – CALIFORNIA*
AN AUSTRIAN GRAPE MADE FAMOUS BY GERMANY AND ALSACE, IS NOW MAKING A HOME HERE IN CALIFORNIA. PERFUMED TROPICAL AND ORCHARD FRUITS WITH SPICE AND ROSE PETALS.

**♠ 2006 WHITEHALL LANE, PROPRIETARY WHITE**  2.00   5.00
*NAPA VALLEY – CALIFORNIA*
A BORDEAUX-STYLED BLEND OF 62% PERCENT SAUVIGNON BLANC AND 38% SEMILLON, THIS WINE BOASTS RICH CITRUS FLAVORS WITH AN EXCELLENT BALANCE OF SPICED OAK.

**♠ 2006 SCHMITGES RIESLING SPÄTLESE**  4.50   11.00
*MOSEL – GERMANY*
THIS SWEET GERMAN BEAUTY HAS FINESSE. INVITING AROMAS OF RIPE PEACH WILL GRAB YOU AND THE COMPLEX PALATE WILL KEEP YOU INTRIGUED. CATCH IT WITH YOUR SENSES!

## FULLER-BODIED WHITES, ROSÉS & BUBBLES

**♠ 2004 VERGET, "FOURCHAME", CHABLIS, 1ᴱᴿ CRU**  5.75   14.00
*BURGUNDY – FRANCE*
VERGET IS A PERFECT EXAMPLE OF WHY CHABLIS IS KNOWN AS THE PUREST EXPRESSION OF CHARDONNAY. MINERAL COMPONENTS BALANCED WITH IMPRESSIVE FRUIT RIPENESS....NICE

**♠ 2003 PRÀ SOAVE CLASSICO**  3.25   8.00
*VENETO - ITALY*
FOR WINE LOVERS TIRED OF THE CHARDONNAY AND SAUVIGNON BLANC ROUTINE, THIS BALANCED WHITE DELIVERS WITH A DELICIOUS DISPLAY OF LEMON AND HONEYSUCKLE.

**♠ 2005 PURSUIT, CHARDONNAY**  4.00   9.50
*RUSSIAN RIVER VALLEY – CALIFORNIA*
LEAVE THE POPCORN BUTTER AT HOME; THIS IS ALL ABOUT BRIGHT ACIDITY, ALLURING MINERALITY AND RIPE TROPICAL FRUITS.  WHAT DON'T YOU LIKE ABOUT THAT?

**♠ 2005 LANDMARK, "DAMARIS RESERVE", CHARDONNAY**  5.50   13.00
*CARNEROS – CALIFORNIA*
PURE CALIFORNIA. UP-FRONT TROPICAL AND POACHED PEAR NOTES WITH PLENTY OF CRÈME BRÛLÉE AROMAS TO SEX IT UP A NOTCH. AMPLE STRUCTURE WITH IMMEDIATE GRATIFICATION.

**♠ 2006 PURSUIT, ROSÉ**  2.50   6.00
*NAPA VALLEY – CALIFORNIA*
STRAWBERRY AND GREEN RIND MELONS ARE THE FRONT-RUNNERS IN THIS BLEND OF CABERNET FRANC AND MERLOT. THE "PINK PONY" IS A STAPLE HERE IN THE WINE BAR.

**♠ 2006 CLOS DU CAILLOU, ROSÉ**  3.25   7.50
*CÔTES-DU-RHÔNE – FRANCE*
A BLEND OF OLD-VINE GRENACHE, SYRAH, AND MOURVÉDRE, THIS UNFILTERED BEAST OF A ROSÉ IS NOT TO BE COUNTED OUT OF ANY WINTERTIME WINE LINE-UP!

**♠ NV BANROCK STATION, SPARKLING CHARDONNAY**  3.00   7.00
*SOUTH EASTERN AUSTRALIA*
WHETHER IT'S SERVED AS AN APERITIF, A CELEBRATORY TOAST, OR JUST BECAUSE IT'S ANOTHER DAY IN PARADISE, THIS SPARKLER WILL GET THE JOB DONE!

**♠ NV MONCHIERO CARBONE,"BIRBET", BRACCHETTO**  3.25   8.00
*ITALY*
CAPTURING LAUGHTER IN EVERY DELICATE BUBBLE, THIS BEAUTY IS AN EFFERVESCENT ELIXIR THAT LIFTS YOU UP AND SLOWS TIME TO A DELICIOUS CRAWL.

**♠ NV COLIN PREMIER CRU ROSÉ**  7.00   17.00
*CHAMPAGNE - FRANCE*
THE PERFECT COMPLIMENT TO ANY DAY ENDING IN "Y". SPEEDY BUBBLES TICKLE THE PALETTE WITH EFFERVESCENT RASPBERRY AND STRAWBERRY FLAVORS.

**♠ NV TALTARNI,"BRUT TACHÉ", SPARKLING ROSÉ**  3.75   9.00
*TASMANIA – AUSTRALIA*
MADE IN THE TRADITIONAL CHAMPAGNE STYLE, THIS AUSSIE SPARKLER HAS A CRISP, CREAMY TEXTURE WITH ACCENTS OF STRAWBERRY ON THE BACKEND. BUBBLE LOVERS BEWARE!!!

| By the Glass | 2 OZ | 5 OZ |
|---|---|---|

## Lighter to Medium Reds

♠ **2005 Martin Ray, Pinot Noir**    3.25    8.00
*Santa Barbara – California*
Lush, smoky top notes of cherry and boysenberry are enlivened by a juicy flourish of mid-palate flavor. Good to get the palate going, or to tackle a beer can chicken!

♠ **2005 Pursuit, Pinot Noir**    4.00    10.00
*Sonoma Coast – California*
A new fruit source, a new vintage, and "Oh Momma!" This Pinot drinks more like a well made Burgundy that gives off cherry, anise, and a solid acidic structure.

♠ **2005 Soter "Beacon Hill Vineyard" Pinot Noir**    6.00    15.00
*Yamhill-Carlton District – Oregon*
Known for his cellar mastery at Etude, Tony Soter has now set up shop in Oregon and is producing benchmarks Pinots. Dense, dark fruits with excellent structure.

