# EXHIBIT 5

# BOUNTY HUNTER
# REFERENCE PACK

## EDUCATION NEVER TASTED SO GOOD.

Wine can be a daunting subject. From high-brow pontificators spewing flowery (or is it floral?) adjectives to "what were they thinking" reviews from supposed experts, it's no wonder people can be intimidated. It's always been our mission at Bounty Hunter to cut through the mess and give it to you straight while still confronting a fundamental challenge: How to best convey the experience of flavor through words. We think we've come up with a reasonable solution.

Our Reference Packs each feature three markedly different interpretations of the same grape. Included in this pack, you'll find detailed descriptions of three wines with key words, which help define them. A comparative analysis (open 'em up and taste them side-by-side) will yield strong insights as to what your particular flavor profile looks like, and before you know it, you'll take a giant leap forward in your wine adventure.

### CALL YOUR WINE SCOUT FOR MORE INFORMATION OR TO REORDER ANY OF THE ENCLOSED WINES:

### 800.943.9463

#### WINE CLUB MEMBERS RECEIVE:

. ♠ 15% off a 12 bottle case OR

♠ 10% off a six-bottle purchase

(Discounts valid for 30 days after receipt.)



*"Because basically, people just want great stuff."*®
WWW.BOUNTYHUNTERWINE.COM | 975 FIRST STREET NAPA, CA 94559
800.943.9463

## 2004 WAYPOINT "HIDDEN RIDGE VINEYARD" CABERNET SAUVIGNON
### NAPA VALLEY

A waypoint is the identifying intersection between latitude and longitude on a GPS, the specific place where the two coordinates meet. It is unique and unambiguous, as precise an identifier as a fingerprint. In the case of wine, it also takes on the added implication of pinpointing the attributes of a particular vineyard.

Winemaker Marco DiGiulio, who first showed up on our radar when he was making the superlative Lokoya wines, is working with properties that he personally identified as having the magic for world-class wines. The Hidden Ridge vineyard, a stunningly beautiful natural amphitheater on the Sonoma side of Spring Mountain, is all about intensity and concentration. The vineyard is located next door to Pride and Paloma, just to give you an example of the quality we're talking about.

This wine is a reflection of the ultimate job of an artisan winemaker: to craft wine with an identifiable sense of place. Marco's cellar skills are clear from the second a cork is pulled, but it's more about letting the wines speak for themselves than accessorizing with a batch of winemaking tricks.

**FLAVOR COMPONENTS:** Blackberries, Bing cherry and oak spice.
**VARIETAL COMPOSITION:** 100% Cabernet Sauvignon.
**TANNIN AND ACID:** Moderate tannin and acidity.
**PROBABLE CELLAR LIFE:** Best from 2007-2017.
1WWAY04CS3H.....................$64.95

**PERSONAL TASTING NOTES**

_____
_____
_____
_____
_____
_____

*"Because basically, people just want great stuff."®*
WWW.BOUNTYHUNTERWINE.COM | 975 FIRST STREET NAPA, CA 94559
800.943.9463

REFERENCE PACK CABERNET SAUVIGNON

## 2003 LA CROIX DE BEAUCAILLOU
## ST. JULIEN, FRANCE

Without question, some of the greatest values in the wine world are the second labels from First and Second growth Bordeaux houses. Essentially, these storied estates know what they're up against in the marketplace (and against one another), and they strategize accordingly. A painstakingly complex exercise begins after harvest, whereby literally every barrel in the cellar is tasted – itself an exercise in purple-tongued exhaustion – and rated accordingly. The best of the best gets the estate designation… and price tag. That which didn't turn out so well gets sold off in bulk. But the tier just below the top dogs gets its own label, still associated with the estate, at a fraction of the flagship's price. A colleague once likened it to dating Heidi Klum's sister, an observation we're loathe to argue.

Ducru-Beaucaillou has long been held in the class of a "super Second", meaning that it's among a select few Second Growths (of the 1855 Classification) who can reasonably compete with the five Firsts in any given vintage. As such, you're looking at a wine here that was grown, produced and barrel aged in identical conditions to one of the world's top reds. What's not to like about that?

