# EXHIBIT 6



**HACKER SAFE**
TESTED 28-FEB
**800.943.9463**

MAILING LIST | VIEW CART | MY ACCOUNT | HELP

SEARCH    Find a Product    **GO**

**SHOP    ABOUT    WINE CLUB    SIGN UP    WINES WE MAKE    GIFTING    CONTACT**

# ABOUT OUR WINE CLUBS





## JOIN A CLUB ♠

### REASONS TO JOIN:

- ♦ We don't ever buy close-outs and seconds.
- ♦ It's never about the order — its always about the relationship.
- ♦ Try new small production or highly allocated wines.

The Bounty Hunter's founding principle is, "If it's not great, we don't sell it." Stands to reason that all the wines we sell are great and that includes our Wine Clubs. **If you ever receive a wine you don't like, we want it back.**

Here's your chance to experience the delicious, rare and unique treasures we've hunted down. We're not talkin' marketing hype here, these wines will surprise even the most seasoned collector

Perhaps you've joined a wine club or two in your day only to find that the wines arriving on your doorstep each month didn't exactly live up to your expectations...we feel your pain. We promise that won't happen here.

**Satisfaction guaranteed. Period.**

## MONTHLY CLUBS



**Club Pinot Monthly**
$139.00/Month

Introducing our newest club! When you sign up for **Club Pinot** each month you'll receive three great bottles of Pinot Noir, from around the world, on your doorstep. Accompanied by winery notes, technical information, food pairings and more, this is the ultimate wine club for the Pinot aficionado or interested student.



**The Double Barrel Club Monthly**
$299.00/Month

Become a member of the **Double Barrel Club** and each month you'll receive two of our highest-caliber finds - one bottle from a pinnacle California producer and another from an acclaimed international estate. Straight shooting, great drinking and a posse worth joining! Membership is limited. Previous shipments have

# MOST WANTED



**2004 Rudd Proprietary Red Wine Oakville**



**2005 Lewis Cabernet Sauvignon Napa Valley**



**2005 Joseph Phelps Insignia Red Wine Napa Valley 12-pack Presale**



**2005 Diamond Creek Volcanic Hill Cabernet Sauvignon Napa Valley**



**2005 Joseph Phelps Cabernet Sauvignon Napa Valley**

included: '04 Hourglass Cabernet Sauvignon and '01 Giacosa
Barolo...





### Killer Cab Club
### Monthly
$149.00/Month



**2005 Etude Temblor Pinot Noir Carneros**

Each month you'll receive three of our top-shelf Cabernets and
Cab-based blends. "There's a reason the **Killer Cab Club** is our
most popular club." (Does not include taxes or shipping).



### Gold Standard Red Only
### Monthly
$139.00/Month

The **Gold Standard Red Only Club** brings you three of our best
reds on your doorstep each month. Its a great way to try some of
the wares from rising superstars producers from around the
world. (Does not include taxes or shipping).



### Gold Standard Red & White Club
### Monthly
$139.00/Month

The **Gold Standard Red & White Club** brings you Two of our
best reds and one great white on your doorstep each month. Its a
great way to try some of the wares from rising superstars
producers from around the world. (Does not include taxes or
shipping).



### Silver Spur Red Only Club
### Monthly
$99.00/Month

Join the **Silver Spur Red Only Club** and each month we'll send
you our Three top red picks from around the globe. (Does not
include taxes or shipping).



### Silver Spur Red & White Club
### Monthly
$99.00/Month

Join the **Silver Spur Red & White Club** and each month we'll
send you our two great reds and one white from around the
globe. (Does not include taxes or shipping).



### Bronze Star Club
### Monthly
$49.00/Month

Join the **Bronze Star Club** and each month you'll receive two great reds and one white. Talk about bang for your buck! (Does not include taxes or shipping).

# QUARTERLY CLUBS



### Most Wanted Club
**Quarterly**
$600.00/Quarter

The **Most Wanted Club** is the best wine club in the nation. Hands down. Each quarter you'll receive 6 exceedingly rare wines of exceptional quality. This is a "who's who" of the most respected and sought after names in the business, as well as the next generation of superstars from around the world. Because great stuff does not come in great quanitity, this club will be limited in membership. You'll pay $600 maximum per quarter. (Does not include taxes or shipping). Previous shipments have included: '04 Chappellet "Prichard Hill", '99 Parusso Mariondino Barolo Riserva, '03 El Molino Pinot Noir, '04 Oakville "East Exposure" Cabernet Sauvignon, '03 Venge Reserve Cabernet Sauvignon & '05 Magnien Le Clos Chablis...



