**EXHIBIT 11**



**BLIND**
# JUSTICE
*NAPA VALLEY*
**CABERNET SAUVIGNON**
TO KALON BECKSTOFFER VINEYARD

*Continuing Adventures of Napa Valley's*
*Bounty Hunter and his Relentless*
*the Finest Rare Wine and Provisions.*

VINTAGE DATE · ANNO 2004 VINO · HAND HARVEST

---

**BLIND**
# JUSTICE
**2004 NAPA VALLEY**
**CABERNET SAUVIGNON**
TO KALON BECKSTOFFER VINEYARD

CELLARED AND BOTTLED BY
BOUNTY HUNTER RARE WINE CO., NAPA, CALIFORNIA
800-943-9463 · www.bountyhunterwine.com

**GOVERNMENT WARNING:** (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.

CONTAINS SULFITES · 750 ML · ALC 14.5% BY VOL



POETIC

# JUSTICE

NAPAVALLEY

## RED WINE

### BECKSTOFFER VINEYARD

*The Continuing Adventures of Napa Valley's*
*Bounty Hunter and his Relentless*
*Quest for the Finest Rare Wine and Provisions*

VINTAGE DATE · ANNO 2004 VINO · HAND HARVEST

---

POETIC

# JUSTICE

## 2004 NAPA VALLEY

### RED WINE

### BECKSTOFFER VINEYARD

CELLARED AND BOTTLED BY
BOUNTY HUNTER RARE WINE CO., NAPA, CALIFORNIA
800-943-9463 · www.bountyhunterwine.com

**GOVERNMENT WARNING:** (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.

CONTAINS SULFITES · 750 ML · ALC 14.5% BY VOL



FRONTIER
# JUSTICE

NAPA VALLEY

## RED WINE

### BECKSTOFFER VINEYARD

*...tinuing Adventures of Napa Valley's*
*...nty Hunter and his Relentless*
*...est for the Finest Rare Wine and Provisions.*

VINTAGE DATE · ANNO 2004 VINO · HAND HARVEST

---

FRONTIER
# JUSTICE

### 2004 NAPA VALLEY

## RED WINE

### BECKSTOFFER VINEYARD

CELLARED AND BOTTLED BY
BOUNTY HUNTER RARE WINE CO., NAPA, CALIFORNIA
800-943-9463 · www.bountyhunterwine.com

**GOVERNMENT WARNING:** (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.

CONTAINS SULFITES · 750 ML · ALC 14.5% BY VOL



## BROKEN
### · SPUR ·

CABERNET
SAUVIGNON

Napa Valley

2004



ALC 14.1% BY VOL

BOUNTY HUNTER RARE WINE CO.
800-943-9463

CELLARED AND BOTTLED BY
WINE SCOUT INTERNATIONAL,
RUTHERFORD, CA

**GOVERNMENT WARNING:** (1) ACCORDING
TO THE SURGEON GENERAL, WOMEN SHOULD
NOT DRINK ALCOHOLIC BEVERAGES DURING
PREGNANCY BECAUSE OF THE RISK OF BIRTH
DEFECTS. (2) CONSUMPTION OF ALCOHOLIC
BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE
A CAR OR OPERATE MACHINERY, AND MAY
CAUSE HEALTH PROBLEMS.

CONTAINS SULFITES                    750ML



# Waypoint

CABERNET SAUVIGNON
NAPA VALLEY 2005
WEISS VINEYARD



ALC. 14.5% BY VOL.

---

www.bountyhunterwine.com 800-943-9463

38° 17' 13" N
122° 23' 30" W

CELLARED AND BOTTLED BY
BOUNTY HUNTER RARE WINE CO., NAPA, CALIFORNIA

**GOVERNMENT WARNING:** (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.

CONTAINS SULFITES                                     750ML



2004 Napa Valley
Red Wine

ALC 14.5% BY VOL

2004 Napa Valley
Red Wine

Tin Star is a proprietary blend of traditional varietals sourced from renowned Napa Valley vineyards. Through careful viticulture and vinification, and aging for two years in French oak barriques, this release is both complex and approachable. In the spirit of the winemaking legends who have called Napa Valley home, we craft Tin Star for your appreciation and enjoyment.

CELLARED AND BOTTLED BY BOUNTY HUNTER RARE WINE COMPANY, NAPA, CALIFORNIA

**GOVERNMENT WARNING:** (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.

CONTAINS SULFITES / 750 ML



RIDGE RUNNER 2002
"LONGRIDER"
McLAREN VALE SHIRAZ

The vineyards of McLaren Vale are world-renowned for wines of elegance, depth and complexity. This Shiraz was produced from the hillside "Jones Block" of the Paxton Vineyard, one of the region's most respected properties. Warm days and cool nights contributed to its development, and selective barrel aging enhanced its character. This Aussie red will continue to benefit from further cellaring, and was crafted to be enjoyed with good food and great company.

Selected by:
WINE SCOUT INTERNATIONAL
800-943-9463
Imported by:
OLD BRIDGE CELLARS, NAPA, CA
PRODUCE OF AUSTRALIA
ALCOHOL 14.7% BY VOLUME

GOVERNMENT WARNING:(1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.

NET CONTENTS 750 ML

CONTAINS SULFITES



# PURSUIT

### CAMPFIRE RED

*Napa Valley Proprietary Red Wine*

2004

ALC 14.3% BY VOL.

