**EXHIBIT 16**

Tasmania – Australia

### Make me Blush Flight – 8.00
♠ 2005 Candela "Vin Gris de Pinot Noir" ($2.75/$6.50)
Santa Lucia Highlands – California
♠ 2005 Domaine de Noire Chinon Rosé ($3.25/$8.00)
Loire Valley – France
♠ 2003 Falesco "Vitiano" ($2.00/$5.00)
Umbria – Italy

### The great white Flight – 11.00
♠ 2005 Dr. Wiens-Prüm Riesling "Kabinett" ($2.75/$6.75)
Mosel-Saar-Ruwer – Germany
♠ 2005 Telma Rodriguez "Basa" ($2.25/$5.50)
Rueda – Spain
♠ 2004 Bruno Colin "Les Charmois" 1er Cru ($6.00/$15.00)
Burgundy – France

### Bounty Hunter Roundup Flight – 12.25
♠ 2005 Pursuit Sauvignon Blanc ($3.00/$7.00)
California
♠ 2004 Broken Spur Petite Sirah ($3.25/$8.00)
Paso Robles – California
♠ 2002 Tin Star Cabernet Sauvignon ($6.00/$14.50)
Rutherford – California

### Napa City Limits Flight – 15.00
♠ 2005 Venge "Bianco Spettro" ($3.50/$8.75)
Napa Valley – California
♠ 2003 Robert Craig "Affinity" Cabernet Sauvignon ($6.50/$16.00)
Napa Valley – California
♠ 2005 Orin Swift "The Prisoner" ($5.00/$12.00)
Napa Valley – California

### The French Connection Flight – 11.50
♠ 2005 Domaine de Noire Chinon Rosé ($3.25/$8.00)
Loire Valley – France
♠ 2004 Parize Givry 1er Cru ($5.00/$12.00)
Burgundy – France
♠ 2004 Villeneueve Cabernet Franc ($3.25/$8.00)
Saumur Champigny – France

### The "Killer Cab Club" Tasting
Our High-end heavyweight from the "best wine club in the business". Each month, our lucky members receive some of the worlds best Cabs and Cabernet blends delivered to their doorstep. Here at the saloon, you have the opportunity to try what our loyal customers get to experience every month. Taste for yourself - we don't Nancy around when it comes to big red wine. (If you sign up for a six or twelve-month membership, the tasting is only a buck.)



### Current Club Selection Flight – $16.00
♠ 2003 Waypoint Cabernet Sauvignon ($6.00/$12.00)
Beckstoffer To Kalon Vineyard, Oakville
♠ 2003 Waypoint Cabernet Sauvignon ($6.00/$12.00)
Beckstoffer Dr. Crane Vineyard, St. Helena
♠ 2003 Waypoint Cabernet Franc ($6.00/$12.00)
Beckstoffer To Kalon Vineyard, Oakville

## Beer

**Tap**

# metroactive

dining

[ Dining Index | North Bay | Metroactive Home | Archives ]

Ads by Google

**Old Western Saloon Prices**
We Have Millions of Products Products for Sale. Reviews
www.NexTag.com

**Taste3- Wine, Food, Art**
A wine & food event like no other. Presented by Robert Mondavi Winery.
www.Taste3.com

**Ultimate Wine Shop**
Ship wine directly to your door Discounted prices on entire stock
www.ultimatewineshop.co

**IWA - Wine Accessories**
Everything for the Wine Lover Cellars, Decanters, Stemware & More
www.iwawine.com



**A Moveable Feast**: Wouldn't it be pretty to think so?

# Home on the Range

## Napa's Bounty Hunter feeds the Western imagination

### By Heather Irwin

We're riding wine flights to a lather on a Saturday night at Bounty Hunter. The Cabs are as big as the Montana sky, and we're singing "Yippy-ki-yo, git along little Chianti" at the bar. The place is packed to capacity. We're sharing a single stool when--whoa, Nelly--my date suddenly wins the seating lotto and claims the tooled leather saddle chair that's the bar's prize ride. Jutting out his unshaven jaw, my guy has suddenly become the smokeless Marlboro Man. Yee haw!

Nestled in the heart of downtown Napa,

Bounty Hunter Rare Wine and Provisions is a wine shop and bistro with maverick moxie for the wine cowboy--or at least that's the schtick. All distressed wood, leather and patinated metals, the bar has that "Old West" saloon feel going on despite the fact that there ain't a whiskey or a bourbon in sight, and the cowboys bellied up to the bar are, well, more desk jockeys than anything.

So Napa isn't exactly the O.K. Corral. But when *isn't* eating dinner with your feet in stirrups a good thing?