♠ **2005 Grand Pacific, "Starliner Red"**    2.00    5.00
*California*
This Rhône-styled beauty's fruit is sourced from the Mayacamas Mountains that separate Napa and Sonoma. Smoky black cherries and chocolate is the deal.

♠ **2005 Foley, Charbono**    5.00    12.00
*Napa Valley – California*
Leave it to Bob Foley to make a left hand turn off the Cabernet trail! This unique grape variety makes an explosive, fruit driven wine that aims to please.

♠ **2003 Green Lion, Merlot**    3.00    7.50
*Napa Valley – California*
The label isn't the only thing going on with this wine! Raspberry and sweet chocolate come to play in this firm, yet easy to drink Merlot with a splash of Cab.

## Big, Bold & Bountiful reds

♠ **2006 Bonny Doon, "Ca' del Solo", Sangiovese**    3.00    7.00
*San Benito – California*
The original "Rhône Ranger" (Randall Graham) is known for his "outside the box" methods in producing great wine and it shows with this brooding sangiovese.

♠ **2004 Broken Spur, cabernet Sauvignon**    4.00    10.00
*Napa Valley – California*
The "Big Guns" of our Broken Spur line-up. Smokey red fruits and spicy barrel notes with a little caramel edge thrown in for good measure...Cheers!

♠ **2005 Moniz, "Cuvée Alexandra"**    3.50    8.50
*Napa Valley – California*
Moniz Winery is known for high quality, fruit driven wines that won't break the bank. Cabernet Sauvignon, Merlot, and Petite Verdot make up the blend.

♠ **2005 Broken Spur, Zinfandel**    3.25    8.00
*Dry Creek Valley – California*
Saucy fruit notes with some dark chocolate and ripe raspberry thrown in for good measure. You know what they say: "If it ain't Broken Spur, don't drink it!"

♠ **2003 Andrew Geoffrey, Cabernet Sauvignon**    10.00    25.00
*Diamond Mountain – California*
A powerful display of mountain-fruit and volcanic soil with a complexity and richness that makes one wish all wine tasted this good!

♠ **2003 Tin Star, Proprietary Red**    6.00    15.00
*Napa Valley – California*
A blend of Cabernet, Sangiovese, and Petite Sirah, sourced primarily from Howell Mountain, Tin Star is all about rich texture, dark fruit and white pepper.

♠ **2003 Waypoint, "Beckstoffer Tokalon", C. Franc**    5.00    12.00
*Oakville – California*
Dizzying aromas of black cherries, fresh herbs, kirsch, and hedonistic herb spice. Andy Beckstoffer's eye for vineyard sites is second to none!

♠ **2006 Orin Swift "The Prisoner"**    5.50    13.00
*Napa Valley*
Zinfandel, Cabernet Sauvignon, Syrah, Petite Sirah, and Charbono are the culprits in this blend with a "cult" following. Try it and be the next victim!

## Port & Dessert

|  | 2 OZ |
|---|---|

♠ **NV Meyer Family, Port**    12.00
*Crème Brûlèe wafting to your nose with warm tapioca and raisin pudding on the palate. A local favorite here at the wine bar.*

♠ **2005 Vignalta, Moscato**    8.00
This rare white boasts both sugar and sophistication with orange blossoms, apricots and ripe cantaloupe. Wine lovers with a sweet tooth will love it!

## TASTE DRIVES

♠ ALL FLIGHT WINES ARE ALSO AVAILABLE IN INDIVIDUAL 2 AND 5 OZ. POURS.

### IT'S ALL ABOUT THE BUBBLES                    THE FLIGHT — 13.75
♠ NV BANROCK STATION, SPARKLING CHARDONNAY (3.00 / 7.00)
*SOUTH EASTERN AUSTRALIA*
♠ NV COLIN ROSÉ 1ER CRU (7.00 / 17.00)
*CHAMPAGNE — FRANCE*
♠ NV TALTARNI, "BRUT TACHÉ", ROSÉ (3.75 / 9.00)
*TASMANIA – AUSTRALIA*

### THE GREAT WHITE FLIGHT                    THE FLIGHT — 14.00
♠ 2004 VERGET, "FOURCHAME", CHABLIS, 1ER CRU (5.75 / 14.00)
*BURGUNDY – FRANCE*
♠ 2006 PRÀ, SOAVE CLASSICO (3.25 / 8.00)
*VENETO – ITALY*
♠ 2006 CONUNDRUM, PROPRIETARY WHITE (5.00 / 12.00)
*CALIFORNIA*

### PINOT ENVY                    THE FLIGHT — 13.25
♠ 2005 MARTIN RAY, PINOT NOIR (3.25 / 8.00)
*SANTA BARBARA – CALIFORNIA*
♠ 2005 PURSUIT, PINOT NOIR (4.00 / 10.00)
*SONOMA COAST – CALIFORNIA*
♠ 2005 SOTER "BEACON HILL", PINOT NOIR (6.00 / 15.00)
*YAMHILL-CARLTON – OREGON*

### BOUNTY HUNTER ROUNDUP                    THE FLIGHT — 15.00
♠ 2004 BROKEN SPUR, CABERNET SAUVIGNON (4.00 / 10.00)
*NAPA VALLEY – CALIFORNIA*
♠ 2003 TIN STAR, PROPRIETARY BLEND (6.00 / 15.00)
*NAPA VALLEY – CALIFORNIA*
♠ 2003 WAYPOINT, "TO KALON VINEYARD", CAB. FRANC (5.00 / 12.00)
*OAKVILLE – CALIFORNIA*

### IF IT AIN'T "BROKEN", DON'T DRINK IT!                    THE FLIGHT — 10.00
♠ 2005 BROKEN SPUR, SAUVIGNON BLANC (3.00 / 7.00)
*NAPA VALLEY – CALIFORNIA*
♠ 2005 BROKEN SPUR, ZINFANDEL (3.75 / 9.00)
*DRY CREEK VALLEY – CALIFORNIA*
♠ 2005 BROKEN SPUR, PETITE SIRAH (3.25 / 8.00)
*PASO ROBLES - CALIFORNIA*