**FLAVOR COMPONENTS:** Blackberries, graphite and anise.
**VARIETAL COMPOSITION:** 70% Cabernet Sauvignon, 30% Merlot.
**TANNIN AND ACID:** Above average tannin and moderate acidity.
**PROBABLE CELLAR LIFE:** Best from 2007-2020.
1WLCRO3IR3.................**$49.95**


**PERSONAL TASTING NOTES**

_____
_____
_____
_____
_____
_____

*"Because basically, people just want great stuff."*®
WWW.BOUNTYHUNTERWINE.COM │ 975 FIRST STREET NAPA, CA 94559
800.943.9463

Case 5:08-cv-00858-JF   Document 13-3   Filed 03/14/2008   Page 5 of 21

## 2005 75 WINE COMPANY
## AMBER KNOLLS CABERNET SAUVIGNON
## LAKE COUNTY

There's no bigger name in California grape-growing than Andy Beckstoffer, who owns and farms over 3,000 acres of prime vineyard land in Napa, Mendocino and Lake counties. The Beckstoffer family moved to Napa Valley in 1975, a year commemorated by Andy's son Tuck in his Seventy-Five Wine Company, which aims to produce world-class wines blending great value with ultra-premium wine quality.

Tuck crafts his excellent Cabernet Sauvignon from grapes grown in the Amber Knolls Vineyard, located in one of Northern California's 'hottest' new growing districts: the Red Hills appellation of Lake County. Amber Knolls sits on an east-facing slope at elevations ranging between 1,200 and 2,000 feet. Four different clones of Cabernet Sauvignon, along with small amounts of Cabernet Franc and Petit Verdot, are planted in rich, red volcanic soils laced with obsidian. Tuck's dad purchased and planted Amber Knolls in 1997 with the conviction that the site would produce some of the world's finest wine grapes. Judging by son Tuck's 75 Cabernet Sauvignon, Andy was spot on.

**FLAVOR COMPONENTS:** Black cherries, purple fruits and cedar.
**VARIETAL COMPOSITION:** 100% Cabernet Sauvignon.
**TANNIN AND ACID:** Low tannin and moderate acidity.
**PROBABLE CELLAR LIFE:** Best from 2007-2012
1W7505CS3.....................$19.95


**PERSONAL TASTING NOTES**

_____
_____
_____
_____
_____
_____

*"Because basically, people just want great stuff."*®
WWW.BOUNTYHUNTERWINE.COM | 975 FIRST STREET NAPA, CA 94559
800.943.9463



*The Continuing Adventures of Napa Valley's*

# BOUNTY HUNTER

*And His Relentless Quest for the Finest*

## RARE WINE & PROVISIONS

### '03 ANDREW GEOFFREY DIAMOND MOUNTAIN CABERNET SAUVIGNON TECHNICAL DATA

**VARIETALS:** 90% Cabernet Sauvignon, 8 % Cabernet Franc, 2% Petit Verdot.

**VINEYARDS:** 13-acre estate Diamond Mountain vineyard planted to 78% Cabernet Sauvignon, 18% Cabernet Franc and 4% Petit Verdot.