### Reference Pack Club
**Quarterly**
$149.95/Quarter

The **Reference Pack Club** brings you three bottles of wine with detailed descriptions each quarter to help you along your continuum of wine enjoyment. June: Pinot Noir September: Syrah/Shiraz December: Cabernet Sauvignon March: Chardonnay.

**MERCHANT** ♠ **NEGOCIANT** ♠ **VINTNER**

# MONTHLY WINE CLUBS
THE BEST DAMN WINE CLUBS IN THE BUSINESS

The Bounty Hunter's founding principle is, "If it's not great, we don't sell it." That includes the wines in our Wine Club. We do the hard part, and you simply get great wine. Satisfaction guaranteed.



**BLOOMBERG MARKETS'**
**"FAVORITE WINE CLUB"**

## RECEIVE TRULY GREAT WINES ON YOUR DOORSTEP EACH MONTH.

*Introducing our newest Wine Club:*

### CLUB PINOT 
Each month you'll receive three great bottles of Pinot Noir from around the world on your doorstep. Accompanied by winery notes, technical information, food pairings and more, this is the ultimate wine club for the Pinot aficionado or interested student.
Maximum of $139 per month

### THE DOUBLE BARREL CLUB 
Each month, you'll receive two of our highest-caliber finds – one bottle from a pinnacle California producer and another from an acclaimed international estate. Straight shooting, great drinking and a posse worth joining! Membership is limited.
**$299** per month

### KILLER CAB CLUB 
Each month you'll receive three of our top-shelf Cabernets or Cab-based blends. There's a reason this is our most popular club.
**$149** per month

### GOLD STANDARD CLUB  OR
Each month you'll receive three of our best reds, or two reds and one white. A great way to augment your collection and enjoyment.
**$139** per month

### SILVER SPUR CLUB  OR
Each month you'll receive three great reds, or two reds and one white. Makes a great gift.
**$99** per month

### BRONZE STAR CLUB 
Each month you'll receive two great reds and one white. Talk about bang for your buck!
**$49** per month

*(Prices of monthly clubs do not include taxes or shipping).*

## WINE CLUB MEMBERS RECEIVE:

♠ Rare, small production and boutique wines from established producers and rising superstars (great wines not generally made available to other customers or the general public).

♠ Monthly tasting notes, insider information and ultimate food pairings.

♠ First dibs on specially selected and "Last Call" wines.

♠ Save 15% on a case or 10% on six-bottle purchases from that month's club. *(Does not apply to the Most Wanted or Double Barrel Clubs).*

RARITY, PEDIGREE, CERTAINTY    **QUARTERLY WINE CLUBS**



# MOST WANTED CLUB™

A "WHO'S WHO" OF THE MOST RESPECTED AND SOUGHT-AFTER WINES IN THE BUSINESS, AS WELL AS THE NEXT GENERATION OF SUPERSTARS FROM AROUND THE WORLD.

### EACH QUARTER YOU'LL RECEIVE
Six exceedingly rare wines of exceptional quality. Five reds and one white.

### YOUR CHANCE
Because great stuff does not come in great quantity, membership and re-orders are limited.

### YOUR COST
$600 maximum per quarter.
(Price does not include taxes or shipping).

### WANT EXAMPLES?
**Past shipments have included:**
'03 Gemstone Cabernet Sauvignon
'04 Lewis Reserve Cabernet Sauvignon
'03 Ornellaia
'04 Clos du Caillou "Reserve" Châteauneuf-du-Pape
'02 Opus One
'05 Gaja "Alteni di Brassica"

......................................

### 24 TRULY EXCEPTIONAL WINES
### $2400 PER YEAR

**CALL YOUR WINE SCOUT FOR DETAILS.**



### REFERENCE PACK WINE CLUB
Each quarter you'll receive three bottles of a specific varietal with detailed descriptions to help you along in your ongoing wine education.

June: **Pinot Noir**                    December: **Cabernet Sauvignon**
September: **Syrah/Shiraz**          March: **Chardonnay**

**Join the club and receive one Reference Pack on your door step each quarter. Education never tasted so good!**
YREF3B ........... **$89.95 – $149.95** per three-pack each quarter

# EXHIBIT 7



**EXHIBIT 8**



# LEGENDS OF THE FALL   A WHO'S WHO OF TOP FLIGHT PRODUCERS

Here they are in all of their glory… our most anticipated offering of the year, the Bounty Hunter "Legends of the Fall." This lineup is a virtual **"who's who" of top flight producers** with their finest wares on display. It's all about rarity, pedigree and certainty.