# PURSUIT

### WINE SCOUT INTERNATIONAL 800-943-9463

CELLARED AND BOTTLED BY WINE SCOUT INTERNATIONAL
NAPA, CALIFORNIA

**GOVERNMENT WARNING:** (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.

CONTAINS SULFITES                    750ML

# EXHIBIT 12

# Wine Spectator online

## California Cabernet Sauvignon Alphabetical Listing

Posted: Thursday, October 11, 2007

These wines were tasted for the California Cabernet Sauvignon report in the <u>Nov. 15, 2007</u>, issue of *Wine Spectator* magazine.

| Wine | Score | Price |
|---|---|---|
| **13 APPELLATIONS** | | |
| Fourteen Appellations Meritage Napa Valley 2004 | 88 | $115 |
| | | |
| **4 BEARS** | | |
| Cabernet Sauvignon Napa Valley 2003 | 82 | $15 |
| Cabernet Sauvignon Napa Valley 2002 | 85 | $15 |
| | | |
| **75 WINE CO.** | | |
| Cabernet Sauvignon Red Hills Lake County Amber Knolls Vineyard 2005 | 84 | $20 |
| Cabernet Sauvignon Red Hills Lake County Amber Knolls Vineyard 2004 | 85 | $20 |
| | | |
| **CLARE LUCE ABBEY** | | |
| Cabernet Sauvignon Napa Valley 2003 | 86 | $115 |
| | | |
| **ALEXANDER VALLEY VINEYARDS** | | |
| Cabernet Sauvignon Alexander Valley Wetzel Family Estate 2004 | 81 | $20 |
| | | |
| **ALTAMURA** | | |
| Cabernet Sauvignon Napa Valley 2003 | 88 | $65 |
| | | |
| **ANDERSON'S CONN VALLEY** | | |
| Cabernet Sauvignon Napa Valley Estate Reserve 2004 | 86 | $65 |
| | | |
| **ANGELINE** | | |
| Cabernet Sauvignon Sonoma County 2005 | 84 | $14 |
| | | |
| **ANTICA NAPA VALLEY** | | |
| Cabernet Sauvignon Napa Valley 2004 | 89 | $55 |
| | | |
| **ARAUJO** | | |
| Cabernet Sauvignon Napa Valley Eisele Vineyard 2004 | 95 | $235 |

## BEHRENS & HITCHCOCK
The Contender Napa Valley 2003                                         88          $65

## BENNETT LANE
Cabernet Sauvignon Napa Valley 2004                                   92          $55
Cabernet Sauvignon Napa Valley Primus Reserve 2004                    91          $95
Maximus Red Napa Valley Red 2004                                      88          $35

## BENZ FAMILY
Cabernet Sauvignon Napa Valley 2004                                   89          $75

## BENZIGER
Tribute Sonoma Mountain 2003                                          89          $75
Cabernet Sauvignon Napa Valley 2004                                   90          $40
Cabernet Sauvignon Napa Valley Private Reserve 2004                   93          $116
Cabernet Sauvignon Napa Valley Private Reserve 2003                   87          $115

## BIG ASS CAB
Cabernet Sauvignon Napa Valley 2005                                   78          $15

## BLANKIET ESTATE
Cabernet Sauvignon Napa Valley Paradise Hills Vineyard 2004           88          $165

## BOGLE
Cabernet Sauvignon California 2005                                    82          $11
Cabernet Sauvignon California 2004                                    78          $11

## BONANNO
Cabernet Sauvignon Napa Valley 2004                                   88          $20

## BOND
Melbury Napa Valley 2004                                              97          $240
Pluribus Napa Valley 2004                                             96          $240
St. Eden Napa Valley 2004                                             93          $240
Vecina Napa Valley 2004                                               88          $240

## BONNEAU
Cabernet Sauvignon Napa Valley 2003                                   76          $45

## BONTERRA
Cabernet Sauvignon Mendocino County 2004                             84          $15

## BOUNTY HUNTER
Cabernet Sauvignon Napa Valley Blind Justice To Kalon                 92          $100

Beckstoffer Vineyard 2004

| | | |
|---|---|---|
| Frontier Justice Beckstoffer Vineyard Napa Valley 2004 | 95 | $100 |
| Poetic Justice Beckstoffer Vineyard Napa Valley 2004 | 94 | $100 |

**BOURASSA**

| | | |
|---|---|---|
| Cabernet Sauvignon Napa Valley Symphony3 Proprietors Reserve 2004 | 82 | $50 |

**BRANDLIN**

| | | |
|---|---|---|
| Cabernet Sauvignon Mount Veeder 2004 | 90 | $80 |

# Wine Spectator online

## California's Surprising 2004 Cabernets: 20 to Watch
*Exciting New Cabernet Labels*



By MaryAnn Worobiec
From *Wine Spectator* magazine, November 15, 2007 issue

Nearly 100 new Cabernet bottlings have appeared in California over the past year-and most of them are from Napa Valley. The 20 producers profiled here stood out in recent tastings. They represent the efforts of a diverse group of winemakers: world-renowned vintners, hobbyists, landowners, a vineyard manager and a well-known wine retailer. Some own vineyards and/or a winery, some do not, but each has assembled a passionate and committed Cabernet team. And there's no sign of the boom of new producers slowing-there are dozens more new labels on the horizon, scheduled to release their first wines over the next couple years.

## ANTICA NAPA VALLEY

Piero Antinori, of the famed Tuscan winemaking family, first became involved in Napa Valley in the late 1980s, when he invested in what would become Atlas Peak Vineyards. Today, Antinori leases 500 acres of vineyards to the Atlas Peak venture (a contract that is up in November 2008, at which time Antinori will take over management of those vineyards once again), and with Washington's Ste. Michelle Wine Estates recently purchased Stag's Leap Wine Cellars. Antica is short for "Antinori California." Its debut wine is a Cabernet Sauvignon made from grapes grown in the Townsend Vineyard, a 24-acre Antinori-owned property adjacent to the current Atlas Peak vineyard.

| Score | Wine | Price | Cases Made |
| --- | --- | --- | --- |
| 89 | Cabernet Sauvignon Napa Valley 2004 | $55 | 1,200 |



## BOUNTY HUNTER

Mark Pope established the Bounty Hunter Rare Wine & Provisions catalog in 1994, offering sought-after California wines to wine lovers across the country. These days he also operates a popular wine bar and bistro in downtown Napa. In 1999, Pope started to experiment with purchasing bulk wine to bottle for his catalog, then made the switch to producing fine wine beginning with the 2003 vintage. "I'm fortunate to get to taste about 5,000 wines a year. I have a good sense of what customers want," says Pope. The Justice Series is a trio of Cabernet-based wines that winemaker Marco DiGuilio sees as representing various expressions of that grape: Blind Justice is 100 percent Cabernet Sauvignon; Poetic Justice a Bordeaux-inspired blend; and Frontier Justice a blend that will vary each year, with the '04 version a mix of Cabernet Sauvignon and Cabernet Franc.