Here's the skinny: About 10 years ago, wine enthusiast Mark Pope started collecting rare, unique and--to his palate and many others'--really great wines. He started the Bounty Hunter catalog and wine club, which quickly became a cult favorite, selling everything from super-high-priced premium finds to funky, inexpensive regional and international wines that just plain taste great. The catalog now numbers over 400 of what Bounty Hunter proclaims to be the "world's best wines."

Not content to stop there, Pope piled on a hearty dose of Hemingway and Wild West gun-for-hire fantasy, restoring the historic Senorile Building (built in 1888) into a modern-day saloon with dizzyingly high ceilings, a copper tub in the front window and a dark wooden bar. Eating with one of the finish contractors for the building across a large barrel-supported communal table, we got the story on the whole remodel over a glass of Chardonnay.

Most nights the place is packed with a combination of locals, wine junkies and vintners straight from the fields. It's a place to kick back, down a few oysters and genuflect before those rare bottles in the "Holy Grail" section of the shop,

stored both physically and financially out of reach of most patrons--though, that's not to say all patrons. Despite creating a sort of "local hangout" status, the wine bar does have a certain clientele who don't bat an eye at buying a $200 bottle of wine. These wines begin at upwards of $99 and soar all the way up to a $1,450 bottle of '98 Chateau Petrus.

When asking the bartender how many of the Grail wines have actually been sold and consumed on premises, the answer is "a few." But for the most part, the wines are simply fun, interesting finds that run in the $13 to $85 per bottle range. The list runs seven pages, ranging from local vintages to Australian and European varietals, magnums and half bottles.

Prices are lowest if you take the bottle to go, but the menu has a handy price guide letting you know exactly how shafted you'll be if you buy or drink the same bottle elsewhere. For example, according to Bounty Hunter, the Laurent Perrier Grand Siécle Brut is $79.95 to take home, $90 if you drink it with your meal and a whopping $135 elsewhere. Such a deal!

Even more fun, we thought, is the availability of more than 40 wines by the glass, ranging from $2.50 (2 oz.) to about $8 (5 oz.) each. Mix and match, and don't stress too much if you don't know whether oysters go with red or white wine. The staff is amazingly helpful in making good pairing matches and will steer you to good picks.

Aside from Wednesday night hamburgers and campfire chili, the food isn't exactly cowboy fare, though the menu is simple and uncomplicated--at least by Napa standards--and prices hover between $10 to $14 for entrées. We had the gastronomic indecency to order crawfish

étoufée, a mushroom pizzetta, barbecue oysters and sashimi all at the same sitting. Maybe it was the wine. Maybe it was the thrill of the saddle. Maybe it was the fact that late on a Saturday night, the menu choices were getting slim. Panic ensued.

The étoufée, we were told, had seen the last of its rice. However, our waiter liberated a scoop from the nearby Japanese restaurant, securing himself a hearty tip. The sashimi, it turned out, had also been sold out for the night. On a second trip, early in the day, the sashimi was again off the menu because the chef hadn't liked the quality of the catch that day. So take a word of caution on getting your hopes too high about raw fish on any given day.

However, on good authority (OK, the guy sitting next to us) we tried the barbecue Hog Island oysters. We felt we were led a little astray, though: the sauce was reminiscent of KC Masterpiece bottled sauce, and the tiny oysters were a little rubbery. What we liked better were the same oysters grilled with butter and garlic. Lighter and less harsh, the oysters sang rather than gurgled through a dousing of sauce. We paired the oysters with a glass of Taltarni Brut Tache, crisp and a little creamy.

Our seafood yearnings were realized with the crawfish étoufée ($11), Louisiana crawfish tails, peppers and onions. Just spicy enough to tingle pleasurably and with plenty of Bayou flavah. The fingertip-sized tails hiding amidst the veggies made my date (a former Cajun) get a little misty. Nuthin' like the big ol' crawdaddies back home, babe.

I couldn't resist the pizzetta ($11), which turned out to be the runaway winner. It's a lusty, rustic sort of meal smelling of

yeast, earthy, woody wild mushrooms, red onions, cream cheese, green onion and the crown prince of stinky cheese, Gruyère. Paired with a 2001 Leal Estate Syrah, this is billed as "legal ecstasy," which is probably a good thing, since you'll be sleeping alone after eating it. A lunchtime favorite is the Pastrami Reubenesque ($10) with hot pastrami, Gruyère and sauerkraut.

We skipped dessert figuring we'd straighten up with a big cup of espresso and cookies across the street at Cafe Society (1000 Main St., Napa, 707.256.3232), a French bistro plunked conveniently on yonder *rue*. However, Bounty Hunter has a large selection of dessert wines and ports, as well as chocolate brownies and a Meyer lemon tart--perfect for riding off into the sunset on. Just watch out for those saddle sores, Slim.