### CALIFORNICATION                    THE FLIGHT — 13.25
♠ 2006 HANDLEY, GEWÜRZTRAMINER (2.75 / 6.75)
*ANDERSON VALLEY – CALIFORNIA*
♠ 2005 ROBERT FOLEY, CHARBONO (5.00 /12.00)
*NAPA VALLEY – CALIFORNIA*
♠ 2006 ORIN SWIFT, "THE PRISONER" (5.50 / 13.00)
*NAPA VALLEY – CALIFORNIA*

### THE BRONZE STAR CLUB  ($49 PER MONTH)                    THE FLIGHT — 7.50
♠ 2006 WHITEHALL LANE, PROPRIETARY WHITE (2.00 / 5.00)
*NAPA VALLEY – CALIFORNIA*
♠ 2005 GRAND PACIFIC, "STARLINER" PROPRIETARY RED (2.00 / 5.00)
*CALIFORNIA*
♠ 2005 MONIZ, "CUVÉE ALEXANDRA", PROPRIETARY RED (3.50 / 9.00)
*NAPA VALLEY – CALIFORNIA*

### THE SILVER SPUR CLUB  ($99 PER MONTH)                    THE FLIGHT — 15.00
♠ 2006 MER SOLEIL "SILVER" UNOAKED CHARDONNAY (6.00 / 14.50)
*SANTA LUCIA HIGHLANDS – CALIFORNIA*
♠ 2006 HANGTIME, "FORCE CANYON", PINOT NOIR (3.50 / 8.50)
*ARROYO – CALIFORNIA*
♠ 2005 RIDGE "GEYSERVILLE" (5.50 / 13.50)
*SONOMA – CALIFORNIA*

### THE KILLER CAB CLUB  ($149 PER MONTH)                    THE FLIGHT — 19.00
♠ 2004 EHLERS ESTATE CABERNET SAUVIGNON (5.00 / 12.00)
*NAPA VALLEY – CALIFORNIA*
♠ 2003 ANDREW GEOFFREY CABERNET SAUVIGNON (10.00 / 25.00)
*DIAMOND MOUNTAIN – CALIFORNIA*
♠ 2004 GUFFENS, "ROUGE ENFIN" (4.00 / 10.00)
*LUBERON – FRANCE*

## BEER ON TAP

| | |
|---|---|
| EEL RIVER ORGANIC AMBER ALE, CALIFORNIA | 5.00 |
| BASS ALE | 5.00 |
| GUINNESS DRAUGHT | 5.50 |
| "BLACK & TAN" (1/2 BASS-1/2 GUINNESS) | 5.50 |

## BEER BY THE BOTTLE

| | |
|---|---|
| STELLA ARTOIS, BELGIUM | 4.00 |
| PAULANER HEFE-WEIZEN (500 ML), GERMANY | 6.00 |
| DUVEL GOLDEN ALE, BELGIUM | 5.00 |
| UNIBROUE "LA FIN DU MONDE" GOLDEN ALE, QUEBEC | 4.00 |
| LAGUNITAS IPA, PETALUMA, CALIFORNIA | 4.00 |
| COOPERS SPARKLING ALE, AUSTRALIA | 4.00 |
| COOPERS PALE ALE, AUSTRALIA | 4.00 |
| OMMEGANG ABBEY ALE, COOPERSTOWN | 6.00 |
| FRAMBOISE, BELGIUM | 6.50 |

## OTHER REFRESHERS

| | |
|---|---|
| TEJAVA MICRO BREWED ICED TEA | 3.50 |
| THE REPUBLIC OF TEA GINGER-PEACH DECAF | 3.50 |
| VIGNETTE "CHARDONNAY" WINE COUNTRY SODA | 3.00 |
| VIGNETTE "PINOT NOIR" WINE COUNTRY SODA | 3.00 |
| HENRY WEINHARD'S GOURMET ROOT BEER | 2.50 |
| HENRY WEINHARD'S GOURMET VANILLA CREAM SODA | 2.50 |
| HILDON "DELIGHTFULLY STILL" MINERAL WATER (750 ML) | 6.00 |
| BADOIT SPARKLING MINERAL WATER (500 ML) 3.50 (1 LITER) | 7.00 |
| FRENCH PRESS COFFEE (REGULAR OR DECAF) SINGLE 3.50 DOUBLE | 6.00 |
| ASSORTED ARTISAN HOT TEAS FROM MIGHTY LEAF | 3.00 |

## BEER ON TAP

| | |
|---|---|
| ROGUE HAZELNUT ALE, OREGON | 4.50 |
| BASS ALE | 5.00 |
| GUINNESS DRAUGHT | 5.50 |
| "BLACK & TAN" (1/2 BASS-1/2 GUINNESS) | 5.50 |

## BOTTLE

| | BOTTLE |
|---|---|
| STELLA ARTOIS, BELGIUM | 4.00 |
| PAULANER HEFE-WEIZEN (500 ML), GERMANY | 6.00 |
| DUVEL GOLDEN ALE, BELGIUM | 5.00 |
| UNIBROUE "LA FIN DU MONDE" GOLDEN ALE, QUEBEC | 4.00 |
| LAGUNITAS IPA, PATALUMA | 4.00 |
| COOPERS SPARKLING ALE, AUSTRALIA | 4.00 |
| OMMEGANG ABBEY ALE, COOPERSTOWN | 6.00 |
| FRAMBOISE, BELGIUM | 6.50 |

## OTHER REFRESHERS

| | |
|---|---|
| VIGNETTE "PINOT NOIR" WINE COUNTRY SODA | 3.00 |
| VIGNETTE "CHARDONNAY" WINE COUNTRY SODA | 3.00 |
| TEJAVA MICRO BREWED ICED TEA | 3.50 |
| THE REPUBLIC OF TEA GINGER-PEACH DECAF | 3.50 |
| HENRY WEINHARD'S GOURMET ROOT BEER | 2.50 |
| HENRY WEINHARD'S GOURMET VANILLA CREAM SODA | 2.50 |
| HILDON "DELIGHTFULLY STILL" MINERAL WATER (750 ML) | 6.00 |
| BADOIT SPARKLING MINERAL WATER (500 ML) 3.50 (1 LITER) | 7.00 |
| FRENCH PRESS COFFEE (REGULAR OR DECAF) SINGLE 3.50 DOUBLE 6.00 | |