**WINEMAKER:** John Gibson.

**AGING:** 20 months in French oak barrels.

**BEST FROM:** 2008-2018.

**PRODUCTION:** 2,000 cases.

**ULTIMATE FOOD PAIRING:** Center cut Prime Rib with stilton potato gratin, wilted arugula and garlic jus.



*The Continuing Adventures of Napa Valley's*

# BOUNTY HUNTER

*And His Relentless Quest for the Finest*

## RARE WINE & PROVISIONS

### '04 EHLERS ESTATE CABERNET SAUVIGNON TECHNICAL DATA

**VARIETALS:** 85% Cabernet Sauvignon, 12% Merlot, 1% Cabernet Franc and 1% Petite Verdot.

**VINEYARDS:** 61% Estate (biodynamically farmed), 25% St. Helena, 8% Pope Valley, 6% Oakville.

**WINEMAKER:** Rudy Zuidema.

**AGING:** 16 months in 90% French and 10% American oak barrels, 45% new.

**BEST FROM:** 2008-2012.

**PRODUCTION:** 4,700 cases.

**ULTIMATE FOOD PAIRING:** Veal "Saltimbocca" on porcini polenta and veal demi-glace.



*The Continuing Adventures of Napa Valley's*

# BOUNTY HUNTER

*And His Relentless Quest for the Finest*

## RARE WINE & PROVISIONS

### '04 GUFFENS "ROUGE ENFIN" VIN DE PAY DE VACLUSE TECHNICAL DATA

**VARIETALS:** 50% Cabernet Sauvignon, 50% Grenache.

**VINEYARDS:** High altitude vineyards in Luberon, an appellation between the southern Rhône Valley and Provence in southeastern France.

**WINEMAKER:** Jean-Marie Guffens.

**AGING:** Tank, older *foudres* and new & used French oak *barriques*.

**BEST FROM:** 2008-2015.

**PRODUCTION:** 500 cases.

**ULTIMATE FOOD PAIRING:** Olive crusted rack of lamb with braised artichokes, parsnip purée and lemon verbena lamb reduction.

### '04 GUFFENS "ROUGE ENFIN" VIN DE PAY DE VACLUSE

Belgian by birth, Jean-Marie Guffens moved to France 20 years ago and has been crafting phenomenal wines ever since in the Mâcon region of Burgundy, earning a reputation as among the world's finest vintners of Chardonnay. Judging by Jean-Marie's 2004 Rouge Enfin, he's a red wine master as well.

This unusual, limited-production blend of Cabernet Sauvignon and Grenache from the high-altitude vineyards of Luberon (an underrated wine region between the Rhône Valley and Provence), tastes like a cross between a fine cru bourgeois Bordeaux and an outstanding Châteauneuf-du-Pape. Guffens aged the Grenache in older *foudres* (large wooden casks) to accentuate its zesty spice character while the Cabernet Sauvignon spent time both in new and older *barriques* (59-gallon Bordeaux barrels). The result is a wonderfully pure, flavorful red wine from an excellent vintage that exudes all the freshness and pure fruit flavors one associates with the finest Southern French wines. Delicious now, it has the depth and intensity to age well in bottle for another 10-15 years.

**1 WGUF04IR3E $29.95/BTL.**
Wine Club Members Receive:
♠ 15% off a full case OR
♠ 10% off a six-bottle purchase
(Discounts valid for 30 days after receipt.)
**CALL 800.943.9463 TO RE-ORDER**

### '04 EHLERS ESTATE CABERNET SAUVIGNON NAPA VALLEY

Ehlers Estate is one of Napa Valley's most fascinating wineries. First, it dates back to 1886, when founder Bernard Ehlers first scrawled his name in stone above the winery entrance. Second, it is owned by the Leducq Foundation (created by former owners Jean and Sylvia Leducq), a non-profit, philanthropic organization whose sole purpose is to support international cardiovascular research. (The winery's "E" icon figuratively embraces a heart.) Lastly, the winery's estate vineyard is farmed biodynamically by winemaker and vineyard manager Rudy Zuidema, who follows the principles first conceived by Austrian scientist and philosopher George Steiner. This means Zuidema uses no chemical fertilizers or pesticides, follows the rhythms of the sun and moon to schedule vineyard practices, and nourishes the soil with special biodynamic preparations.

The moon and sun certainly aligned in this vintage. Rich vibrant fruits up front set the stage for rich, decadent layers that conclude elegantly on the palate. You are sure to find this wine is nothing less than stellar!