This is the perfect gift for the valued client or the connoisseur who has or wants it all. You can also feel free to spoil yourself (you know you deserve it). Packaged in a handsome branded Bounty Hunter wooden gift box, the presentation and wines in this package will impress any collector of highly coveted reds.

**"Legends" always sells out before the holidays,** so step up to the plate while it's still within your grasp. When this one-of-a-kind offering is gone, it's gone for good.

*(One bottle of each wine listed – includes branded wooden gift box)*



**'04 Blind Justice "To Kalon Beckstoffer" Cabernet Sauvignon • Napa Valley.** Justice may be blind, but it's pretty easy to see what's going on in the bottle here. One of Napa's premier vineyards is channeled into a special flavor experience.



**'04 Caymus "Special Selection" Cabernet Sauvignon • Napa Valley.** The only wine to be named *Wine Spectator's* "Wine of the Year" twice! Chuck Wagner's flagship Cabernet boasts an enviable track record of quality.



**'05 Diamond Creek "Volcanic Hill" Cabernet Sauvignon • Napa Valley.** One of the vineyard block trio from Napa Valley's original cult winery. A liquid testament to founder Al Brounstein's original vision.



**'03 Episode • Napa Valley.** A spare-no-expense blend from the Terlato clan (among America's most influential fine wine specialists). They gave winemaker Doug Fletcher carte blanche, and he knocked it out of the park.



**'03 Hartwell Estate Cabernet Sauvignon • Stags Leap District.** *Wine Spectator* called this "Notably rich and concentrated, yet elegant and stylish…" Focus and harmony from one of Napa Valley's best districts.



**'05 Hourglass Cabernet Sauvignon • Napa Valley.** Made from a dream mid-Valley vineyard by Bob Foley, one of California's most lauded winemakers, this is nothing short of magnificent.



**'04 Joseph Phelps "Insignia" • Napa Valley.** The original California proprietary blend, and consistently one of the absolute best. Joseph Phelps regularly ranks among our top houses.



**'04 Kapcsándy "State Lane Vineyard" Cabernet Sauvignon • Napa Valley.** Produced from the property that was the soul of Beringer's Private Reserve Cabernet, Robert Parker called this "A breakthrough effort…" It's as if a slice of Pauillac landed in Napa.



**'04 Opus One • Napa Valley.** One of California's iconic blends since its inception in 1979, this powerhouse partnership still marries the best of French and American sensibilities. It's always a wine worth owning.



**'03 Rubicon Estate "Rubicon" • Rutherford.** Francis Coppola's historic property has been responsible for some of the finest Cabernets ever made in California. That tradition continues under his stewardship.



**'04 Rudd "Oakville Estate" • Oakville.** We happen to think that this is the best wine that the Rudd team has ever crafted, a true testament to serious talent and Oakville dirt. Absolutely thrilling.



**'04 Whitehall Lane "25th Anniversary Reserve" Cabernet Sauvignon • Napa Valley.** A fitting tribute to Whitehall's silver anniversary. Their signature blend of generous fruit and plump tannins showcases a very fine vintage.

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

1WLOFF0712............**$1595.00**  *(Net item – no discounts apply).*

# EXHIBIT 9



# EXHIBIT 10



RARE WINE & PROVISIONS

MARK STEVEN POPE
Founder & CEO

975 First Street, Napa, California 94559
Orders 800.943.WINE  Fax 707.257.2202
Bar 707.226.3976  Cell 707.480.4160
mark@bountyhunterwine.com
www.bountyhunterwine.com

MERCHANT  ♠  NEGOCIANT  ♠  VINTNER



MAKERS OF:

Broken Spur   ♠   Justice Series

Pursuit   ♠   Tin Star

Waypoint



MERCHANT ♠ NEGOCIANT ♠ VINTNER



MERCHANT ❦ NEGOCIANT ❦ VINTNER



BOUNTY HUNTER RARE WINE & PROVISIONS CO.
975 First Street, Napa, California 94559 Tel 800.943.9463
www.bountyhunterwine.com



RARE WINE & PROVISIONS

975 First Street, Napa, California 94559



RARE WINE & PROVISIONS

MERCHANT   ♠   NEGOCIANT   ♠   VINTNER

975 First Street, Napa, California 94559  Tel 707.255.0622   Fax 707.257.2202
email info@bountyhunterwine.com  www.bountyhunterwine.com



975 First Street, Napa, California 94559