| Score | Wine | Price | Cases Made |
| --- | --- | --- | --- |
| 95 | Frontier Justice Beckstoffer Vineyard Napa Valley 2004 | $100 | 108 |
| 94 | Poetic Justice Beckstoffer Vineyard Napa Valley 2004 | $100 | 100 |
| 92 | Cabernet Sauvignon Napa Valley Blind Justice To Kalon Beckstoffer Vineyard 2004 | $100 | 141 |

## BRANDLIN

Cuvaison is perhaps best known for producing Carneros Chardonnay, but in 1998, the winery, which is owned by the Swiss-based Schmidheiny family, purchased a historic 170-acre ranch on Mount Veeder founded by the Brandlin family in 1926. (Chester Brandlin, now in his eighties, still lives on the property.) The vineyard is so good, says winemaker Steve Rogstad, that the decision was made to bottle its fruit -under this separate label. "The site produces very fragrant, solid, tannic-structured and muscular wines," he says, adding that there is a good natural acidity in the wine

# The Ultimate Buying Guide: 2007 Top Scores

From *Wine Spectator* magazine, February 29, 2008 issue



## CALIFORNIA

### CABERNET SAUVIGNON

| Wine | Score | Price |
|---|---|---|
| Bond Melbury Napa Valley 2004 | 97 | $240 |
| Harlan Estate Napa Valley 2004 | 97 | $350 |
| Schrader Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard 2004 | 97 | $95 |
| Schrader Cabernet Sauvignon Napa Valley CCS Beckstoffer Vineyards 2004 | 97 | $75 |
| Bond Pluribus Napa Valley 2004 | 96 | $240 |
| Bryant Family Cabernet Sauvignon Napa Valley 2004 | 96 | $285 |
| Carter Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard H&C 2004 | 96 | $65 |
| Colgin Cariad Napa Valley 2004 | 96 | $275 |
| Macauley Cabernet Sauvignon Oakville Beckstoffer To Kalon 2004 | 96 | $100 |
| Merus Cabernet Sauvignon Napa Valley 2004 | 96 | $160 |
| Scarecrow Cabernet Sauvignon Rutherford 2004 | 96 | $125 |
| Schrader Cabernet Sauvignon Napa Valley RBS Beckstoffer To Kalon Vineyard 2004 | 96 | $95 |
| Sloan Rutherford 2004 | 96 | NA |
| D.R. Stephens Cabernet Sauvignon Napa Valley Moose Valley Vineyard 2004 | 96 | $100 |
| Araujo Cabernet Sauvignon Napa Valley Eisele Vineyard 2004 | 95 | $235 |
| ✳ Bounty Hunter Frontier Justice Beckstoffer Vineyard Napa Valley 2004 | 95 | $100 |
| Buccella Cabernet Sauvignon Napa Valley 2004 | 95 | $90 |
| Colgin Cabernet Sauvignon Napa Valley Tychson Hill Vineyard 2004 | 95 | $275 |
| Gemstone Yountville 2004 | 95 | $125 |
| Paul Hobbs Cabernet Sauvignon St. Helena Beckstoffer Dr. Crane Vineyard 2004 | 95 | $150 |
| Lewis Cabernet Sauvignon Napa Valley Hillstone Vineyard 2004 | 95 | $80 |
| Robert Mondavi Cabernet Sauvignon Napa Valley Reserve 2004 | 95 | $125 |
| Robert Mondavi Cabernet Sauvignon Stags Leap District 2004 | 95 | $85 |
| Schrader Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard MM IV 2004 (1.5L) | 95 | $250 |
| Spottswoode Cabernet Sauvignon St. Helena Family Estate Grown 2004 | 95 | $110 |
| ✳ Bounty Hunter Poetic Justice Beckstoffer Vineyard Napa Valley 2004 | 94 | $100 |
| Caldwell Napa Valley 2004 | 94 | $100 |
| Caymus Cabernet Sauvignon Napa Valley Special Selection 2004 | 94 | $136 |
| Dalla Valle Cabernet Sauvignon Napa Valley 2004 | 94 | $130 |

TOP
**100**
2007

# Our Annual Roundup of the Year's Most Exciting Wines

*sponsored by*  D. SOKOLIN CO.

# THE 2007 TOP 100 BY REGION & VARIETY

| | |
|---|---|
| **ARGENTINA** | 2 |
| **AUSTRALIA** | 9 |
| **AUSTRIA** | 2 |
| **CALIFORNIA** | 20 |
| CABERNET SAUVIGNON | 3 |
| CHARDONNAY | 4 |
| PETITE SIRAH | 1 |
| PINOT NOIR | 3 |
| SAUVIGNON BLANC | 2 |
| SPARKLING | 1 |
| SYRAH | 1 |
| ZINFANDEL | 5 |
| **CHILE** | 2 |

| | |
|---|---|
| **FRANCE** | 24 |
| ALSACE | 1 |
| BORDEAUX | 3 |
| BURGUNDY | 3 |
| CHAMPAGNE | 2 |
| LANGUEDOC/ ROUSSILLON | 1 |
| LOIRE | 2 |
| PROVENCE | 1 |
| RHÔNE | 10 |
| SOUTHWEST | 1 |

| | |
|---|---|
| **GERMANY** | 2 |
| **GREECE** | 2 |
| **ITALY** | 13 |
| NORTHEAST | 1 |
| PIEDMONT | 3 |
| TUSCANY | 7 |
| OTHER | 2 |
| **NEW ZEALAND** | 3 |
| **OREGON** | 4 |
| **PORTUGAL** | 2 |
| **SOUTH AFRICA** | 3 |
| **SPAIN** | 8 |
| **WASHINGTON** | 4 |