---

Bounty Hunter, 975 First St., Napa. Hours are Tuesday-Sunday, 11am-10pm; open until midnight, Thursday through Saturday. 707.255.0622.

---

# The Giddy-Up-and-Go Guide

Bounty Hunter is open late on the weekends--meaning pretty much until everyone decides to get up and go home, which is usually midnight. Weekdays, they're open until 10pm.

* After 5pm on Wednesdays, you can grab a big old cheeseburger made on the back-porch grill. For $9, insiders say, you get a whole lot of beef.

* The Holy Grail wines are housed at the back of the bar, on the right wall. Lucky enophiles can eat dinner next to the cases while drooling longingly at the Magnums housed within.

* The wine bar hosts semiregular special tastings. To get on the list, sign up for the Bounty Hunter Telegraph on their website, www.bountyhunterwine.com.

* Furthering the Hemingway mythology of the place, Bounty Hunter also offers lunchtime off-road wine country tours in a

"What we try to instill is that wine should not be esoteric. It should be finding what you like and going with what you like. We try to help our guests find what they want to drink and we will pair wines with food, but we want people to drink what they want. No one wants to feel silly. Everyone wants to hear 'excellent choice,'" says Sara Barker, marketing director for Tavistock Restaurants, Emeryville, CA, which operates both California Cafes and Napa Valley Grilles.

### 'CORE' PLUS LOCAL WINE LISTS

Another chain, Fleming's Prime Steakhouse and Wine Bar, Newport Beach, CA, offers 100 wines by the glass in each of its 32 restaurants. Wine director Marian Jansen op de Haar develops a core list of 50 wines every year, and then allows each restaurant's wine director to choose the other 50 from their local markets. She gives the local directors guidelines that must be followed for choosing the other 50 wines in terms of taste, origin and price, but does not specify brands. Sixty percent of the wines featured in the restaurants have recognizable names, while forty percent represent the hard-to-find boutique wines from the U.S. and worldwide.

▼ Ad Feedback



"BEST INVESTMENT IN YEARS"

VOSTRO 400 MINI TOWER

Quad-core processing, designed for the ultimate multitasking and multimedia experience.

FEATURED AT: $649

DELL     CUSTOMIZE IT

(intel)

Retail/restaurant venue Bounty Hunter in Napa, CA, also has the advantage of variety and good pricing. Started by Mark Pope as a catalogue company offering unusual, small batch and allocated wines, it's now a popular retail store and restaurant serving "campfire cuisine." Because the retail store is located next to the restaurant, patrons are able to taste wines with food, buy bottles and have them shipped home. Forty wines are available by-the-glass, a list that changes about twice a week.



Bounty Hunter's "saloon keeper" Andy Herbert (also called wine maverick and desperado) and his co-saloon keepers Glen Hugo and Eddie Huntz (aka master cork pullers) don't take themselves too seriously, but they know their wine. Herbert sells a lot of pinot too, but also zinfandels and a group of highly allocated wines. They are at the vanguard of launching new brands like Hundred Acre and Viator. "We like to be a launching pad. If we put the Bounty Hunter name behind it, we want to make sure it's up to our quality because as soon as Mr. Pope slaps our brand on it, the popularity rises," Herbert says.

Another way for restaurants to stand out with their wine-by-the-glass lists is to use whimsy and creativity when printing the menus. California Cafe uses unusual pairings, listing wines by characteristics. For example, Flirty, Fresh & Floral category whites are called "Sweet white/blush/rose wines listed from sweetest to less sweet" and include California white zinfandel, riesling from Madrona, WA, Belvedere's gewurztraminer from Russian River Valley, CA, along with a chenin blanc and a light chardonnay. The list is progressive, leading to "Crisp & Refreshing" and "Lush & Luminous" to finally, "Round & Voluptuous." Reds are called "Fresh & Fruity" and "Spicy, Earthy, Sexy," along with, "Strong & Mighty."

- « Previous
- 1
- 2
- 3
- 4
- 5
- Next »

# EXHIBIT 17



## RARE WINE & PROVISIONS

**PRESENTS**

# The Bounty Hunter Road Show

## Orange County Museum of Art
**NEWPORT BEACH, CALIFORNIA**
**OCTOBER 20TH, 2006**

YOUR OPPORTUNITY TO TASTE
BOUNTY HUNTER'S FINEST WINES.



*"Because basically, people just want great stuff."®*

## WELCOME

Welcome to the Bounty Hunter Road Show! As a valued customer, you're entitled to our hospitality and appreciation. We've brought some of the best wines from our latest catalog so you can taste before you buy (your ticket price is fully refundable against any purchases you make today). So feel free to go at your own pace and taste as many wines as you need to make your decisions.