## BUBBLES

| | | |
|---|---|---:|
| NV | Besserat de Bellefon, Brut, Blanc de Blancs, Epernay, Champagne | 105 |
| NV | Billecart-Salmon, Brut, Blanc de Blancs, Mareuil-sur-Ay, Champagne | 120 |
| NV | Billecart-Salmon, Brut Réserve, Mareuil-sur-Ay, Champagne | 68 |
| NV | Billecart-Salmon, Brut Réserve, Mareuil-sur-Ay, Champagne, 375ml | 36 |
| NV | Billecart-Salmon, Brut Rosé, Mareuil-sur-Ay, Champagne, 375ml | 52 |
| NV | Colin, Brut, 1er Cru, Champagne | 67 |
| NV | Colin, Brut Rosé, 1er Cru, Champagne | 75 |
| NV | Delamotte, Champagne, Brut Rosé | 120 |
| NV | Henriot, Brut, Champagne | 82 |
| 02 | Iron Horse, Russian River Cuvée, California | 52 |
| 99 | Oudinot, Brut, Champagne | 75 |
| NV | Lancelot-Royer, Blanc de Blancs, Champagne | 75 |
| 07 | Lazy Creek Vineyards, "En Premier", Gewürztraminer, California | 37 |
| NV | Monchiero Carbone, "Birbet", Italy | 27 |
| 00 | Schramsberg, Brut Reserve, California | 120 |
| 01 | Soter, Brut Rosé, Beacon Hill, Oregon | 82 |
| NV | Taittinger, Brut Prestige Rosé, Champagne | 105 |
| NV | Taltarni, Brut Taché, Australia | 34 |

## CALIFORNIA CHARDONNAY

| | | |
|---|---|---:|
| 05 | Alpha Omega, Napa Valley | 57 |
| 05 | Arthur Wilbanks, Edna Valley | 30 |
| 06 | Chappellet, Napa Valley | 45 |
| 05 | Chateau St. Jean "Belle Terre Vineyard", Alexander Valley | 37 |
| 05 | Fort Ross, "Fort Ross Vineyard", Sonoma Coast | 75 |
| 06 | Humanitas, "Oak Free", Monterey | 25 |
| 06 | Keller Estate, "Oro de Plata", Sonoma Coast | 40 |
| 05 | Landmark, "Damaris Reserve", Carneros | 57 |
| 05 | Landmark, "Lorenzo Vineyard", Russian River | 75 |
| 06 | Lewis, Russian River Valley | 67 |
| 05 | Michel-Schlumberger, Dry Creek Valley | 45 |
| 05 | Newton, "Unfiltered", Napa Valley | 90 |
| 05 | Pursuit, Russian River Valley | 52 |
| 05 | Ramey, "Hyde Vineyard" Carneros | 90 |
| 05 | Richard Partridge, Napa Valley | 64 |
| 05 | Rudd, "Baciagalupi Vineyard", Russian River Valley | 90 |
| 06 | Saintsbury, "Brown Ranch", Carneros | 60 |
| 05 | Sbragia, "Gamble Ranch Vineyard", Napa Valley | 60 |
| 06 | Silver, "Unoaked Chardonnay", Santa Lucia Highlands | 60 |

## DOMESTIC WHITES

| | | |
|---|---|---:|
| 05 | Ahnfeldt, Sauvignon Blanc, Napa Valley | 25 |
| 06 | Broken Spur, Sauvignon Blanc, Napa Valley | 22 |
| 06 | Caymus, "Conundrum", Rutherford | 37 |
| 05 | Eagle Eye, Muscat Canelli, Mendocino/Napa/Lake County | 28 |
| 05 | Fortress, "Musque", Sauvignon Blanc, B84 Lake County | 27 |
| 06 | Handley, Gewürztraminer, Anderson Valley | 30 |
| 06 | Lancaster Estate, Sauvignon Blanc, Napa Valley | 36 |
| 06 | Peter Michael, "L' Aprés-Midi", Sauvignon Blanc | 120 |
| 06 | Pursuit, Sauvignon Blanc, Napa Valley | 37 |
| 06 | Robert Sinskey, "Abraxas", Carneros | 45 |
| 06 | Terlato, Pinot Grigio, Russian River Valley | 36 |

## WORLDLY WHITES

| | | |
|---|---|---:|
| 04 | Albert Boxler, "Brand" Riesling, Grand Cru, Alsace, France | 82 |
| 05 | Antinori, "Bolgheri", Vermentino, Italy | 37 |
| 04 | Boyer-Martenot, "Les Narvaux", Meursault, France | 75 |
| 04 | Bruno Colin, "Morgeot", Chassagne-Montrachet, France | 97 |
| 05 | Domaine de Grandmaison, Pessac-Leognan, France | 36 |
| 06 | Domaine Vacheron, Sancerre, France | 52 |
| 05 | Frederic Magnien, "Montmains" Chablis, 1er Cru, France | 82 |
| 05 | Josmeyer, "Le Dragon", Riesling, Alsace, France | 60 |
| 06 | Schmitges, "Erdener Treppelen" Riesling, Spätlese, Germany | 45 |
| 06 | Rieflé, Pinot Blanc, Alsace, France | 22 |
| 06 | Vocoret, Chablis, France | 37 |