**1 WEHL04CS3 $34.95/BTL.**
Wine Club Members Receive:
♠ 15% off a full case OR
♠ 10% off a six-bottle purchase
(Discounts valid for 30 days after receipt.)
**CALL 800.943.9463 TO RE-ORDER**

### '03 ANDREW GEOFFREY DIAMOND MOUNTAIN CABERNET SAUVIGNON

Peter Thompson's Andrew Geoffrey Vineyard – named for his two sons – is situated in a prime location on the highest slopes of Napa Valley's Diamond Mountain, a unique red wine appellation lying along the Mayacamas mountain range between St. Helena and Calistoga. Peter purchased the property in 1995 and, with the help of noted Napa viticulturist Rex Geitner, planted 13 acres of the 60-acre site in 1997 to a mix of red Bordeaux varieties. Today, the vineyard, which boasts volcanic ash and loam soils, is comprised of 78% Cabernet Sauvignon, 18% Cabernet Franc and 4% Petit Verdot.

The wines are made by John Gibson, formerly of Stag's Leap Wine Cellars and Vine Cliff. Each vintage is made in 1,000-2,000 case lots and features a slightly different blend of the three varieties, with Cabernet always dominating. A three-day cold soak prior to fermentation, extended maceration of up to five weeks and aging in new Center-of-France barrels yields a rich, complex Cabernet Sauvignon that will delight devotees of Diamond Mountain's big, muscular reds.

**1 WAGE03CS3D $74.95/BTL.**
Wine Club Members Receive:
♠ 15% off a full case OR
♠ 10% off a six-bottle purchase
(Discounts valid for 30 days after receipt.)
**CALL 800.943.9463 TO RE-ORDER**



RARE WINE & PROVISIONS

## 2003 BOND "MATRIARCH"
## NAPA VALLEY

Bill Harlan's standards have become legendary in Napa Valley. The vintner and businessman responsible for Harlan Estate, Meadowood Resort and the ambitious winemaking-with-the-stars club that is the Napa Valley Reserve doesn't cut corners anywhere. Back in 1993 (first releases in '97), utilizing the same group responsible for Harlan, Bill signed vineyard contracts on four superlative hillside properties to be farmed to the team's specifications. While four single-vineyard Cabernets are bottled separately, blending decisions dictate that not every barrel from each property will be used… which is where Matriarch comes into play. It allows the immensely talented winemaker Bob Levy to use his blending expertise to highlight the best qualities of the vintage, rather than the a specific vineyard expression.

The fruit sources are fairly wide ranging, stretching from the eastern extremes of Rutherford's border, west and south to the Mayacamas foothills of Oakville and due north to Spring Mountain. The common themes are hillside plantings, low yields and meticulous farming. It's exactly what you'd expect from this group of dedicated perfectionists who continue to outdo themselves.

**$99.95 per bottle**
**CALL 800.943.9463 TO RE-ORDER**
*Please note that re-order quantities are extremely limited (two-bottle maximum).*

## TECHNICAL DATA

### VARIETALS:
100% Cabernet Sauvignon.

### VINEYARDS:
Sourced from the Melbury (Rutherford), St. Eden (Oakville),
Vecina (Oakville) and Pluribus (Spring Mountain) properties.

### WINEMAKER:
Bob Levy.

### AGING:
22 months in French oak  (80% new).

### BEST FROM:
2008-2015.

### PRODUCTION:
Unspecified.

### ULTIMATE FOOD PAIRING:
Veal tenderloin with truffle-scented celeriac purée, wild mushrooms, green and
white asparagus, shaved summer truffles and raspberry jus.

# 1998 TAITTINGER
## "COMTES DE CHAMPAGNE"

Just as with any major wine region, there are huge variations in quality among vineyard sites in Champagne. Some are best suited to mass-production, others to a more artisan approach and a very rare few whose soils are the effective flag bearers for the region. Such is the case with the Côtes des Blancs, a narrow ribbon of Grand Cru sites planted exclusively to Chardonnay. Many of the area's top houses use fruit from this sweet spot of viticulture in their "tête-de-cuvée", or top offering. Such is the case with Comtes de Champagne.

Produced only in exceptional vintages and carefully blended from the very best parcels at their disposal, Comtes is the luxury-level sparkling from a house with more than 275 vintages to its credit. Still family-owned (after a brief period of corporate guidance), Taittinger crafts exceptional wines in a chilly system of chalk caves where wine has been made since at least the early 1300's. The producer also owns some 650 acres of vineyards – a relative rarity for such a large house – and can choose the blocks and sites that best represent the house style that has made their reputation stick for so many years. Here's to ringing in 2008 with the good stuff!