# WINES OF THE YEAR 1988–2006

| SCORE | WINE | RELEASE PRICE | CURRENT PRICE* | SCORE | WINE | RELEASE PRICE | CURRENT PRICE* |
|---|---|---|---|---|---|---|---|
| | **2006** | | | | **1996** | | |
| 97 | Casanova di Neri Brunello di Montalcino Tenuta Nuova 2001 | $70 | $NA | 95 | Beringer Chardonnay Napa Valley Private Reserve 1994 | $20 | $59 |
| | **2005** | | | | **1995** | | |
| 96 | Joseph Phelps Insignia Napa Valley 2002 | $150 | $168 | 97 | Penfolds Shiraz South Australia Grange 1990 | $100 | $377 |
| | **2004** | | | | **1994** | | |
| 100 | Château Rieussec Sauternes 2001 | $80 | $172 | 98 | Caymus Cabernet Sauvignon Napa Valley Special Selection 1990 | $75 | $225 |
| | **2003** | | | | **1993** | | |
| 95 | Paloma Merlot Spring Mountain District 2001 | $45 | $95 | 100 | Château Latour Pauillac 1990 | $80 | $926 |
| | **2002** | | | | **1992** | | |
| 93 | E. Guigal Châteauneuf-du-Pape 1999 | $30 | $46 | 98 | Château Pichon-Longueville-Baron Pauillac 1989 | $45 | $225 |
| | **2001** | | | | **1991** | | |
| 96 | Tenuta dell'Ornellaia Bolgheri Superiore Ornellaia 1998 | $110 | $149 | 97 | Château de Beaucastel Châteauneuf-du-Pape 1989 | $35 | $174 |
| | **2000** | | | | **1990** | | |
| 98 | Antinori Toscana Solaia 1997 | $115 | $334 | 95 | Beringer Cabernet Sauvignon Napa Valley Private Reserve 1986 | $30 | $68 |
| | **1999** | | | | **1989** | | |
| 95 | Chateau St. Jean Cabernet Sauvignon Sonoma County Cinq Cépages 1996 | $28 | $74 | 98 | Caymus Cabernet Sauvignon Napa Valley Special Selection 1984 | $38 | $179 |
| | **1998** | | | | **1988** | | |
| 97 | Château Ducru-Beaucaillou St.-Julien 1995 | $50 | $148 | 97 | Château Lynch-Bages Pauillac 1985 | $37 | $191 |
| | **1997**** | | | | | | |
| 100 | Fonseca Vintage Port 1994 | $55 | $129 | | | | |
| 100 | Taylor Fladgate Vintage Port 1994 | $55 | $137 | | | | |

*Average current price at auction or retail, as appropriate    ** Two wines shared top honors*

© 2007 M. Shanken Communications, Inc.

TOP
100
2007

# Our Annual Roundup of the Year's Most Exciting Wines

*sponsored by* D. SOKOLIN CO.

# HIGHEST-SCORING RELEASES OF 2007

| SCORE | WINE | RELEASE PRICE | CASES MADE |
|---|---|---|---|
| 96 | D.R. Stephens Cabernet Sauvignon Napa Valley Moose Valley Vineyard 2004 | $100 | 809 |
| 96 | Tardieu-Laurent Châteauneuf-du-Pape Vieilles Vignes 2005 | $51 | 1,500 |
| 96 | Domaine Tempier Bandol Cabassaou 2004 | $68 | ·87 |
| 96 | Pierre Usseglio & Fils Châteauneuf-du-Pape Cuvée de mon Aieul 2005 | $93 | 1,500 |
| 95 | Bodegas Aalto Ribera del Duero PS 2004 | $110 | NA |
| 95 | Altesino Brunello di Montalcino Riserva 2001 | $100 | 1,200 |
| 95 | Antinori Toscana Tignanello 2004 | $79 | 26,665 |
| 95 | Araujo Cabernet Sauvignon Napa Valley Eisele Vineyard 2004 | $235 | 1,240 |
| 95 | Aubert Chardonnay Sonoma County The Quarry 2005 | $70 | 223 |
| 95 | Château Ausone St.-Emilion 2004 | $350 | 1,500 |
| 95 | Avignonesi Vin Santo di Montepulciano 1995 | $150 | 190 |
| 95 | Domaine des Baumard Coteaux du Layon Cuvée Le Paon 2005 | $40 | 1,000 |
| 95 | C. H. Berres Riesling Auslese Gold Cap Mosel-Saar-Ruwer Erdener Treppchen 2005 | $60 | 23 |
| 95 | C. H. Berres Riesling Beerenauslese Gold Cap Mosel-Saar-Ruwer Erdener Treppchen 2005 | $95 | 21 |
| 95 | Albert Bichot Grands Echézeaux Domaine du Clos Frantin 2005 | $150 | ·15 |
| 95 | Bounty Hunter Frontier Justice Beckstoffer Vineyard Napa Valley 2004 | $100 | 108 |
| 95 | Georg Breuer Riesling Auslese Gold Cap Rheingau Berg Schlossberg 2005 | $95 | 25 |
| 95 | Buccella Cabernet Sauvignon Napa Valley 2004 | $90 | 737 |
| 95 | Reichsrat von Buhl Riesling Trockenbeerenauslese Pfalz Forster Ungeheuer 2005 | $380 | ·1 |
| 95 | Dr. Bürklin-Wolf Riesling Beerenauslese Pfalz Wachenheimer Gerümpel 2005 | $140 | 11 |
| 95 | Campè della Spinetta Barolo Vigneto Campè 2003 | $120 | 1,670 |
| 95 | Capanna Brunello di Montalcino Riserva 2001 | $70 | 1,100 |
| 95 | Michele Castellani Amarone della Valpolicella Classico Cinque Stelle 2003 | $64 | 1,200 |
| 95 | Bodega Catena Zapata Malbec Mendoza Argentino 2004 | $120 | 300 |
| 95 | Château du Cèdre Cahors Le Cèdre 2004 | $60 | ·40 |
| 95 | M. Chapoutier Châteauneuf-du-Pape Barbe Rac 2004 | $80 | 600 |
| 95 | Jean-Louis Chave Hermitage 2004 | $210 | 3,000 |
| 95 | Joh. Jos. Christoffel Erben Riesling Spätlese* Mosel-Saar-Ruwer Ürziger Würzgarten 2005 | $26 | ·109 |
| 95 | Clarendon Hills Syrah Clarendon Brookman 2005 | $100 | ·500 |
| 95 | Clarendon Hills Syrah Clarendon Hickinbotham 2005 | $100 | ·500 |
| 95 | Clarendon Hills Syrah Clarendon Piggott Range 2005 | $150 | ·500 |
| 95 | Clos des Papes Châteauneuf-du-Pape White 2006 | $80 | 830 |
| 95 | Clos du Mont-Olivet Châteauneuf-du-Pape La Cuvée du Papet 2005 | $68 | 1,000 |
| 95 | Colgin Cabernet Sauvignon Napa Valley Tychson Hill Vineyard 2004 | $275 | 168 |
| 95 | Philippe Colin Chevalier-Montrachet 2004 | $240 | ·50 |
| 95 | Corino Barolo Vigneto Arborina 2003 | $60 | 250 |
| 95 | Didier Dagueneau Pouilly-Fumé Buisson Renard 2005 | $65 | NA |
| 95 | Vincent Dauvissat Chablis Les Clos 2004 | $110 | ·112 |
| 95 | Schlossgut Diel Riesling Spätlese Gold Cap Nahe Dorsheimer Pittermännchen 2005 | $40 | ·50 |
| 95 | H. Dönnhoff Riesling Auslese Gold Cap Nahe Oberhäuser Brücke 2005 | $45 | ·128 |