Members of the Bounty Hunter posse are here to help you throughout the tasting. Look for the friendly faces with name tags and get acquainted with your personal Wine Scout – your inside connection to our rare wines and the Napa Valley. They're here to make sure you have a good time and leave with a little more knowledge.

And, please remember to turn in your order forms before you leave so we can refund your tasting fee, offer you some special discounts and ship your wine for free. Thanks for coming and enjoy!



**PLACE YOUR ORDER TONIGHT WITH A MEMBER OF THE BOUNTY HUNTER POSSE USING THE ORDER FORM ATTACHED AND WE'LL...**

- ♠ **REFUND YOUR TASTING FEE**
  $50 per person per order.

- ♠ **OFFER YOU SPECIAL DISCOUNTS**
  On serious volume orders and wines.

- ♠ **SHIP YOUR ORDER FOR FREE!**
  Good on orders of two cases or more, going to the same address.

Cheers!

Mark Pope, AKA "The Bounty Hunter"

### '05 WHITEHALL LANE SAUVIGNON BLANC - NAPA VALLEY
It turns out you can make stellar whites in the heart of Cabernet country! Whitehall Lane turns out the good stuff with clockwork regularity. This mouth-watering SB features flavors in the fig, melon and citrus range with a noticeable mineral edge to the finish. No rough edges here, just ripe fruit and plenty of polish. A terrific value.

$14.95 btl. **$13.45 btl./ mixed case**

NOTES:

_____

_____

### '05 PURSUIT CHARDONNAY - RUSSIAN RIVER
California meets Burgundy. Ripe tropical notes get a lift of minerality and bright acidity. Leave the popcorn butter at home – this is what Chardonnay is supposed to taste like! Do not pass on this food-friendly beauty.

$34.95 btl. **$31.45 btl./ mixed case**

NOTES:

_____

_____

### '05 PURSUIT ROSÉ - CALIFORNIA
A delicious, lip smacking dry rosé with plenty of structure and guts. Picnics, BBQ's, or just great sipping... whatever your pleasure. Ride the Pink Pony!

$19.95 btl. **$17.95 btl./ mixed case**

NOTES:

_____

_____

### '04 PURSUIT PINOT NOIR - SANTA LUCIA HIGHLANDS
The superstar returns. Anyone lucky enough to have tasted the '03 version of this knows what to expect... a Pinot Noir practically dripping with ripe fruit. Major-league red berries, sweet red cherries, vanilla. Thoroughly over-the-top and quite proud of it.

$34.95 btl. **$31.45 btl./ mixed case**

NOTES:

_____

_____

### '04 BAKER LANE PINOT NOIR - SONOMA COAST

A new entrant to the Pinot field, restaurateur and oil importer (that would be the edible kind) Stephen Singer is opening with a bold statement. A notably lush mouthfeel dominated by darker berry fruits and a sexy chocolate note is buttressed by juicy acidity on the finish.

$36.95 btl. **$33.25 btl./ mixed case**

NOTES:

### '04 BROKEN SPUR ZINFANDEL - DRY CREEK

Saucy "Zinberry" fruit top notes with some chocolate and raspberry thrown in for good measure. A 150-case run that we can't keep in stock at our wine bar in downtown Napa. The clock is ticking…

$24.95 btl. **$22.45 btl./ mixed case**

NOTES:

### '02 RIDGE RUNNER "LONGRIDER" SHIRAZ - MCLAREN VALE

This is liquid evidence that great Shiraz needn't be mistaken for pancake topping. Marrying black cherry and blackberry elements with juiciness and great texture, it offers authentic Aussie attitude and is geared up on the finish with a touch of oak vanillin. Pony up and ride.

$29.95 btl. **$26.95 btl./ mixed case**

NOTES:

### '04 CHAPPELLET MERLOT - NAPA VALLEY

This isn't your granddaddy's Merlot. Ripe top notes of briary black fruits, blueberries and oak toast with plenty of grip and guts. Pure Pritchard Hill.

$32.95 btl. **$29.65 btl./ mixed case**

NOTES:

### '99 SEAVEY CABERNET SAUVIGNON - NAPA VALLEY

Seavey's Cabs generally need a little time, and this one is drinking perfectly right now. Black cherries, cedar, leather and anise notes with some juicy acidity left for the finish. Liven up a holiday meal with a Napa Cabernet that has pedigree and cellar time.

**$79.95 btl.** *(Net item.)*

NOTES:

### '04 RAMEY CLARET - NAPA VALLEY

A combination of Merlot, Syrah and Sangiovese that puts most competitors to shame. The ripeness of the extremely hot '04 vintage struts like Mick Jagger in the glass. Rose petals, red fruits and a smoked meat character in seamless harmony.