# CALIFORNIA REDS
## CABERNET SAUVIGNON

| | |
|---|---:|
| 03  Andrew Geoffrey Vineyards, Diamond Mountain | 112 |
| 04  Antica, Napa Valley | 105 |
| 04  Bardessono, Yountville/Atlas Peak | 75 |
| 02  Beringer, "Private Reserve", Napa Valley | 150 |
| 04  Broken Spur, Napa Valley | 45 |
| 03  Clark-Claudon, Napa Valley | 112 |
| 04  Coho, "Summitvine Ranch", Diamond Mountain | 90 |
| 04  Dyer, Napa Valley | 72 |
| 04  Ehlers Estate, Napa Valley | 52 |
| 04  Etude, Napa Valley | 127 |
| 05  Fisher, "Unity", Napa Valley | 67 |
| 03  Flora Springs, "Out of Sight Vineyard", Napa Valley | 120 |
| 05  Faust, Napa Valley | 82 |
| 04  Gott, "4", Napa Valley | 60 |
| 03  Guilliams, Spring Mountain District | 60 |
| 03  Hidden Ridge, Sonoma County | 112 |
| 05  Janzen, Napa Valley | 112 |
| 03  Juslyn, "Vineyard Select", Napa Valley | 112 |
| 03  Keever, Yountville, Napa Valley | 97 |
| 04  Lancaster Estate, Alexander Valley | 97 |
| 05  Lewis Cellars, Napa Valley | 127 |
| 04  Luna, Napa Valley | 112 |
| 04  Mi Sueño, Napa Valley | 97 |
| 05  Nickel & Nickel, "Branding Iron", Oakville | 127 |
| 04  Nickel & Nickel, "Vogt Vineyard", Howell Mountain | 127 |
| 05  Pursuit, Oakville | 82 |
| 05  Ramey, Napa Valley | 75 |
| 05  Ramey, "Larkmead Vineyard", Napa Valley | 120 |
| 04  Robert Craig, "Affinity", Napa Valley | 67 |
| 03  Robert Craig, Mt. Veeder | 112 |
| 04  Round Pond, Rutherford | 90 |
| 04  Roy Estate, Napa Valley | 142 |
| 04  Salvestrin, St. Helena | 82 |
| 04  Sbragia, "Monte Rosso", Sonoma Valley | 75 |
| 02  Sequoia Grove, "Reserve", Rutherford | 97 |
| 03  Showket, Oakville | 112 |
| 05  Snowden, "The Ranch", Napa Valley | 60 |
| 04  Vine Cliff, Oakville | 112 |
| 05  Waypoint, "Hidden Ridge Vineyard", Sonoma County | 97 |
| 03  Waypoint, " To Kalon Vineyard", Oakville | 120 |
| 04  Waypoint, "Weiss Vineyard", Napa Valley | 75 |
| 04  Whitehall Lane, Napa Valley | 60 |

## PROPRIETARY BLENDS

| | |
|---|---:|
| 04  Atrea, "Old Soul Red", Mendocino County | 40 |
| 04  B Cellars, "Blend 25", Napa Valley | 90 |
| 04  Bacio Divino, Napa Valley | 120 |
| 05  Blackbird, Napa Valley | 120 |
| 04  Broken Spur, Napa Valley | 37 |
| 05  Caldwell, Napa Valley | 150 |
| 04  Col Solare, Columbia Valley, Washington | 112 |
| 03  Emilio's Terrace, "Sophie's Row", Oakville | 112 |
| 05  Grand Pacific, "Starliner Red", California | 19 |
| 03  Hyde de Villaine, Carneros | 90 |
| 03  Jericho Canyon, Napa Valley | 112 |
| 03  Juslyn, Spring Mountain | 135 |
| 05  Kapcsándy, "Estate Cuvée", Napa Valley | 135 |
| 04  Kathryn Kennedy, "Lateral", California | 57 |
| 05  Lewis Cellars, "Alec's Blend", Napa Valley | 90 |
| 03  Miner, "The Oracle", Napa Valley | 97 |
| 05  O'Brien, "Seduction", Napa Valley | 60 |
| 04  Pursuit, "Campfire Red", Napa Valley | 67 |
| 04  Ramey, "Claret", Napa Valley | 57 |
| 03  Ramey, "Jericho Canyon Vineyard", Napa Valley | 142 |
| 04  Ridge, "Santa Cruz Mountains", Santa Cruz Mountains | 52 |
| 03  Rubissow-Sargent, "Trompettes", Mt. Veeder | 67 |
| 04  Terlato, "Angel's Peak", Napa Valley | 72 |
| 04  Terlato, "Devil's Peak", Napa Valley | 72 |
| 03  Tin Star, Napa Valley | 82 |
| 04  Viader, Napa Valley | 135 |

# DOMESTIC REDS
## PINOT NOIR

| | | |
|---|---|---|
| 05 | Arthur Wilbanks, Edna Valley | 37 |
| 05 | B Cellars, "B", Russian River Valley | 90 |
| 05 | Castalia, "Rochioli Vineyard", Russian River Valley | 75 |
| 05 | Etude, "Deer Camp", Carneros | 90 |
| 05 | Etude, "Temblor", Carneros | 90 |
| 05 | Fess Parker, "Bien Nacido Vineyard", Santa Barbara County | 82 |
| 06 | Hangtime, "Force Canyon Vineyard", Arroyo Seco | 37 |
| 05 | Hoffman Cellars,"Block 16", Russian River Valley | 52 |
| 06 | Landmark, "Grand Detour", Sonoma Coast | 52 |
| 05 | Londer, "Paraboll", Anderson Valley, Mendocino | 82 |
| 05 | Lynmar, "Quail Hill", Russian River Valley | 90 |
| 05 | Macrostie, "Wildcat Mountian Vineyard", Sonoma Coast | 67 |
| 05 | Martin Ray, Santa Barbara | 34 |
| 04 | Pursuit, Sonoma Valley | 45 |
| 05 | Renteria, "Knittel Vineyard", Carneros | 60 |
| 04 | Robert Stemmler, "Nugent Vineyard", Russian River Valley | 60 |
| 05 | Saintsbury, "Brown Ranch", Carneros | 90 |
| 05 | Soter, "Beacon Hill", Yamhill-Carlton, Oregon | 82 |

## MALBEC · MERLOT · CAB FRANC · GAMAY NOIR · GRENACHE

| | | |
|---|---|---|
| 02 | Beringer, "Bancroft Ranch Vineyard", Merlot, Howell Mountain | 112 |
| 04 | Coho, " Michael Black Vineyard", Napa Valley | 97 |
| 03 | Coya, Malbec, Oakville | 64 |
| 04 | Luna, Merlot, Howell Mountain | 105 |
| 06 | Paul Mathew, Gamay Noir, Knights Valley | 30 |
| 04 | Reynolds Family, Merlot, Stags Leap District | 60 |
| 04 | Rubissow, Merlot, Mt. Veeder | 67 |
| 05 | Rudius, Grenache, Russian River Valley | 52 |
| 03 | Twomey, Merlot, Napa Valley | 97 |
| 03 | Waypoint, "Beckstoffer To Kalon", Cabernet Franc, Oakville | 120 |