**$149.95 per bottle**
**CALL 800.943.9463 TO RE-ORDER**
*Please note that re-order quantities are extremely limited (two-bottle maximum).*

## TECHNICAL DATA

### VARIETALS:
100% Chardonnay.

### VINEYARDS:
Sourced entirely from a network of vineyards in the Côtes des Blancs
sub-section of Champagne.

### WINEMAKER:
Blended by Pierre-Emmanuel Taittinger.

### AGING:
5% of the blend spent 26 months in French oak (1/3 new).

### BEST FROM:
2007-2025.

### PRODUCTION:
Unknown.

### ULTIMATE FOOD PAIRING:
Shellfish of any kind or preparation – especially oysters on the half-shell
or served Casino or Rockefeller style.

# 2005 BLACK BART "STAGECOACH VINEYARD" SYRAH
## NAPA VALLEY

There's a hidden section of Napa Valley in the hills east of Oakville that harbors some of Napa Valley's most impressive vineyard sites. Seemingly a world away from the traffic snarl and showpiece estates on Highway 29, properties like Stagecoach exist in a world of lazily swirling hawks, jaw-dropping views and world-class vines. It's all about the wine at these (literally) elevated properties.

Jan Krupp, a physician by trade, always had a green thumb, even as a small child. He took a very serious leap into agriculture when and his brother Bart purchased the Stagecoach property. No water, no electricity… just 750 acres of assorted scrub brush and an army of rattlesnakes. They literally had to hire a "water witch" to even find a well on the property (after they had already purchased it, of course). There were no guarantees in the slightest, but they managed to pull off a coup.

Jan's son Joshua now gets to cherry-pick for the estate, and his Côte-Rôtie-inspired Syrah is a strong indication that the family vineyard legacy is moving solidly in the right direction.

**$54.95 per bottle**
**CALL 800.943.9463 TO RE-ORDER**
*Please note that re-order quantities are extremely limited (two-bottle maximum).*

# TECHNICAL DATA

### VARIETALS:
96% Syrah, 4% Viognier.

### VINEYARDS:
Sourced entirely from the Stagecoach property near the
Pritchard Hill sub-district of eastern Napa Valley.

### WINEMAKER:
Joshua Krupp.

### AGING:
26 months in French oak (85% new).

### BEST FROM:
2007-2014.

### PRODUCTION:
1,220 cases.

### ULTIMATE FOOD PAIRING:
Grilled venison loin, roasted red pepper polenta with
venison and root vegetable chili.

## 2005 DOMINIQUE MUGNERET
## "BOUDOTS" 1ER CRU — NUITS-ST.-GEORGES

A French historian once said, "There are no common wines in Vosne." To elaborate, there are no common vineyards, and certainly few common winemakers, either. These are the lands given to loyal Romans by Cesar after decades of dedicated service; legendary vineyards where Pinot Noir finds its most noble expression. A short list of its residents read like a who's-who of Burgundy: Leroy. Romanée-Conti. Domaine Georges Mugneret. Meo-Camuzet. Anne Gros. And well-placed among these artisans is Dominique Mugneret.

The Premier Cru Boudots parcel is located at the northernmost edge of Nuits-St.-Georges where it abuts the Vosne-Romanée appellation. It's pretty special dirt indeed, being one vineyard south of La Tache. Like most of Burgundy, a number of vintners fight over small parcels – we're only talking about a 12-acre site here – and then meticulously transport the perfect berries to the cellar for conversion into magic. And when an historic vintage like 2005 comes around, it's plain from the smiles you see around the villages at harvest what to expect in the bottle.