| SCORE | WINE | RELEASE PRICE | CASES MADE |
|---|---|---|---|
| 95 | DuMOL Chardonnay Sonoma County Green Valley isobel 2005 | $60 | 558 |
| 95 | Fontodi Colli della Toscana Centrale Flaccianello 2004 | $100 | 4,000 |
| 95 | Foreau Vouvray Moelleux Domaine du Clos Naudin Réserve 2005 | $88 | ·140 |
| 95 | Gaja Barbaresco 2004 | $180 | 5,000 |
| 95 | Gaja Langhe Sorì Tildìn 2004 | $416 | 1,000 |
| 95 | Gemstone Yountville 2004 | $125 | 495 |
| 95 | Bibi Graetz Toscana Colore 2005 | $750 | 75 |
| 95 | Fritz Haag Riesling Auslese Gold Cap Mosel-Saar-Ruwer Brauneberger Juffer-Sonnenuhr (AP 9) 2005 | $90 | 100 |
| 95 | Reinhold Haart Riesling Auslese Gold Cap Mosel-Saar-Ruwer Piesporter Goldtröpfchen 2005 | $70 | 50 |
| 95 | Château Haut-Brion Pessac-Léognan 2004 | $180 | 12,500 |
| 95 | Olivier Hillaire Châteauneuf-du-Pape Les Petits Pieds d'Armand 2005 | $84 | NA |
| 95 | Paul Hobbs Cabernet Sauvignon St. Helena Beckstoffer Dr. Crane Vineyard 2004 | $150 | 304 |
| 95 | Château Hosanna Pomerol 2000 | $220 | 1,500 |
| 95 | Schloss Johannisberger Riesling Trockenbeerenauslese Gold Cap Rheingau Goldlack 2005 | $420 | 40 |
| 95 | Kaesler Old Bastard Barossa Valley 2004 | $135 | 500 |
| 95 | Karthäuserhof Riesling Auslese Mosel-Saar-Ruwer Eitelsbacher Karthäuserhofberg NR. 36 (AP 19) 2005 | $59 | 25 |
| 95 | Kosta Browne Pinot Noir Russian River Valley Amber Ridge Vineyard 2005 | $62 | 510 |
| 95 | Kosta Browne Pinot Noir Russian River Valley Keefer Ranch 2005 | $62 | 117 |
| 95 | Kracher Scheurebe Trockenbeerenauslese Burgenland Zwischen den Seen No. 10 2004 | $90 | NA |
| 95 | Château Latour Pauillac 2004 | $330 | 10,000 |
| 95 | Louis Latour Chambertin Cuvée Héritiers Latour 2005 | $220 | 350 |
| 95 | Louis Latour Clos de la Roche 2005 | $280 | 25 |
| 95 | Louis Latour Montrachet 2005 | $490 | 210 |
| 95 | Dominique Laurent Chambertin-Clos de Bèze 2004 | $180 | 24 |
| 95 | Château Laville Haut Brion Pessac-Léognan White 2003 | $225 | NA |
| 95 | Château Léoville Las Cases St.-Julien 2004 | $90 | 20,000 |
| 95 | Lewis Cabernet Sauvignon Napa Valley Hillstone Vineyard 2004 | $80 | 47 |
| 95 | Schloss Lieser Riesling Auslese Long Gold Cap Mosel-Saar-Ruwer Brauneberger Juffer Sonnenuhr 2005 | $48 | 50 |
| 95 | Schloss Lieser Riesling Auslese Long Gold Cap Mosel-Saar-Ruwer Lieser Niederberg Helden 2005 | $40 | 50 |
| 95 | Dr. Loosen Riesling Auslese Gold Cap Mosel-Saar-Ruwer Erdener Prälat 2005 | $55 | ·35 |
| 95 | Dr. Loosen Riesling Auslese Gold Cap Mosel-Saar-Ruwer Ürziger Würzgarten 2005 | $36 | ·50 |
| 95 | Dr. Loosen Riesling Auslese Mosel-Saar-Ruwer Erdener Prälat 2005 | $65 | ·50 |
| 95 | Dr. Loosen Riesling Auslese Mosel-Saar-Ruwer Erdener Treppchen 2005 | $40 | ·200 |
| 95 | Dr. Loosen Riesling Auslese Mosel-Saar-Ruwer Ürziger Würzgarten 2005 | $40 | ·200 |
| 95 | Dr. Loosen Riesling Auslese Mosel-Saar-Ruwer Wehlener Sonnenuhr 2005 | $40 | ·100 |
| 95 | Lucien Le Moine Chambertin-Clos de Bèze 2004 | $209 | ·22 |
| 95 | Lucien Le Moine Mazis-Chambertin 2004 | $169 | ·12 |

* Indicates cases imported; NA means not available.

continues on following page

® 2007 M. Shanken Communications, Inc.

| Home | Vineyards | About Us | Wines | Wine Reviews | Media Coverage | The People of Beckstoffer |