$37.95 btl. **$34.15 btl./ mixed case**

NOTES:

### '03 TERLATO "ANGELS' PEAK" - NAPA VALLEY

Produced by the owners of one of America's top wine importers, this is a Bordeaux model with a California attitude. Lifted red berry and black cherry notes with some saucy oak vanilla make for a very tasty presentation…it's pretty much ready to go out of the gate.

$44.95 btl. **$40.45 btl./ mixed case**

NOTES:

### '03 ROBERT CRAIG "AFFINITY" CABERNET SAUVIGNON - NAPA VALLEY

Robert Craig is simply one of the nicest, most humble guys in the business. His "Affinity" Cabernet is the early-drinking cousin of his muscle-bound mountain Cabs. Wonderfully juicy plum and black cherry notes with great texture and fruit generosity.

$47.95 btl. **$43.15 btl./ mixed case**

NOTES:

## '03 REYNOLDS FAMILY "PERSISTENCE" - NAPA VALLEY

Steve Reynolds has steadily been building a reputation as a name to be reckoned with on the Silverado Trail. In addition to being one helluva good guy, he also makes great wine... what's not to like about that? His inky-dark Persistence blend is all about immediate gratification. Jammy purple fruits, Bing cherries and mint ride a juicy wave across the palate, bottled proof that "big" and "accessible" aren't mutually exclusive. Napa giddy-up with plenty of style points.

$49.95 btl. **$44.95 btl./ mixed case**

NOTES:

## '04 VAGABOND - NAPA VALLEY

This thrilling new wine from the team responsible for Bacio Divino is indeed a mouthful. Nearly black in color, it is an ultra-extracted Cab/Syrah blend of impressive magnitude. Chewy dark cherry, chocolate and sweet oak flavor components are supercharged through the palate with well-defined acids keeping complete sensory overload in check. We expect this to become a reference point for Napa Valley blends of this ilk.

$59.95 btl. **$53.45 btl./ mixed case**

NOTES:

## '03 PURSUIT "CAMPFIRE RED" - NAPA VALLEY

Intense black fruit character meets mocha and white smoke with long, chewy fruit tannins. Incredible value here given its pedigree. Once you've shared stories around the campfire, your outlook improves!

$43.95 btl. **$39.55 btl./ mixed case**

NOTES:



## '03 WAYPOINT "WEISS VINEYARD" CABERNET SAUVIGNON - NAPA VALLEY

Its cooler micro-climate means Cabernet flavors like anise, black cherries and spice notes hold sway. Propped up by mouth-watering tannins and acidity, this is a sophisticate's Cabernet. 125 cases made.

$49.95 btl. **$44.95 btl./ mixed case**

NOTES:

## '03 NICKEL & NICKEL "BRANDING IRON" CABERNET SAUVIGNON - OAKVILLE

Black cherries, red fruits and sweet oak spice are elevated by a nuanced, balanced mouthfeel. In a world of Cabs trying to be spreadable on toast, this gets down to business.

$79.95 btl. **$71.95 btl./ mixed case**

NOTES:

## '03 WHITEHALL LANE "RESERVE" CABERNET SAUVIGNON - NAPA VALLEY

Deep ruby colors and aromas of black fruit and mocha that meld with the lush, viscous, well-concentrated flavors of black cherry, chocolate and oak-vanilla spice. This wine is round, ripe and deliciously succulent and offers a long, silky smooth finish.

**$74.95 btl.** *(Net item.)*

NOTES:

## '03 WAYPOINT "HIDDEN RIDGE VINEYARD" CABERNET SAUVIGNON - SONOMA VALLEY

Sweet, seductive black fruits are accented by cherry liqueur, cassis and decadent oak notes. Marco DiGiulio's mastery of mountain fruit is obvious here. Great vineyard, great wine. 200 cases made.

$64.95 btl. **$58.45 btl./ mixed case**

NOTES:

### '02 Juslyn "Vineyard Select" Cabernet Sauvignon - Napa Valley

Perry and Carolyn Butler, two of our favorite friends, have caught the eye of Mr. Parker. He commented that their Vineyard Select has "an explosive black currant, licorice, and floral nose, full body, and a concentrated palate, but does not lose its sense of style and subtlety…"

**$74.95 btl.** *(Net item.)*

NOTES:

### '04 Caymus Cabernet Sauvignon - Napa Valley

Another home run from one of Napa's most famous Cabernet houses. Rich black cherries, plum, cassis and toasty oak notes. As Robert Parker observed, "Few wineries in the world can boast such an enviable record of consistent excellence as that of Caymus."