## SANGIOVESE · SYRAH · PETITE SIRAH · CHARBONO · ZINFANDEL

| | | |
|---|---|---|
| 05 | Bonny Doon," Ca' Del Solo", Sangiovese, San Benito County | 22 |
| 05 | Broken Spur, Petite Sirah, Paso Robles | 42 |
| 05 | Broken Spur, Zinfandel, Dry Creek Valley, Sonoma | 37 |
| 04 | C-Beck, Petite Sirah, Napa Valley | 60 |
| 05 | Crauford, "Kilt Lifter", Zinfandel, Napa Valley | 49 |
| 04 | Hyde de Villaine, Syrah, Carneros | 90 |
| 04 | Kuleto Estate, Syrah, Napa Valley | 60 |
| 05 | Lewis Cellars, "Ethan's Syrah", Sonoma County | 75 |
| 03 | Michaud, Syrah, Chalone | 60 |
| 05 | Nickel & Nickel, "Darien Vineyard", Syrah, Russian River Valley | 72 |
| 05 | Pursuit, Syrah, Napa Valley | 42 |
| 05 | Retro, Petite Sirah, Howell Mountain | 75 |
| 05 | Ridge, "Geyserville", Zinfandel | 52 |
| 05 | Robert Foley, Charbono, Napa Valley | 57 |
| 05 | Scott Harvey, "Old Vine Reserve", Zinfandel, Amador County | 42 |
| 04 | Smith-Wooten, "Tanner Brothers Vineyard", Calaveras | 42 |
| 05 | Venge, "Penny Lane Vineyard", Sangiovese | 52 |

# IMPORTED REDS

## FRANCE

| | |
|---|---|
| 04  Bernard Bergaud, Côte-Rôtie | 90 |
| 04  Château Beauchene, Châteauneuf-du-Pape | 60 |
| 04  Château Grand Destieu, Saint Emilion | 67 |
| 03  Château Laplagnotte Bellevue, Saint Emilion | 40 |
| 06  Château Le Boscq, Saint-Estephe | 60 |
| 04  Château Mattes-Sabran, "Le Viala", Corbières | 22 |
| 05  Clos de Taman, Côtes du Rhône-Villages, Laudun | 24 |
| 03  Croix De Beaucaillou, Saint-Julien | 75 |
| 03  Daniel Bocquenet, "Aux Saint-Julien", Nuits-St.-Georges, Burgundy | 97 |
| 03  Domaine Arlaud, "Aux Chesaux", Morey-Saint-Denis 1er Cru, Burgundy | 135 |
| 03  Domaine Arlaud, "Les Millandes", Morey-Saint-Denis 1er Cru, Burgundy | 120 |
| 05  Domaine Dominique Mugneret, Nuits-Saint-Georges, Burgundy | 135 |
| 05  Domaine Marius Delarche, "Les Vergelesses", Pernand-Vergelesses 1er cru | 82 |
| 06  Domaine Michael Ecard, Savigny-Les-Beaune, Burgundy | 57 |
| 05  Gaillard, "La Brosse", Côte-Rôtie | 150 |
| 03  La Pousse d'Or, "Clos Tavannes", Santenay, 1er Cru | 75 |
| 03  Le Grand Cros, "Nectar", Côtes de Provence | 37 |
| 05  Lombardo, "Château Le Devoy Martine", Lirac | 21 |
| 03  Louis Latour, Volnay, Burgundy | 87 |
| 03  Marquis Anselme Mathieu, Châteauneuf-du-Pape | 64 |
| 05  Martinelle, Côtes du Ventoux | 27 |
| 02  Mas de Gourgonnier, Cabernet/Grenache, Les Baux de Provence | 42 |
| 02  Michel Magnien, "Les Seuvrées", Gevrey-Chambertin, Burgundy | 82 |
| 04  Michel Magnien, "Les Seuvrées", Gevrey-Chambertin, Burgundy | 72 |
| 03  Puy-Servain, "Songe", Montravel | 45 |
| 05  Roger Belland, Volnay-Santenots, 1er Cru, Burgundy | 90 |
| 03  Seglá, Margaux, Bordeaux | 68 |
| 04  Verget, Château des Tourettes, Cabernet Sauvignon, Vaucluse | 45 |
| 03  Vincent Girardin, Le Grands-Epenots, 1er Cru | 120 |

## ITALY

| | |
|---|---|
| 04  Accordini, "Ripassa", Piedmont | 30 |
| 01  Allegrini, "Villa Giona", Veronese | 135 |
| 03  Antinori, "Tenuta Guado al Tasso", Tuscany | 150 |
| 05  Allegretti, "Castello Svevo", Barile | 25 |
| 01  Collelceto, "Brunello di Montalcino", Montalcino | 105 |
| 05  Gaja, Ca'Marcanda, "Promis", Tuscany | 75 |
| 03  Parusso, Barolo | 90 |
| 00  Poderi Colla, "Dardi Le Rose Bussia", Barolo | 112 |
| 03  Reverdito, "Bricco Cogni", Barolo | 90 |
| 01  Saxa Calida, "Rosso", Tuscany | 90 |
| 03  Tenuta San Guido, "Barrua", Sardinia | 82 |
| 05  Tormaresca, Negroamaro/Cabernet, Puglia | 16 |
| 01  Varaldo, "Bricco Libero", Barbaresco | 97 |

## "OTHER WORDLY" REDS

| | |
|---|---|
| 02  Berridge Vineyard, "Drystone", Pinot Noir, New Zealand | 52 |
| 03  Castillo Labastida, Crianza, Rioja, Spain | 22 |
| 04  Embruix de Vall Lach, Priorat, Spain | 60 |
| 01  San Vicente, Rioja, Spain | 82 |