**$89.95 per bottle**
**CALL 800.943.9463 TO RE-ORDER**
*Please note that re-order quantities are extremely limited (two-bottle maximum).*

# TECHNICAL DATA

### VARIETALS:
100% Pinot Noir.

### VINEYARDS:
Sourced entirely from the Premier Cru Boudots parcel
in Nuits-St.-Georges.

### WINEMAKER:
Dominique Mugneret.

### AGING:
17 months in French barrels (25% new).

### BEST FROM:
2008-2020.

### PRODUCTION:
75 cases imported.

### ULTIMATE FOOD PAIRING:
Sturgeon braised in extra-virgin olive oil, crisp Yukon gold "rissolet" with
pancetta, rapini with nantua sauce.

# 2004 SEAVEY CABERNET SAUVIGNON
## NAPA VALLEY

Sometimes taking a chance on an unproven talent can yield huge dividends. When Bill and Mary Seavey hired a young winemaker from Bordeaux in 1995, they couldn't have known that they would be launching the career of one of Napa Valley's most respected winemaking talents in Philippe Melka. Philippe's résumé reads like a laundry list of critical darlings, and the likes of Robert Parker regularly give his wines very high marks. But for all his success, Philippe never forgot the opportunity that the Seavey's provided… while his services are in serious demand, Philippe has promised to make their wine for as long as they want him in the cellar.

The property is a throwback to a simpler time. The winery itself is a 19th-century stone building with a very interesting past (rumor has it that it once housed a brothel during the Gold Rush era). Cows and horses are corralled along the driveway, and things seem to move at a slower pace. Bill love of Bordeaux guided the original planting decisions, and the vines are at a perfect age to balance flavor, vigor and quality. Then it's off to the cellar where Monsieur Melka starts working another batch of magic.

**$84.95 per bottle**
**CALL 800.943.9463 TO RE-ORDER**
*Please note that re-order quantities are extremely limited (two-bottle maximum).*

## TECHNICAL DATA

**VARIETALS:**
100% Cabernet Sauvignon.

**VINEYARDS:**
Sourced entirely from the Seavey estate in the hills east of.
St. Helena in Conn Valley.

**WINEMAKER:**
Philippe Melka.

**AGING:**
19 months in French oak (50% new).

**BEST FROM:**
2008-2017.

**PRODUCTION:**
905 cases.

**ULTIMATE FOOD PAIRING:**
Seared and sliced London broil "alla pizziola" with roasted tomato compote,
radicchio in Gorgonzola and truffle oil.

## 2005 BEAUX FRÈRES PINOT NOIR
## "BEAUX FRÈRES VINEYARD" — WILLAMETTE VALLEY

Perhaps no one has been more favorably impacted by the recent Pinot Noir craze than the winemaking citizens of the Willamette Valley southwest of Portland. The region is too cool and foggy for traditional Bordeaux varietals, so they have hitched their wagon solidly to Burgundy's native son and assumed al of the maddening viticulture that entails. The team at Beaux Frères (including critic Robert Parker) can count themselves among the early pioneers with enough foresight and fortitude to see where things were going and roll the dice accordingly.

The Beaux Frères estate vineyard is a 24-acre densely planted parcel at about 400 feet of elevation. The varied soils of its gently rolling hills practically beg for Pinot, and this property's vines are only beginning to hit their stride age-wise. The winemaking philosophy is one of minimal (or no) intervention. They are essentially trying to express in the glass the course of the growing season rather than achieve a consistent house style, per se. They are willing to sacrifice a degree of certainty for personality, and their wines consistent reflect that mindset. It's the deal with the devil that Pinot demands, but it's all worth it when it comes together.

**$79.95 per bottle**
**CALL 800.943.9463 TO RE-ORDER**
*Please note that re-order quantities are extremely limited (two-bottle maximum).*

## TECHNICAL DATA

### VARIETALS:
100% Pinot Noir.

### VINEYARDS:
Sourced entirely from the Beaux Frères estate vineyard atop
Ribbon Ridge in Oregon's Willamette Valley.

### WINEMAKER:
Mike Etzel.

### AGING:
14 months in French oak (30% new).

### BEST FROM:
2008-2015.

### PRODUCTION:
2,700 cases.

### ULTIMATE FOOD PAIRING:
Seared Atlantic halibut with a farmer's market succotash of lima beans,
sweet corn, okra, San Marzanno tomatoes and basil.