Wine Reviews - 1 to 30 of 252

`<<`   `<`   `>`   `>>`

Show all records   Show filter

| Date | Title | Publication |
|------|-------|-------------|
| 12/28/07 | 2004 Macauley Cabernet Sauvignon Beckstoffer To Kalon Vineyard □ Oakville - $100 | Score 93 - Wine Advocate |
| 12/28/07 | 2004 Bacio Divino Cabernet Sauvignon To Kalon Vineyard - Oakville - $100 | Score 90 - Wine Advocate |
| 12/28/07 | 2005 Macauley Cabernet Sauvignon Beckstoffer To Kalon Vineyard □ Oakville (not yet released) | Score 90-93 - Wine Advocate |
| 12/28/07 | 2005 Schrader Cellars Cabernet Sauvignon RBS □ Oakville - $95 | Score 93 - Wine Advocate |
| 12/28/07 | 2006 Paul Hobbs Cabernet Sauvignon Beckstoffer Dr. Crane Vineyard □ Napa □ (not yet released) | Score 93-95 - Wine Advocate |
| 12/28/07 | 2005 Paul Hobbs Cabernet Sauvignon Beckstoffer Dr. Crane Vineyard □ Napa - $150 | Score 95 - Wine Advocate |
| 12/28/07 | 2006 Paul Hobbs Cabernet Sauvignon Beckstoffer To Kalon □ Oakville □ (not yet released) | Score 96-98 - Wine Advocate |
| 12/28/07 | 2005 Paul Hobbs Cabernet Sauvignon Beckstoffer To Kalon Vineyard □ Oakville $225 | Score 95+ - Wine Advocate |
| 12/28/07 | 2005 Realm Cabernet Sauvignon Beckstoffer Dr. Crane Vineyard □ Napa - $90 | Score 94 - Wne Advocate |
| 12/28/07 | 2005 Realm Cabernet Sauvignon Beckstoffer To Kalon vineyard □ Oakville - $100 | Score 95 - Wine Advocate |
| 12/28/07 | 2005 Schrader Cellars Cabernet Sauvignon CCS □ Oakville - $95 | Score 95 - Wine Advocate |
| 12/28/07 | 2005 Schrader Cabernet Sauvignon - Oakville - $95 | Score 92+ - Wine Advocate |
| 12/28/07 | 2006 Schrader Cellars Cabernet Sauvignon Clone 4 □ Oakville □ (not yet released) | Score 96-98 - Wine Advocate |
| 12/28/07 | 2005 Schrader Cellars Cabernet Sauvignon Old Sparky - Oakville - $250 (mag) | Score 96 - Wine Advocate |
| 12/28/07 | 2006 Schrader Cellars Cabernet Sauvignon RBS □ Oakville □ (not yet released) | Score 95-97 - Wine Advocate |
| 12/28/07 | 2005 Schrader Cellars Cabernet Sauvignon T6 □ Oakville - $95 | Score 95 - Wine Advocate |
| 12/28/07 | 2006 Schrader Cellars Cabernet Sauvignon T6 □ Oakville □ (not yet released) | Score 94-96 - Wine Advocate |
| 12/28/07 | 2005 Bacio Divino Cabernet Sauvignon To Kalon Vineyard - Oakville - $100 | Score 90-93 - Wine Advocate |
| 12/28/07 | 2006 Schrader Cellars Cabernet Sauvignon Beckstoffer Georges III Vineyard □ Rutherford - (not yet re... | Score 94-96 - Wine Advocate |
| 12/28/07 | 2006 Schrader Cellars Cabernet Sauvignon CCS - Oakville - (not yet released) | Score 95-97 - Wine Advocate |
| 12/15/07 | Laura Zahtila 2004 Beckstoffer Vineyard Georges III Cabernet Sauvignon (Rutherford) - $55 | Score 91 - Wine Enthusiast |
| 11/15/07 | Jancen 2004 Cabernet Sauvignon Napa Valley To Kalon Vineyard - $100 | Score 92 - Wine Spectator |
| 11/15/07 | Paul Hobbs 2004 Cabernet Sauvignon St. Helena Beckstoffer Dr. Crane Vineyard - $150 | Score 95 -- Wine Spectator |
| 10/15/07 | BOUNTY HUNTER 2004 Frontier Justice Beckstoffer Vineyard Napa Valley - $100 | Score 95 - Wine Spectator |
| 10/15/07 | BOUNTY HUNTER 2004 Poetic Justice Beckstoffer Vineyard Napa Valley - $100 | Score 94 - Wine Spectator |
| 10/15/07 | MACAULEY 2004 Cabernet Sauvignon Oakville Beckstoffer To Kalon - $100 | Score 96 - Wine Spectator |
| 10/15/07 | PAUL HOBBS 2004 Cabernet Sauvignon Oakville Beckstoffer To Kalon Vineyard - $235 | Score 94 - Wine Spectator |
| 10/15/07 | BOUNTY HUNTER 2004 Cabernet Sauvignon Blind Justice Beckstoffer To Kalon Vineyard 2004 - $100 | Score 92 - Wine Spectator |
| 10/15/07 | TOM EDDY 2001 Beckstoffer Dr. Crane Vineyard Cabernet Sauvignon (Napa Valley): $110 | Score 93 - Wine Enthusiast |
| 08/01/07 | PROVENANCE Oakville Napa Valley Beckstoffer To Kalon Cabernet Sauvignon 2004 - $75 | Score 93 - Wine & Spirits |

`<<`   `<`   `>`   `>>`

**Beckstoffer Vineyards**
Post Office Box 405 Rutherford, CA 94573
Phone: 707.963.9471  Fax: 707.963.8849



## Wine Reviews

10/15/2007

BOUNTY HUNTER 2004 Poetic Justice Beckstoffer Vineyard Napa Valley - $100

James Laube

Score 94 - Wine Spectator

Smooth, rich and flavorful, with layers of complexity built around ripe plum, black cherry and wild berry fruit that's supple and polished. The long, persistent finish remains elegant and keeps the focus on the fruit. Cabernet Sauvignon, Cabernet Franc and Malbec. Drink now through 2014. 100 cases made -- J. L.