**$64.95 btl.** *(Net item.)*

NOTES:

### '03 Martin Estate "Reserve" Cabernet Sauvignon - Rutherford

A single-vineyard, single clone selection, this is textbook Rutherford. Concerned with ripe fruit in the context of elegance, this is redolent of dusty red berries, black licorice, mint and spice. 350 cases produced.

**$119.95 btl.** *(Net item.)*

NOTES:

## RECEIVE TRULY GREAT WINES ON YOUR DOORSTEP EACH MONTH.

♠

The Bounty Hunter's founding principle is, "If it's not great, we don't sell it." That includes the wine in our Wine Clubs. We do the hard part, and you simply get great wine. Satisfaction guaranteed. Ask your Wine Scout for details – saddle up and ride!

### '04 Diamond Creek "Red Rock Terrace" Cabernet Sauvignon - Napa Valley

Probably the biggest of the '04 Diamond Creek Cabs in terms of structure and aging potential. Some black cherry, licorice and raspberry notes with a massive, broad reaching palate weight and finish. Since 1968, wine lovers and critics have looked to Diamond Creek as a benchmark for some of California's most age-worthy red wines.

**$174.95 btl.** *(Net item.)*

NOTES:

### '04 Diamond Creek "Volcanic Hill" Cabernet Sauvignon - Napa Valley

Given its depth of fruit and tannin, it's surprising that the Volcanic is so accessible. *Wine Spectator*: "Firm, tight and concentrated, the earthy currant and wild berry flavors are hidden behind a wall of rich tannins, giving it excellent structure. Holds a tight focus on the finish."

**$174.95 btl.** *(Net item.)*

NOTES:

### '03 Joseph Phelps "Insignia" - Napa Valley

A Napa Valley legend. This is the original proprietary red, and still one of the absolute best. Every single year, it competes with California's finest releases in our blind tastings. A core of intense blackberry fruit with red berry, anise and oak vanillin accents. You may have seen some favorable Insignia press of late… there's a good reason for that.

**$149.95 btl.** *(Net item.)*

NOTES:



## BOUNTY HUNTER WINE BAR, BISTRO & HEADQUARTERS
### 975 FIRST ST., NAPA, CA 94559
### 800.943.9463

Come and visit us at the Bounty Hunter Wine Bar & Bistro, where we offer over 400 wines by the bottle and 40 wines by the glass! Serving great wine and great eats 7 days a week.

"It's good times all the time at the Bounty Hunter."
*– The New York Times*

"Our top pick…entertaining and irreverent."
*– Food & Wine*

"Lots of people talk about taking the mystique out of wine…but Mark Pope and the Bounty Hunter are actually doing it."
*– San Francisco Chronicle*

"Hang out at the bar as winemakers recount harvest stories over tall glasses of wine."
*– Wine Spectator*

"They're right there in the Napa Valley…and they have connections."
*– NBC "Today Show"*

"Cult Following…Cult Wines."
*– Worth Magazine*



Visit our website for additional wines and to sign up for our catalog:
WWW.BOUNTYHUNTERWINE.COM

## ORDER FORM

| YOUR SELECTIONS | $BTL. | CASE DISC. | QTY. |
|---|---|---|---|
| '05 WHITEHALL LANE SAUV. BLANC | $14.95 | $13.45 | ___ |
| '05 PURSUIT CHARDONNAY | $34.95 | $31.45 | ___ |
| '05 PURSUIT ROSÉ | $19.95 | $17.95 | ___ |
| '04 PURSUIT PINOT NOIR | $34.95 | $31.45 | ___ |
| '04 BAKER LANE PINOT NOIR | $36.95 | $33.25 | ___ |
| '04 BROKEN SPUR ZINFANDEL | $24.95 | $22.45 | ___ |
| '02 RIDGE RUNNER SHIRAZ | $29.95 | $26.95 | ___ |
| '04 CHAPPELLET MERLOT | $32.95 | $29.65 | ___ |
| '99 SEAVEY CABERNET | $79.95 | $79.95 | ___ |
| '04 RAMEY CLARET | $37.95 | $34.15 | ___ |
| '03 TERLATO "ANGELS' PEAK" | $44.95 | $40.45 | ___ |
| '03 ROBERT CRAIG "AFFINITY" CAB | $47.95 | $43.15 | ___ |
| '03 REYNOLDS "PERSISTENCE" | $49.95 | $44.95 | ___ |
| '04 VAGABOND PROP. RED | $59.95 | $53.95 | ___ |
| '03 PURSUIT "CAMPFIRE RED" | $43.95 | $39.55 | ___ |
| '03 WAYPOINT "WEISS" CAB | $49.95 | $44.95 | ___ |
| '03 N & N "BRANDING IRON" CAB | $79.95 | $71.95 | ___ |
| '03 WHITEHALL LANE RESERVE CAB | $74.95 | $74.95 | ___ |
| '03 WAYPOINT "HIDDEN" CAB | $64.95 | $58.45 | ___ |
| '02 JUSLYN VINEYARD SELECT CAB | $74.95 | $74.95 | ___ |
| '04 CAYMUS CABERNET | $64.95 | $64.95 | ___ |
| '03 MARTIN ESTATE RESERVE CAB | $119.95 | $119.95 | ___ |
| '04 DIAMOND CREEK "RRT" CAB | $174.95 | $174.95 | ___ |
| '04 DIAMOND CREEK "VH" CAB | $174.95 | $174.95 | ___ |
| '03 JOSEPH PHELPS "INSIGNIA" | $149.95 | $149.95 | ___ |