## "DOWN UNDER" REDS

| | |
|---|---|
| 05  Groom, Shiraz, Barossa Valley | 57 |
| 05  Henry's Drive, "Dead Letter Office", Shiraz, McLaren Vale | 40 |
| 04  Henschke, "Giles", Pinot Noir, Lenswood | 90 |
| 03  Kay Brothers, "Amery Hillside Vineyards", McLaren Vale | 67 |
| 02  Mitolo Savitar, Shiraz, McLaren Vale | 135 |
| 04  Penfolds, "Bin 407", Cabernet Sauvignon, South Australia | 45 |
| 02  Penfolds, "St. Henri", Shiraz, South Australia | 67 |
| 05  Two Hands, "Lily's Garden", Shiraz, Mclaren Vale | 105 |
| 05  Yalumba, "Handpicked", Tempranillo/Grenache/Viognier, Barossa | 45 |

## ROSÉ

| | |
|---|---|
| 06 Etude, Pinot Noir, Carneros | 30 |
| 05 Le Clos du Caillou, Côtes du Rhône, France | 34 |
| 06 Mas de Gourgonnier, Les Baux de Provence, France | 34 |
| 06 Moulin de Mallet, Bordeaux, France | 45 |
| 06 Pine Ridge, "Encantado", Napa Valley | 34 |
| 06 Pursuit, Napa Valley | 30 |

## PORTS - SHERRY - DESSERT WINES

| | |
|---|---|
| NV Domecq, "Venerable", 30 Years V.O.R.S. Sherry, Spain | 135 |
| NV Niepoort, 20 Year Tawny, Portugal | 120 |
| 05 Azienda, "Vignalta", Moscato, Colli Euganei, Italy, 500ml | 37 |
| 03 Dow's, "Vintage Port", Portugal, 375ml | 72 |
| 03 Niepoort, Vintage Port, Portugal | 135 |

## SMALL FORMATS

| | |
|---|---|
| NV Billecart-Salmon, Brut, Réserve, Mareuil-sur-Ay, Champagne, 375ml | 36 |
| NV Krug, Brut, Grande Cuvée, Reims, Champagne, 375ml | 120 |

## LARGE FORMATS

| | |
|---|---|
| 02 d'Arenberg, "Dead Arm", Shiraz, McLaren Vale, 1.5L | 375 |
| 02 Downing Family, "Fly By Night Vineyard", Oakville, 1.5L | 97 |
| 00 Gaja, "Sorì Tildìn", Langhe, 3L | 1750 |
| 03 Pride Mountain, "Reserve", Cabernet Sauvignon | 1200 |
| 04 Ramey, "Larkmead Vineyard", Napa Valley, 3 Litre | 862 |
| 05 Shafer, Merlot, Napa Valley, B3181.5L | 325 |
| 03 Waypoint, "Beckstoffer To Kalon Vineyard", Oakville, 1.5 L | 262 |

## STEALS & DEALS
Wines under $30

### WHITES

| | |
|---|---|
| 05 Ahnfeldt, Sauvignon Blanc, Napa Valley | 25 |
| 06 Broken Spur, Sauvignon Blanc, Napa Valley | 22 |
| 06 Domaine Perraud, Macon-Villages, Burgundy, France | 24 |
| 05 Eagle Eye, Muscat Canelli, Mendocino/Napa/Lake County | 28 |
| 05 Fortress, Sauvignon Blanc, "Musque", Lake County | 27 |
| 06 Humanitas, "Oak Free", Chardonnay, Monterey | 25 |
| 06 Rieflé, "Bonheur Convivial", Pinot Blanc, Alsace, France | 22 |

### REDS

| | |
|---|---|
| 05 Bonny Doon, "Ca' Del Solo", Sangiovese, San Benito County | 22 |
| 04 Château Mattes-Sabran, "Le Viala", Corbières, France | 22 |
| 05 Grand Pacific, "Starliner Red", California | 19 |
| 03 Labastida, Crianza, Rioja, Spain | 22 |
| 05 Laudin, "Clos de Taman", Côtes du Rhône-Villages, France | 24 |
| 05 Lombardo, Lirac | 21 |
| 05 Tormaresca, Negroamaro/Cabernet, Puglia, Italy | 16 |

# THE HOLY GRAIL

## BUBBLES

| | | |
|---|---|---:|
| 98 | Billecart-Salmon, Brut, Blanc de Blancs, Mareuil-sur-Ay, Champagne | 225 |
| 98 | Billecart-Salmon, Brut, "Cuvée Nicolas", Mareuil-sur-Ay, Champagne | 187 |
| 96 | Doyard, "Collection de l' An 1, Blanc de Blancs, Champagne | 135 |
| 98 | Taittinger, "Comtes de Champagne", Blanc de Blancs, Champagne | 225 |
| 00 | Taittinger, "Comtes de Champagne", Rosé, Champagne | 350 |
| NV | Krug, "Grande Cuvée", Brut, Reims, Champagne | 270 |
| NV | Krug, Brut Rosé, Reims, Champagne | 600 |

## WHITES

| | | |
|---|---|---:|
| 05 | Domaine Marius Delarche, Corton-Charlemagne, Grand Cru, Burgundy | 165 |
| 04 | Frederic Magnien, Montrachet, Grand Cru, Burgundy | 500 |
| 05 | Gaja, " Gaia & Rey", Chardonnay, Italy | 262 |