**Beckstoffer Vineyards**
Post Office Box 405 Rutherford, CA 94573
Phone: 707.963.9471    Fax: 707.963.8849



## Wine Reviews



10/15/2007

BOUNTY HUNTER 2004 Cabernet Sauvignon Blind Justice Beckstoffer To Kalon Vineyard 2004 - $100

James Laube

Score 92 - Wine Spectator

Well-seasoned oak is a nice first impression. Supple-textured, graceful and harmonious, with a pretty mix of currant, blueberry, sage and spice. Ends with a complex aftertaste and a long, focused finish. Drink now through 2013. 141 cases made. -- J.L.

Home  |  Vineyards  |  About Us  |  Wine Reviews  |  Media Coverage  |  The People of Beckstoffer  |  Top of Page

**Beckstoffer Vineyards**
Post Office Box 405 Rutherford, CA 94573
Phone: 707.963.9471  :  Fax: 707.963.8849



## Wine Reviews

10/15/2007

 BOUNTY HUNTER 2004 Frontier Justice Beckstoffer Vineyard Napa Valley - $100

Jim Laube

Score 95 - Wine Spectator

Pretty smoky, toasty oak paves the way for a rich, elegant mix of currant, black cherry and blackberry fruit that's supple, polished and long, with a creamy texture. A sheer delight to drink. Cabernet Sauvignon and Cabernet Franc. Drink now through 2013. 108 cases made -- J. L.

Home  |  Vineyards  |  About Us  |  Wine Reviews  |  Media Coverage  |  The People of Beckstoffer  |  Top of Page

**Beckstoffer Vineyards**
Post Office Box 405 Rutherford, CA 94573
Phone: 707.963.9471  |  Fax: 707.963.8849

| home | buy wine | sell wine | myWC | help |
|------|----------|-----------|------|------|

**Search**
enter keyword or lot#

☐ titles & descriptions

[ Search ]

»Advanced search

**Browse by Varietal**
Red
White
Sparkling
Dessert & Sweet

**Browse by Country**
Australia
France
Germany
Italy
New Zealand
Portugal
Spain
United States
Other

**Browse by Price**
$25 and below
$25 - $50
$50 - $100
$100 - $150
$150 - $300
$300 and up

**Special Searches**
Consigned Wines
$1, No Reserve!
Wines Wanted
Opening today
Closing today
Hot items
Gifts

**All Categories** > USA > California > Cabernet Sauvignon

**Bounty Hunter 2004 Justice Beckstoffer Cabs, 3-Pack in Wood, WS95, WS94, WS92, For The Legal Eagles**

| | |
|---|---|
| **status:** | CLOSED |
| **current:** | US$499.00 - No Reserve! |
| **buy it! price:** | US$650.00 [ Buy it! ] |
| **time past closing:** | 66 days, 18 hours 54 minutes 12/10/07 9:49P EST |
| **high bidder:** | akorn (43) |
| **# of bids:** | 1 bid history |
| **quantity:** | 1 Lot of 3 bottles |
| **ships to:** | United States Only |
| **ships from:** | United States |
| **insurance:** | Platinum - $600 |
| **lot:** | #2120490 Email item Watch item |

Lot Closed

**seller: wineboyrockies** (355)
99.44% positive feedback
Verified User

» View Seller's other lots
» Send wineboyrockies a message

**Bounty Hunter 2004 Justice Beckstoffer Cabs, 3-Pac**

- Item details
- User Score
- Bid History

**Bounty Hunter 2004 Justice Beckstoffer Cabs, 3-Pack in Wood, WS95, WS94, WS92, For The Legal Eagles**

**Seller Will Ship To:** United States Only
**Size of Bottles in this Lot:** 750
**Number of Bottles in lot:** 3
**Bottle Fill Level:** New Bottle
**Bottle Label Condition:** New Bottle
**Shipping Policy:** Buyer Pays
**Payment Methods Accepted:** Money Order, Personal Check, Paypal (Credit Cards)

A special gift for that lawyer, judge, or legal professional in your life!. This is sold out at the Bounty Hunter winery. A 3-pack in special collectors wood case. One bottle of each from the awesome first release by Bounty Hunter from the Beckstoffer Vineyards. Frontier Justice Cab WS95pts, only 108 cases, Poetic Justice Cab WS94pts, only 100 cases, and Blind Justice WS92pts, only 141 cases.

**Bounty Hunter 2004 Justice Beckstoffer Cabs, 3-Pack in Wood, WS95, WS94, WS92, For The Legal Eagles**

**Payment & shipping details**

**Bounty Hunter 2004 Justice Beckstoffer Cabs, 3-Pack in Wood, WS95, WS94,**

WS92, For The Legal Eagles

Shipping cost: US$75.80
Insurance: —
Payment instructions: PayPal 3% on Total.

**Bounty Hunter 2004 Justice Beckstoffer Cabs, 3-Pack in Wood, WS95, WS94, WS92, For The Legal Eagles**

**What to do if you are the buyer or seller**

akorn (43) **is the winner.**

akorn, please complete the checkout process to arrange shipping and payment.



Seller, Send Buyer an Invoice Requesting Payment

If you are the winning buyer, check out now.

**Bounty Hunter 2004 Justice Beckstoffer Cabs, 3-Pack in Wood, WS95, WS94, WS92, For The Legal Eagles**

**If you're the seller or the high bidder - now what?**

1. Contact each other. The seller (wineboyrockies) and the high bidder (akorn) should contact each other within three business days to discuss payment and shipping details.

2. Leave feedback for the other party once the the seller has received the payment and the winning bidder has received the item.
Leave feedback to seller - Leave feedback to bidder

Details for the seller and high bidder(s):
The seller should contact the winning bidder(s) with information on the total cost, including shipping, and where to send payment. The winning bidder(s) must pay the seller directly for the item(s), and it is the seller's responsibility to fulfill the order when payment terms are met. The binding contract of the auction is between the winning bidder and the seller.

If the seller is unable to establish contact with the high bidder within 3 business days of the end of the auction, he/she may lose the place as winning bidder, and be at risk for receiving negative feedback which can ultimately lead to suspension from WineCommune.