*A Wine Scout will call you to confirm your order.*
(We reserve the right to adjust all pricing errors.)

# ORDER FORM

NAME: _____

_____

BILLING ADDRESS: _____

_____

_____

SHIPPING ADDRESS: _____

_____

_____

PHONE: _____

EMAIL: _____

CREDIT CARD #: _____

EXPIRES: _____ SECURITY CODE: _____

SIGNATURE: _____

## SATISFACTION GUARANTEED. PERIOD.

WWW.BOUNTYHUNTERWINE.COM | 975 FIRST ST., NAPA, CA 94559
800.943.9463

*"Because basically, people just want great stuff."®*

**EXHIBIT 18**



## May 2, 2007

» SPECIALS: Mother's Day Favorites

» RECIPE: Niman Ranch Pork Chop Milanese

» WINE PAIRING: Pursuit 2004 Sonoma Valley Pinot Noir

---

**WHAT CUSTOMERS ARE SAYING ABOUT OUR MEATS**

*"Your products are scrumptious and delicious -- especially your hams. Thanks for making such great tasting meats!"*

~ Kari Kelley

---

**WHAT CHEFS ARE SAYING ABOUT NIMAN RANCH**

*"The Niman Ranch family farmers use traditional methods to produce pork with respect and care resulting in superior tasting pork. This commitment to quality, health and taste matches my own."*

*Niman Ranch and its family farmers raise livestock traditionally, humanely and sustainably to deliver the finest tasting meat in the world.*

## NIMAN RANCH'S LEGENDARY MEATS AT SPECIAL PRICES

---

Dear Friend of Niman Ranch:

May is a time of celebration! Niman Ranch has just what you need to celebrate in style for Mother's Day dinners, Graduation parties or Memorial Day cookouts.



Click on our specials below to find terrific pricing on some Mother's Day favorites — **Filet Mignon, Lamb Loin Chops** and **Pork Rib Chops**.

Of course, serving Mom breakfast in bed with our delicious Niman Ranch **Applewood Smoked Bacon** is a great way to start the day! Not sure what to get Mom? Check out our selection of cookbooks and pair one with a Niman Ranch gift certificate!

You'll also find special prices on our **freezer ready dry-aged steaks** - a perfect way to kick off the summer grilling season. Or enjoy specials on roasts and ribs for larger parties!

We appreciate your support of Niman Ranch and our network of family farmers across the U.S.

Happy Roasting and Grilling,

Your friends at Niman Ranch

back to top

## SPECIALS: Mother's Day Favorites

---

~ George Formaro, Chef/ Owner, Centro

---

**HELPFUL HINTS**

**For Enjoying Your Purchase From Niman Ranch**

· Niman Ranch steaks and chops stay fresh in your refrigerator for up to 5 to 7 days. You can then freeze.

· Each Smoked and Cured product has a Best By date on it. Please keep the product in the refrigerator until that time.

· Ground products must be used within 3 days of delivery or frozen immediately on delivery.

· All products can be frozen for up to 6 months if put into the freezer prior to the expiration date.

---

**CONTACT NIMAN RANCH**

Order online at www. nimanranch.com

Check out Mother's Day Specials with great pricing on

» Filet Mignon
» Lamb Loin Chops
» Pork Rib Chops
» Freezer Ready Dry Aged Ribeyes



back to top

### RECIPE: Niman Ranch Pork Chop Milanese

#### Ingredients:



4 ea Bone-in Niman Ranch pork rib chops
2 cup Panko bread crumbs (or substitute regular bread crumbs)
½ cup Grated Parmesan cheese
3 ea Eggs, beaten
1 ½ cup Flour, all purpose
1 ea Lemon, quartered

#### Preparation:

1. Lightly pound pork chops so they are no thicker than ¼-inch.
2. Set up breading station. In three separate bowls place flour, beaten eggs, and Panko bread crumbs with grated parmesan cheese. Place pounded pork chop in flour, then egg, followed by Panko-Parmesan cheese mix.
3. Saute chops in 2 tbl. olive oil each until brown. Keep warm.
4. Squeeze lemon on each chop at a time of serving.