## CALIFORNIA REDS

| | | |
|---|---|---:|
| 04 | Bialla, Napa Valley | 142 |
| 03 | Bond, "The Matriarch" ,Proprietary Red | 150 |
| 05 | Caymus, "Special Select", Cabernet Sauvignon, Napa Valley | 225 |
| 03 | Clouds Rest, Pinot Noir, Sonoma Coast | 150 |
| 04 | Covenant, Cabernet Sauvignon, Napa Valley | 127 |
| 04 | Diamond Creek, "Volcanic Hill", Cabernet Sauvignon, Diamond Mtn. | 262 |
| 05 | Diamond Creek, "Red Rock Terrace", Cabernet Sauvignon, Diamond Mtn. | 262 |
| 02 | Fisher, "Lamb Vineyard", Cabernet Sauvignon, Napa Valley | 187 |
| 04 | Girard, "Premiere Napa Auction Selection", Napa Valley | 225 |
| 05 | Hourglass, Cabernet Sauvignon, Napa Valley | 202 |
| 04 | La Jota, "Premier Napa Auction Selection", Howell Mountain | 187 |
| 03 | Marston Family Vineyards, Spring Mountain, Napa Valley | 135 |
| 04 | Oakville East, "Exposure", Cabernet Sauvignon, Oakville | 150 |
| 03 | Palmaz, Cabernet Sauvignon, Napa Valley | 150 |
| 04 | Robert Foley, Claret, Napa Valley | 180 |
| 03 | Rudd, Proprietary Red, Napa Valley | 187 |
| 02 | Shafer, "Hillside Select", Cabernet Sauvignon, Stags Leap District | 699 |
| 03 | Small Block, Cabernet Sauvignon, Napa Valley | 150 |
| 01 | Valance, Napa Valley | 120 |
| 03 | Vérité, "Le Desir", Sonoma Valley | 225 |
| 03 | Vérité, "La Joie", Sonoma Valley | 225 |
| 03 | Vérité, "La Muse", Sonoma Valley | 225 |

## FRENCH REDS

| | | |
|---|---|---:|
| 03 | Domaine Arlaud, "Bonnes Mares", Grand Cru, Burgundy | 270 |
| 04 | Domaine Arlaud, "Bonnes Mares", Grand Cru, Burgundy | 225 |
| 04 | Domaine Arlaud, "Charmes-Chambertin", Grand Cru, Burgundy | 187 |
| 05 | Domaine Arlaud, "Charmes-Chambertin", Grand Cru, Burgundy | 225 |
| 03 | Domaine Arlaud, "Clos St. Denis" Grand Cru, Burgundy | 300 |
| 04 | Domaine de Caillou, "Réserve", Châteauneuf-du-Pape | 225 |
| 01 | Domaine de la Romanée-Conti, Grands Echezeaux, Burgundy | 975 |
| 03 | Faiveley, "Clos des Cortons", Grand Cru, Burgundy | 225 |
| 03 | Frederic Magnien, "Feusselottes", Chambolle-Musigny, Burgundy | 150 |
| 05 | Frederic Magnien, "Grands-Echezeaux", Grand Cru, Burgundy | 375 |
| 03 | Gerard Raphet, Clos Vougeot, Grand Cru, Burgundy | 187 |
| 03 | Louis Latour, "Les Charmes", Chambolle-Musigny, Burgundy | 165 |
| 02 | Michel Magnien, Clos Saint-Denis, Grand Cru, Burgundy | 300 |
| 03 | Michel Magnien, Clos Saint-Denis, Grand Cru, Burgundy | 300 |

## ITALIAN REDS

| | | |
|---|---|---:|
| 03 | Gaja, Ca'Marcanda, "Ca'Marcanda", Tuscany | 225 |
| 99 | Gaja, "Conteisa", Langhe | 350 |
| 95 | Gaja, "Costa Russi", Barbaresco | 750 |
| 00 | Gaja, "Sori San Lorenzo", Langhe | 400 |
| 00 | Gaja, "Sori Tildin", Langhe | 400 |
| 96 | Gaja, "Sori Tildin", Langhe | 775 |
| 00 | Gaja, "Sori Tildin", Langhe | 400 |
| 01 | Gaja, "Pieve Santa Restituta Sugarille", Tuscany | 255 |
| 01 | Giacosa Falletto, Barolo, Piedmont | 265 |
| 03 | Ornellaia, Bolgheri | 210 |
| 03 | Podere Forte, "Petrucci", Orcia | 150 |
| 03 | Tenuta Sette Ponti, "Oreno", Tuscany | 180 |

## AUSTRALIAN REDS

| | | |
|---|---|---:|
| 01 | Penfolds, "Grange", Cabernet Sauvignon | 412 |
| 05 | Torbreck, "The Factor", Shiraz, Barossa | 180 |
| 02 | Torbreck, "RunRig", Shiraz, Barossa | 375 |
| 03 | Torbreck, "RunRig", Shiraz, Barossa | 375 |



# BOUNTY HUNTER

## RARE WINE & PROVISIONS

*"Best wine clubs in the business."*

# MONTHLY WINE CLUBS

The Bounty Hunter's founding principle is, "If it's not great, we don't sell it." If you ever receive a wine you don't like, we want it back. Satisfaction guaranteed. With our award-winning monthly wine clubs, you'll receive three truly great wines on your doorstep each month.

### BRONZE STAR CLUB

Each month you'll receive two great reds and one great white.
"This is the best way to sample delicious wines for under $50 a month."
$49 per month

### SILVER SPUR CLUB

Each month you'll receive three great reds, or two reds and one white.
"Talk about bang for your buck!"
Makes a great gift.
$99 per month

### GOLD STANDARD CLUB

Each month you'll receive three of our best reds, or two reds and one white.
"This is a great way to augment your collection or consumption."
$139 per month

### KILLER CAB CLUB

Each month you'll receive three of our top-shelf Cabernets or Cab-based blends.
"There's a reason it's our most popular club."
$149 per month

### WINE CLUB MEMBERS ALSO RECEIVE:

♠ 15% off case purchases or 10% off six-bottle purchases on the wines from that month's club.

♠ Monthly tasting notes, insider information, ultimate food pairings and invitations to the Bounty Hunter Road Show.

♠ First dibs on specially selected and "Last Call" wines not available anywhere else.

♠ Rare, small production and boutique wines from established producers and rising superstars.
*(Prices do not include taxes or shipping.)*

## MOST WANTED CLUB

This is a "who's who" of the most respected and sought-after names in the business, as well as the next generation of superstars from around the world.

### 24 TRULY EXCEPTIONAL WINES
### $2400 PER YEAR
(LIMITED MEMBERSHIP)

## REFERENCE PACK WINE CLUB

Each quarter you'll receive three bottles of wine with detailed descriptions to help you along your continuum of wine enjoyment.

**June:** Pinot Noir
**September:** Syrah/Shiraz
**December:** Cabernet Sauvignon
**March:** Chardonnay

BUY THE SHIRT OFF OUR BACKS...

BOUNTY HUNTER LOGO SHIRT
$49.95 (ASK YOUR WINE SLINGER.)