**Bounty Hunter 2004 Justice Beckstoffer Cabs, 3-Pack in Wood, WS95, WS94, WS92, For The Legal Eagles**

Buy Wine | Sell Wine | Legal | Site Map | Contact Us

**EXHIBIT 13**

# GREAT WHITES    Simply Delicious

**'06 CONUNDRUM • CALIFORNIA.** Consistently **among our best-selling white wines,** this offering from the family that owns Caymus Vineyards is always a crowd pleaser. Melon, orange and banana flavors with just enough residual sugar to fatten up the mid-palate. It's equally at home as companion to a fiery Thai curry or at a tailgate party, and it likes food, but doesn't need it. Pour, sip, repeat!

1WCAY06OW3..........$24.95 btl. **$22.45 btl./mixed case**

**'05 DOMAINE DE GRANDMAISON • PESSAC-LÉOGNAN.** You're familiar with Château Carbonnieux, one of Bordeaux's top whites? This property is right next door! A blend of Sauvignon Blanc, Semillon and Sauvignon Gris, their '05 oozes class and distinction. Stone fruits, green apple and a laser beam of minerals and acidity separate this from the herd and make for a very civilized glass of wine. **It's also a steal given its impeccable pedigree.** Fantastic!

1WDGR05IW3 .......... $23.95 btl. **$21.55 btl./mixed case**

**'05 FORTRESS "MUSQUÉ CLONE" SAUVIGNON BLANC • LAKE COUNTY.** With major players from Napa and beyond investing in Lake County vineyards, it's a good indication that it's worth a look. This generously fruited Sauv Blanc is a prime example, serving up Kiwi-style tropical fruit a lot closer to home (**as the label notes, "grass is for cows"**). Mango and peach notes with a great mouthfeel and nary a hint of shrillness. The perfect starter for your next dinner party.

1WFOR05SB3.............. $17.95 btl. **$16.15 btl./mixed case**

**'05 JOSMEYER "LE DRAGON" RIESLING • ALSACE.** The magic of 2005 in Alsace is plainly evident in the Dragon. This 60-year old vineyard borders the Grand Cru Brand property, but is actually much warmer, resulting in riper, fleshier wines. Fermented dry, this crystalline Riesling speaks of Meyer lemons, nectarines and minerals. Lush and nervy at once, it's easy to see why Josmeyer regularly ranks at the top of the class. A+

1WJOS05IW3D..........$39.95 btl. **$35.95 btl./mixed case**

**'06 LANCASTER ESTATE SAUVIGNON BLANC • ALEXANDER VALLEY.** A Bounty Hunter catalog exclusive! This lithe white combines just the right balance of stainless steel intensity and mid-palate roundness through just a touch of barrel fermentation. Parked in the camp of grapefruit and cantaloupe, it is a rare gem indeed with a scant 450 cases produced (and, alas, they keep most of it for themselves) Get down with the program before our meager supply disappears.

1WLAN06SB3..............$23.95 btl. **$21.55 btl./mixed case**



**'06 ROBERT SINSKEY "ABRAXIS" • CARNEROS.** In addition to a really cool name, this is one damn fine white wine. A blend of Riesling, Gewürztraminer, Pinot Blanc and Pinot Gris, it is both exceptionally versatile and truly delicious. Ripe apple, pear and toasted almond aromas get a lift from a little bit of spice and a lot of minerality. **It's as if Alsace landed in Carneros.** You will thank us for this introduction!

1WRSI06OW3 ........... $29.95 btl. **$26.95 btl./mixed case**

**'05 ZIND-HUMBRECHT "HERRENWEG DE TURCKHEIM" PINOT GRIS • ALSACE.** Olivier Humbrecht is one of the world's leading champions of biodynamic farming, and his wines are incredible lenses through which to view his individual vineyard sites. His family has also been making wine in the region since 1620… he has a bit of history to draw from. This intense, fragrant dry Pinot Gris is pure Alsace – **a bone dry white that is so packed with intensity** that you'd bet good money from smelling it that it's sweet. Lemon oil, chalk, petrol and a subtle earthiness that could only come from one place. Simply great stuff.

1WZHU05IW3...................**$47.95 btl.** *(Net item – no discounts apply).*

---

## Bounty Hunter Telegraph

Sign up for our online newsletter and you'll receive e-mail updates on the latest and greatest wines that we've tracked down from around the globe.
WWW.BOUNTYHUNTERWINE.COM



*"Because basically, people just want great stuff."* ©



RARE WINE & PROVISIONS

## BOUNTY HUNTER'S HISTORICAL HEADQUARTERS
### 975 First Street - Napa, CA 94559

Bounty Hunter Headquarters is located in the Semorile Building, circa 1888, on First and Main in downtown Napa. Our building is "an outstanding example of Victorian commercial architecture and one of the few remaining buildings of its period in Napa".

Now designated as a historic landmark, it was one of the first commercial commissions for Luther M. Turton, who became Napa's most prominent architects in the late 19th and 20th centuries. The two story building has a "highly individualistic façade in the commercial Italiante style. Brick pilasters and cast iron columns ornament the ground floor store front. A pair of windows on either side of the door on the second floor are set in a detailed framework of pressed brick, San Jose sandstone and iron.

The façade is virtually unaltered from its date of construction. Bartolomeo Semorile arrived in California from Italy during the Gold Rush. He erected the building as his grocery store (which is now the Bounty Hunter Wine Bar) and family residence upstairs (which is now the Bounty Hunter Office Headquarters). The grocery continued until 1924 when he retired. A generous man, Bartolomeo helped Italian immigrants entering Napa County. Active in real estate, he helped in underwriting the new railroad in Napa in 1888.

Mark Pope, A.K.A. The Bounty Hunter, has taken ownership of the building with a 20 year lease. He has painstakingly refurbished the building inside and out. Many of the original details of the building have been restored including the original wood floors. The hand-hewn mahogany bar and hand-pounded Mexican ceiling tiles add historically correct modern details – right down to the foot rails at the bar which have been made from actual train tracks from the Wine Train – the very same rail road that Bartolomeo Semorile helped to build in 1888.

We look forward to showing you around.
Til then, Cheers.

Mark Pope, AKA "The Bounty Hunter"

**EXHIBIT 14**







**EXHIBIT 15**