**Note:** At Centro Restaurant, this dish is garnished with a chopped romaine salad with vinaigrette dressing, and served on a bed of fettuccini Alfredo.

back to top

### WINE PAIRING: Pursuit 2004 Sonoma Valley Pinot Noir

Niman Ranch has teamed up with Bounty Hunter Rare Wine & Provisions Company in Napa, California to present some remarkable wines to serve with our Niman Ranch meats. Look for more great food and wine pairings in future issues!



A Bounty Hunter Exclusive, the Pursuit 2004 Sonoma Valley Pinot Noir will pair perfectly with our Niman Ranch Pork Chop Milanese. This wine is about delicate nuance and classic Pinot lines. Red



cherry, berry and forest floor aromas get a lift on the palate with a juicy acid flourish. The word is out! With only 150 cases produced, this won't be around long! Visit www.bountyhunterwine.com or call 800.943.9463 to talk with a Wine Scout today.

Enjoy exclusive savings for Niman Ranch customers! Save **10% on 6 bottles** or **20% on 12 bottles** or more on this Featured Wine. Just type in "Niman" as the code word or mention "Niman Ranch" when calling. Act now as this offer expires May 31, 2007.

back to top

Click here to forward this e-mail to a friend »

Thank you for submitting your information in order to receive communications from Niman Ranch. Please know that we will never sell your personal information to any third party.
We value your interest and support!

**Niman Ranch**
www.nimanranch.com
1955 Embarcadero Cove
Oakland, CA 94606
Order by phone, Toll Free (7:00 a.m. - 4:00 p.m. PST) **866.808.0340**

Copyright © 2007 Niman Ranch. All rights reserved.

# EXHIBIT 19





## RARE WINE & PROVISIONS

MERCHANT ♠ NEGOCIANT ♠ VINTNER

## BOUNTY HUNTER RARE WINE & PROVISIONS

Hey there,

For nearly fourteen years, Bounty Hunter has provided discerning palates with the most luxurious wines and lifestyle provisions the world has to offer. Now, we're bringing you, as one of our top customers, into our inner circle. Just present your enclosed Preferred Customer card (or provide your account # online or by phone) and we'll do the rest.

As a member of the Bounty Hunter Posse, you'll enjoy the following perks:

1. **Early notification and double allocations of our rarest, most limited wines, and access to library wines.**
2. **20% off of mixed and full case purchases of these Bounty Hunter brands: Broken Spur, Pursuit, Tin Star and Waypoint.**
3. **VIP treatment when visiting our wine bar & bistro in downtown Napa.**
4. **Free gift packaging and cards for those special occasions and holidays.**

That's it. You're now a member in good standing of the Bounty Hunter Posse. Thanks for your business. We hope to see you soon.

Mark Steven Pope
AKA, The Bounty Hunter





### RARE WINE & PROVISIONS

## IT'S ALMOST THE HALF-WAY (POINT) TO THE HOLIDAYS

### Are you ready for some incredible early season savings?

Sure, it's only May, but it's never too early to save big on special wines for holiday gift-giving. To spare you the stress of last-minute holiday shopping, we're offering an exceptional deal:

- ♠ Purchase our exclusive gift-boxed sets of Waypoint Vineyards Beckstoffer wines before July 25th, 2007 and save up to $90 per set!

- ♠ Order as many sets as you like, providing us with a list of gift recipients, and we'll store them at no charge until you instruct us to ship* them.

- ♠ The handsome gift boxes are free!

The three superb Waypoint wines in our gift pack each retail for $79.95, but this Way (Point) Cool Deal enables you to obtain them for as little as $49.95, an extraordinary price considering they're hand-crafted by master winemaker Marco DiGuilio from three of Napa Valley's most renowned vineyards.

So, call your Wine Scout today at **800.943.9463** to get your wine-gifting done early. Your family, friends and clients will be Way (Point) Happy you did.

♠

| | |
|---|---|
| 1-5 Waypoint Three-Pack Sets: | $174.95 each (save $65 per set) |
| 6-12 Waypoint Three-Pack Sets: | $164.95 each (save $75 per set) |
| 13+ Waypoint Three-Pack Sets: | $149.95 each (save $90 per set) |

\* Normal Shipping Rates Apply

WWW.BOUNTYHUNTERWINE.COM | 975 FIRST ST. NAPA, CA 94559
800.943.WINE (9463)