# EXHIBIT 20

*"Because basically, people just want great stuff."* ©



**BOUNTY HUNTER**

RARE WINE & PROVISIONS



## TRACKING DOWN THE FINEST RARE WINES & LUXURY LIFESTYLE PROVISIONS.

For the last decade Mark Pope, AKA "The Bounty Hunter," has made it his business to track down the finest rare wines and luxury lifestyle indulgences. From his headquarters on the Napa River, Pope and his posse find everything from ultra rare California Cabernet to elusive cult status wines like Hundred Acre, Diamond Creek, Gaja and many more. His philosophy is simple: "If it's not great, we don't sell it."

### ♠ THE BOUNTY HUNTER CATALOG ♠

Featured in such publications as the "Wall Street Journal," "Money" magazine, "Food & Wine" and programs like NBC's "The Today Show", the Bounty Hunter has become known as a true wine country insider. Pope's straightforward approach to luxury goods and blue jean style have resulted in a dedicated clientele and avid readers of his newest discoveries in the Bounty Hunter Catalog. The catalog is published each Spring and Fall and is currently sent out to more than 1 million wine lovers and collectors every year around the nation each year. Call 800.943.9463 or visit www.bountyhunterwine.com to get a free subscription.

*"Our top pick... entertaining and irreverent."* **Food & Wine**

*"Bounty Hunter sells ultra-premium wine to devotees"* **Wall Street Journal**

*"Bounty Hunter sells vintages from the finest wineries"* **Associated Press**

*"(They're) in Napa Valley - and they have connections."* **NBC "Today Show"**

*"Cult Wine Central"* **Wine & Spirits**

### ♠ THE BOUNTY HUNTER'S WINE BAR, BISTRO & RETAIL SHOP ♠

Located on First and Main in the heart of downtown Napa, the Bounty has an incredible wine list offering more than 400 bottles of great wine off the shelf, over 40 wines by the glass with tasting flights, artisan beers, and a full lunch and dinner menu. The Wine Bar's open late on the weekends, which means you'll have plenty of time to rub elbows with some of Napa's local winemakers who frequently stop in for Guinness.

*"The hottest new haunt in Napa."* **Food Arts**

*"Hang out at the bar as winemakers recount harvest stories... "* **Wine Spectator**

*"Our new favorite place to unwind in Napa Valley is the amazing Bounty Hunter."* **The Calgary Sun**

*"Lots... talk about taking the mystique out of wine, Pope and the Bounty Hunter are actually doing it."* **San Francisco Chronicle**

20-1



BOUNTY HUNTER

RARE WINE & PROVISIONS

## WHAT THEY'RE SAYING...

*"CULT WINE CENTRAL"*
**WINE & SPIRITS**

*"BOUNTY HUNTER SELLS ULTRA-PREMIUM WINES IN LOTS TO DEVOTEES."*
**WALL STREET JOURNAL**

*"THEY'RE RIGHT THERE IN NAPA...AND THEY HAVE CONNECTIONS."*
**NBC "TODAY SHOW"**

*"BOUNTY HUNTER SELLS VINTAGES FROM THE FINEST WINERIES."*
**ASSOCIATED PRESS (400 ARTICLES NATIONALLY)**

*"THE PLACE TO TASTE WINE IN NAPA."*
**SAN FRANCISCO CHRONICLE**

*"OUR TOP PICK...ENTERTAINING AND IRREVERENT."*
**FOOD & WINE**

*"THE HOTTEST NEW HAUNT IN NAPA."*
**FOOD ARTS**

*"GREAT BOUNTY...RARE WINES FIND A HOME IN NAPA VALLEY."*
**7 x 7 MAGAZINE**

BEST OF THE NORTHBAY: *"THE BOUNTY HUNTER STAFF IS AMAZINGLY HELPFUL..."*
**BOHEMIAN**

*"...OUR TOP PICK FOR HOLIDAY GIFTS...BOUNTY HUNTER RARE WINE & PROVISIONS."*
**MONEY MAGAZINE**

*"OUR NEW FAVORITE PLACE TO UNWIND IN NAPA VALLEY IS THE AMAZING BOUNTY HUNTER"*
**THE CALGARY SUN**

*"BOUNTY HUNTER FINDS THE GREAT WINES OFTEN BEFORE OTHERS HAVE EVEN HEARD OF THEM."*
**THE PRESS DEMOCRAT**

*"HANG OUT AT THE BAR AS WINEMAKERS RECOUNT HARVEST STORIES OVER TALL GLASSES OF WINE."*
**WINE SPECTATOR**

*"...A FAVORITE... SPECIALIZING IN UNCOMMON BOTTLES."*
**SUNSET MAGAZINE**

*"LOTS OF PEOPLE TALK ABOUT TAKING THE MYSTIQUE OUT OF WINE, MARK POPE AND THE BOUNTY HUNTER ARE ACTUALLY DOING IT."*
**SAN FRANCISCO CHRONICLE – MICHAEL BAUER**

*"Because basically, people just want great stuff."* ©

20-2

# The New York Times

## Blue-Collar Napa Joins the Gold Rush

**Dining Out**
**R.W. Apple Jr.**
**December 28, 2005**

"Visitors are flocking to Napa, California, about an hour's drive from San Francisco, to try dishes like the ribs at the Bounty Hunter."



"It's good times all the time at the Bounty Hunter."

The Bounty Hunter began life as the retail offshoot of Mr. Pope's catalog wine business, and it shows. Bottles line the walls (although you may not notice them at first, because it's hard to take your eyes off the towering stuffed bears that flank the door), and the kitchen is the size of a stall shower for two. Fortunately, a grill and a smoker out back give Nick Heinrich and William Wright, the chefs, a little more flexibility.

It's good times all the time at the Bounty Hunter, whose brick walls, stamped-tin ceiling and marble-top tables give it the feeling of a saloon. Go at lunch, and you'll encounter winemakers and politicians; turn up at dinner, and you'll meet tourists and locals celebrating a birthday. "It needs to be fun," said Mr. Pope, the son of a Michigan welder. "If you go too highbrow, it won't appeal to people on vacation."

As casual as it is, the cooking is based on prime ingredients, cooked with care but without undue fuss. Take the lunchtime sandwiches: a succulent cheeseburger with just the right amount of fat (Wednesdays only, unless you get lucky); a "T.L.B." made with house-smoked turkey, perfectly crisp baby greens, Nueske's nonpareil bacon from Wisconsin and chipotle mayonnaise; and tender pulled pork barbecue on soft buns, which would earn the grudging respect of even the pickiest North Carolinian. It prompted my friend Stan Bromley, the recently retired general manager of the Four Seasons in San Francisco, to exclaim uncharacteristically, "Oooh, now that's a real saliva driver!"

Evenings you can order cowboy steak or assorted sausages. Thursdays through Sundays, try remarkably moist whole chicken cooked on the grill with a lime inside or smoked pork ribs - fat, juicy, expertly charred hunks of meat served with red (tomato-based) and yellow (mustard-based) barbecue sauces. The chicken is a steal at $20, salad included, and so are Mr. Pope's wines, 40 by the glass, 400 by the bottle.
*(Full article on reverse side.)*

"… the Bounty Hunter excels at old-fashioned American comfort food… a nice lack of pretension."

YOU can size up the new Napa and the old in a single sidelong glance down the 800 block of Main Street, where a jampacked tapas spot and a welcoming bistro rub shoulders with a bar that has been shuttered since 1975 and an Asian cafe whose fading sign advertises that great Chinese-American gastronomic anachronism chop suey. This has always been a blue-collar city, home for decades to many of the workers at the nearby Mare Island Naval Shipyard, which is now closed. As vineyards filled the valley north of here over half a century, Napa has been content to leave the tourists, the inns, the boutiques and the fashionable watering holes to St. Helena, Yountville and other "upvalley" towns and villages.

For many years, Napa's only consequential restaurant was the bubbly, locally beloved little Bistro Don Giovanni, which is not really in the city at all but out on busy Highway 29, which skirts Napa to the west.

Come the culinary revolution: suddenly there are a dozen worthwhile dining destinations in town. Malpeque oysters on the half shell, roasted quail and braised pork belly are displacing pizza and burgers as foods of choice in this city of 75,000 about an hour northeast of San Francisco, and visitors are flocking here to try them. "We used to drive up to Oakville or Calistoga to eat," said Mark Pope, the wine-loving owner of the Bounty Hunter, one of the more idiosyncratic of the new Napa restaurants. "Now a lot of people there drive here."

None of the chefs working in Napa is likely to knock Thomas Keller, the king of Napa Valley cuisine, off his throne anytime soon. Like its Manhattan progeny, Per Se, his Yountville flagship, the perennially booked-up French Laundry, wins fresh acclaim every week for the originality and consistency of its American-modern haute cuisine. But James McDevitt's winning Asian-accented food at Budo and Victor Scargle's accomplished offerings at Julia's Kitchen, the newly invigorated restaurant at Copia: the American Center for Food, Wine and the Arts can easily stand comparison with such established, often-honored places as Terra and the Martini House, both in St. Helena. And Napa is rich in small, modestly priced grills, bistros and brasseries.

Some of the impetus for change came from the opening of Copia, a culinary museum and cultural center, in 2001 and the reopening of the Napa Valley Opera House in two stages in 2002 and 2003, following a lengthy campaign that saved that 1880 building from demolition. The opera house now regularly stages dance, recitals and concerts of many kinds. Equally important, however, have been the valley's swiftly changing demographics.

"Hip young people who wanted to live in the wine country found that they couldn't afford housing farther north," said Patricia Perini, a documentary-film maker who worked on the campaign to save the opera house. "So after a while they started buying up workers' bungalows in the city of Napa and restoring them." Soon they found themselves spoiled for choice at dinnertime as restaurants proliferated - Cole's Chop House, a first-class steak joint; ZuZu, the tapas bar, which construes its genre broadly, with plenty of not-so-Spanish but oh-so-good dishes like hummus with grilled lamb and goat yogurt; and NV, a clublike establishment also riding the trend toward small plates, owned by Peter Halikas, who once cooked at Gary Danko in San Francisco. NV? The letters don't stand for nonvintage, Napa Valley or anything else, or so Mr. Halikas insists.

Nicole Plue, a pastry chef who made her name at Hawthorne Lane in San Francisco and Eleven Madison Park in New York, turns out delicate, enticing desserts at Julia's, among them a cookie-crust tart with a stack of mini-crepes, both flavored with California's daintily perfumed Meyer lemons. I can't wait to try the butterscotch pot de crème, which was off the menu on my visit.

Ms. Plue's work tracks well with that of Mr. Scargle. He, too, is more interested in immediacy of flavor than in flourishes. He uses local ingredients ignored by others, like petrale sole, and he coaxes every bit of potential from his duck breast with his brussels sprouts and from braised chicken bathed in a marjoram-flavored jus. Many of his herbs and vegetables come from a 3½-acre garden adjacent to the dining patio.

At Budo Mr. McDevitt and his wife, Stacey, have created a rectangular, high-ceilinged dining room, accented with ornamental ironwork at either end. In the center stands a long stone-top serving counter that was crowned, when I visited, by an enormous display of flowers and fruits, including persimmons still on their branches.

The son of a Japanese mother and an American father, Mr. McDevitt expertly combined the two elements of his heritage at Hapa, near Phoenix, which he sold in 2003 to move to California, and he works similar wonders at his new restaurant in Napa. The Asian aesthetic is as evident in the fastidiousness of his dishes' presentation as in the arc of their flavors.

For me Budo is the best thing to hit the area in many a moon, though I fear that it is having trouble winning the kind of local following that it deserves. I was much less excited by Press (as in wine press), up the highway toward St. Helena. Its pedigree is impeccable. The principal owner is Leslie Rudd, the proprietor of Dean & Deluca and of Rudd Vineyards and Winery, and one of his partners is Reuben Katz of the Culinary Institute of America. The chef is Keith Luce, late of Chicago's esteemed Spruce. But bloodlines and past performance don't always count; if you don't believe me, ask anyone recently betrayed by The Daily Racing Form.

As Mr. Rudd wrote in a letter to me in the spring, Chez L'Ami Louis, the bare-bones Paris bistro famous for its mythic roast chicken and rare côte de boeuf, provided the inspiration for his new place. The idea, he said, is to serve "the best regional ingredients, very simply prepared and presented," and that's the problem. Minimalist cuisine leaves little margin for error.

My 16-ounce Angus strip from a Kansas farm ($48, no less) hit the spot, rosy and tender inside, beneath a salty, oxblood-colored crust. But the $36 chicken for two, turned on a spit in a big fireplace at one end of the dining room, missed the target. Carved at tableside, it was as dry as a Thanks-giving turkey cooked by a nervous neophyte, miles less tasty than the roasted chicken at Zuni in San Francisco. My dining partners, valley dwellers, reported confronting the same problem on earlier visits.

For me, though, the crushing letdown was the potato and garlic cake, a near replica of another of Louis's trademark dishes. Louis's version is one of the masterpieces of Paris, worthy of induction into the Académie Française. It is one of the many reasons that I, an unapologetic potato freak, celebrated my 70th birthday there. Unhappily, what Mr. Luce sent out was unpleasantly mealy, possibly as a result of his use of russet potatoes instead of the firmer and waxier French varieties used at Louis.

*- See Bounty Hunter insert on reverse side.*

If the Bounty Hunter excels at old-fashioned American comfort food, Pilar excels at sophisticated modern dishes from around the world. A spartan, low-key storefront decorated with culinary woodcuts and oversize blown-glass replicas of fruits and vegetables, Pilar shares with the Bounty Hunter a nice lack of pretension.

Didier Lenders and Pilar Sanchez, husband and wife, have both cooked in big-time Napa Valley kitchens (Meadowood, Greystone at the Culinary Institute of America), and both cook at Pilar, although Ms. Sanchez, a tiny figure in T-shirt and blue jeans, also helps out in the dining room.

Serrano ham with snappy Manchego cheese and fig compote made a fine nibble with a glass of white wine before settling down to the heavy lifting. Then technical polish came to the fore, in plump grilled Monterey Bay sardines, their richness cut by a fennel and celery slaw and pickled red torpedo onions, and lightly sautéed Nantucket Bay scallops with mottled brown-and-beige skins, riding atop an unctuous black squid-ink risotto. A baked Belgian chocolate "mousse" - more like a candy bar made for chief executives, it seemed to me - sent me sated and happy into Main Street.

Angèle, a buzzy French-style brasserie, started fast, stumbled and seems lately to have recovered its balance under a new chef, Tripp Mauldin. The Rouas family, one of the legendary restaurant clans of the Bay Area, runs the place, which is tucked into one end of the 19th-century Napa Mill, overlooking the meandering Napa River.

Lunching alone on a chilly Friday with every seat in the restaurant filled, I was pleased with the unusually large selection of half-bottles of wine and by the assortment of fresh Atlantic and Pacific oysters, correctly opened and well iced. A roasted beet, goat-cheese and mâche salad - what a terrific combination - and crisp sweetbreads with bacon, chestnuts and braised fall vegetables almost made me forget that the blanquette de veau, a brasserie classic that the critics and several of my friends had raved about, was absent from the menu.

When I asked why, a waitress told me that the new chef had decided against continuing it. Consider this an appeal, Mr. Mauldin, to change your mind.

20-4



## PERSONAL BUSINESS

### Open Bar

By Elin McCoy

# *Member's Only.*

### Wine clubs ship bottles to your door.

Looking for great wine at a great price? Join the club – a wine club, that is. Pioneered in the U.K. in the 1970's, clubs – which send wine directly to members – have become one of the hottest ways to buy wine in the U.S. Fifteen years ago, only a handful of California wineries shipped wine to individuals. Today, an estimated 80 percent have established clubs, some with as many as 5,000 members.

Clubs vary in terms of their wines, prices and extras as well as in how often they ship wine to members. Most enable anyone who is 21 or older and has a credit card to join online or at the winery and can cancel membership at any time.

Independent wine clubs offer diverse choices on a book-of-the-month club model. My favorite is Bounty Hunter Rare Wine & provisions (www.bountyhunterwine.com). An irreverent online and catalog retailer based in California's Napa Valley, Bounty Hunter has three monthly clubs that send members two or three bottles of rare, premium wines for a total of $99 - $149 per shipment. Owner Mark Pope, a self-proclaimed "wine scout," tracks down limited bottlings before anyone has heard of them. Service is highly personal and the club's membership extends to Tokyo.

### "My favorite [wine club] is Bounty Hunter Rare Wine & Provisions."

One of the most successful winery clubs is Phelps Preferred of Joseph Phelps Vineyards in Napa Valley, near St. Helena. Like most high-end winery clubs, Phelps offers members discount prices and first crack at buying wine futures and prized special bottlings. The club also gives members access to private tastings, winery tours and dinners with the winemaker. The vineyard's annual Insignia Weekend is an extravaganza of music, food, grand wines and barrel tastings.

With any club, it's best to have wine shipped to an office, where an adult is usually available to sign for it. Shipments may take five days to arrive and yes, bottles do break occasionally. (They're usually replaced if they do.)

One caveat: twenty-four U.S. states ban interstate wine shipments to consumers from wineries. Wine clubs won't ship to those states but members can have their wine shipped to a friend or relative in another state who can then arrange legal shipping via an intermediary shipping company. Though the law may be about to change. The U.S. Supreme Court has agreed to rule on direct interstate wine shipping this year. Laissez faire wine lovers can check out Free the Grapes (www.freethegrapes.com) which bills itself as a grass-roots coalition of consumers and wineries seeking to lift state restrictions on direct shipments from out of state wineries.

20-5

MARKET INTELLIGENCE ON WINE, SPIRITS AND BEER                SEPTEMBER 2007

# MARKET WATCH

# california's new breed

**By H. Lee Murphy**

### BOUNTIFUL SALES

In the 1980s, pharmaceutical salesman Mark Pope noticed that many of his clients displayed a mordant fear of wine lists. He got an up-close view of the wine industry after his company transferred him from Detroit to Napa in 1989, convincing him that an offbeat catalog would be a good model to sell fine wine without the pretense that often accompanies it.

In 1994 Pope quit his high-salary job and cashed out his 401(k) retirement fund. He began traveling through Napa Valley in a 1954 green Chevy pick-up truck, acquiring top wines from elite producers like Diamond Creek and Pahlmeyer and selling them through a catalog that he mailed to 40,000 people. This initial operation was based out of a small Napa Valley warehouse, and Pope started calling himself the Bounty Hunter—a moniker that brought media attention and helped his business. "I wanted to make the Bounty Hunter a colorful character, somebody who could tell an interesting story in a retail catalog," Pope says. "From the start, I was very aware that I had to invent a brand that people would find interesting."

He's done just that. The Napa-based Bounty Hunter now has 50 employees and does nearly $20 million in annual sales. Pope mailed 2 million copies of his catalog and sold 50,000 cases of wine last year, with most of his bottles priced between $25 and $50 and carrying gross margins of about 30 percent.

Bounty Hunter focuses on California wine, with a mix of the familiar and the rare, like the 2002 Lamb Vineyard Cabernet ($125), of which Fisher Vineyards produced only 350 cases. "Our audience is comprised of people who can afford what they want and like the convenience of purchasing from someone they know and trust," Pope says. In 2003, he opened a small wine bar called Bounty Hunter in a historic Napa building, offering sandwiches and 40 wines by the glass. Bounty Hunter recently started producing its own wines and also holds tastings around the country, drawing several hundred customers to each event. But the Napa location is its main advantage. "We're at the epicenter of the California wine business, sometimes tasting wines six months before anybody else," Pope says. "The wine-makers here are our friends and neighbors, and we often get first crack at the best of what they're producing."

>> Liberalized shipping laws are encouraging California wine catalog retailers to expand their sales presence across the nation >>



**Bounty Hunter was launched in a Napa Valley warehouse with owner Mark Pope collecting wines in his pick-up truck and selling them through a catalog. Today, the company earns $20 million annually, including revenues from the recently opened Bounty Hunter wine bar.**



# WINE ENTHUSIAST.

## Our Favorite Things to do in

## NAPA VALLEY

*WINE ENTHUSIAST'S* EDITORS AND WRITERS RECOMMEND CHERISHED PLACES TO SEE, WINES TO SIP, FOODS TO NIBBLE AND ACTIVITIES TO PURSUE IN AMERICA'S MOST EXCITING WINE REGION.

**For a casual meal and friendly conversation,** follow the tantalizing aroma of barbecue in downtown Napa to Bounty Hunter, a hip wine bar and rare wine retailer in a beautifully restored 1888 building. Roll up your sleeves and dig into beer can chicken--a whole roast bird that arrives still mounted on a steaming can of Tecate. The minuscule kitchen and large smoker outside the back door also deliver delectable skewers, salads, ribs and pulled pork sandwiches to pair with the 40 wines available by the glass and a whopping 400 by the bottle. Buy a case, or sign up for the wine catalogue while you're there. Owner Mark Pope calls the place "my clubhouse" and frequently wanders down from his upstairs offices to grab a bite and chat with customers (707.255.0622; *www.bountyhunterwine.com*). -B.T.



**Executive Chef Bradley Huffman and Founder/CEO Mark Pope of Bounty Hunter, with Beer Can Chicken.**

JUNE 2007

20-7

# Forbes

## Corkscrooged

Richard Nalley, 11.15.04
Wine & Spirts

### Go-to gifts for the wine lover.

It's not just your imagination-there are a lot of tacky wine gifts out there. (One personal favorite: a doormat that reads "We serve only the finest vintage wines... Did you bring any?" Har, har.) Still, since all the wine lovers on your holiday shopping list are Cary Grant-like paragons of suavity, you will just have to dig a little deeper.



**As seen in
Forbes Magazine Nov. '04**

One of the great drawbacks to being a wine hobbyist is having to cart the #!@&*! bottles around. Heavy wooden cases lead to back strain and splinters, and cardboard cases tend to burst open at the bottom like bomb-bay doors, especially after a brisk workout with an airline baggage handler. **The best solution to date: the Twelve Bottle Wine Kaddy from Napa, California's Bounty Hunter Rare Wine & Provisions Company (800-943-WINE, www.bountyhunterwine.com).**

*"Because basically, people just want great stuff."* ®

20-8



## napa favorite
### BOUNTY HUNTER

Wine merchant Mark Pope hunts down some of the world's rarest and best wines for customers—but he also demystifies wine so more people can enjoy it. The mantra at Bounty Hunter, his Napa wine shop and restaurant, is that wine is a perfect fit for any food. The menu is perfectly rendered down-home American fare: ribs, beer-can chicken, artichoke dip, and an open-face Reuben sandwich. Mark suggests something Spanish, such as a mouverde or a grenacha that's fruity and a little sweet, for his sandwich below. Try his recipe for Raclette on page 170. For more info: bountyhunterwine.com.

### The Reubenesque

- ¼ CUP MAYONNAISE
- 2 TSP. COARSE-GRAIN DIJON MUSTARD
- 1 TSP. BOTTLED MINCED ROASTED GARLIC
- 4 LARGE SLICES MARBLE RYE BREAD, TOASTED
- 1 LB. SLICED, COOKED PASTRAMI
- 1 CUP CANNED SAUERKRAUT, RINSED AND DRAINED
- 6–8 OZ. GRUYERE CHEESE, THINLY SLICED
- 1 TBSP. SNIPPED FRESH CHIVES

Preheat broiler. Combine mayonnaise, mustard, and garlic; spread over 1 side of each slice of bread. Place slices, spread side up, on a baking sheet; layer pastrami, sauerkraut, and cheese atop. Broil 3 to 4 minutes or until cheese is melted and sandwiches are warm. Sprinkle with chives. SERVES 4.

Per serving: 539 cal., 32 g fat (13 g sat. fat), 129 mg chol., 1,886 mg sodium, 19 g carbo., 4 g fiber, 41 g pro.



WRITTEN BY DENISE GEE  PHOTOGRAPHED BY JAMES CARRIÈRE

20-9

# CHICAGO SUN-TIMES

## Wine Flights:
## City of Napa Keeps the Libations Flowing
## In Area's Wine Bars and Tasting Rooms

The Bounty Hunter at the corner of First and Main is considered ground zero, or the nexus of this new, Napa phenomenon. The Bounty Hunter is a real "wine bar" (serving only wine and beer) and makes its mark by offering forty wines by the glass, plus more than four hundred wines in the bottle. This is a place to talk wine, sample hard-to-find wine, enjoy wine and buy wine. With room for about 35 people to sample and savor varieties, the place is a veritable open wine barrel.

A rustic, Western feel livens up the interior, complete with authentic Old West artifacts and vintage saddle chairs dotted throughout. (They even sell antique knives.) At the same time, the Bounty Hunter serves many significant wines from California, as well as from around the world. Wines by the glass may, on any given night include fine, hand selected imports from Australia, Bordeaux, Italy and beyond. Their beer selection is also worthy of perusal. Food is available too, with excellent barbecue, (try the beer-can chicken) and various small plates.

With a knowledgeable staff and hopping clientele, many of whom are in the wine business, this place is a must visit for all wine loving, Napa-bound visitors. Being a true "wine bar," the Bounty Hunter also stays open the latest of all the local tasting rooms. Try the Downing Family '02 Cabernet Sauvignon for a special treat.

Written by: Bob Ecker
Chicago Sun Times Travel Section

December 2005

20-10

# San Francisco Chronicle

**DINING OUT**

BY MICHAEL BAUER

# Kicking Back at Bounty Hunter

### Rustic Napa restaurant blends fine wine, down-home cooking

As hard as vintners try to demystify wine, many people still view it as elitist. A trip to the Bounty Hunter will dispel that impression.

The Bounty Hunter serves down-home American food and looks like a good ol' boy's watering hole, with two stuffed bears flanking the doors, rough brick walls, a copper tin ceiling and Victorian-era wood columns running down the middle of the 48-seat room. Wine barrels are



Diners (left to right) Pamela Hugo, Shelley Biven and Sergio Valinzuela get ready to dig in to the beer-can chicken at Bounty Hunter in Napa.

used for table bases and a couple of leather saddles stand in for chairs.

Shelves of wine line the walls, along with old-fashioned glassed-in cases holding stoppers, corkscrews and other accoutrements. Even with 40 wines by the glass and a wine list with more than 400 wines, the casual ambience makes popping a 1998 Chateau Petrus at $1,769 seem like an everyday occurrence.

For more than a decade, Mark Pope has owned the Bounty Hunter Rare Wine and Provisions, where he sold his products through a J. Peterman-style catalog. About a year and a half ago, he moved into his current two-story location on First Street in the 1888 Semorle building, which started life as a grocery store. He operates his mail-order and Internet business from the offices upstairs, with the retail outlet downstairs.

Believing that wine is best presented with food, he has always offered a few snacks such as charcuterie and cheeses ($8

and $16). Eventually he brought on Jake Southworth, who was cooking at Robert Mondavi Winery, to take over the kitchen and expand the menu. Soon, the wine store morphed into a full-blown restaurant. Not having room to expand the kitchen, which is no bigger than a taco truck, Southworth added a grill and smoker outside to produce what he laughingly calls "campfire cuisine."

Over the years, I've found the best food generally comes from cramped quarters because the chef is forced to edit and focus, and Southworth proves it. Although he's adept at Chinese and Italian cooking, at the Bounty

Hunter he's limited his vision to down-home dishes such as a 1960s-style artichoke dip ($8), gumbo ($9), chili ($9), chicken pot pie ($9) and mushroom pizza ($11).

The star of the menu is the beer-can chicken (offered Thursday through Saturday) that is so good it surpasses Zuni Cafe's as the best chicken in the Bay Area. The whole bird comes to the table impaled on a Tecate can and looking as if it's performing a teasing dance, provocatively clothed in a bronzed Cajun rub that accentuates the plumpness of the breast and the succulence of the thighs.

The dish was born out of necessity. Southworth didn't have room to butcher the chickens, so he knew he had to cook them whole on the grill outside. He pours half the beer out of the can, places it in the bird and plugs the neck with lime, which helps to flavor, steam and tenderize the inside while the outside crisps up.

Customers use a serrated steak knife to carve the chicken, but within minutes, they're generally tearing at the flesh like Henry VIII at a gluttonous banquet.

The whole chicken costs only $18 and is accompanied by a demurely dressed salad with dried fruit, pecans and sliced baguette, making it one of the best deals in town. You can add a side such as potato salad or green apple slaw for $2, or a vegetable such as grilled asparagus or cowboy beans for $4.

---

**BOUNTY HUNTER**

975 First St. (at Main), Napa; (707) 255-0622.

Lunch and dinner 11 a.m.-10 p.m.

Sunday-Thursday, until midnight Friday and Saturday).

Beer and wine. No reservations. Credit cards accepted. Free lot.

**Pluses:** Extraordinary beer-can chicken and ribs; excellent, well-priced wine list; fun, casual surroundings.

The ribs, also served at brunch on Saturday, are practically as good as the chicken. An appetizer portion consists of five big, meaty ribs ($10; $18 as an entree), charred to dark umber and arranged pinwheel fashion on the plate. Accompanying the ribs is a yin and yang pool of brick red barbecue sauce and deep yellow mustard sauce, both of which complement the juicy, tender ribs.

Mac and cheese ($4) is as comforting as anything your grandmother used to make, and grilled asparagus, with meticulously peeled stalks and the gleam of flavored oil, is as pure as you'd find at Chez Panisse.

That's because the food truly is grandmother's cooking, with Chez Panisse sensibilities. Everything on the menu — save for the pizza, which had an anemic crust and maybe the sashimi ($15), which I couldn't bring myself to order — were perfect examples of straightforward American fare.

Even the things that have become campy classics, such as the cheesy artichoke dip, are updated to resonate in 2005. Bounty Hunter's version of the creamy spread is made with Serrano ham, garlic and Parmesan cheese, and the gooey mixture is distinguished by the toasted baguette slices as thin and crisp as potato chips.

Few menus I've run across feature both gumbo and chili ($4 for a cup, $9 for an entree), and they're both miraculously executed. The gumbo bites back with an herbal rush of flavor that channels Bourbon Street. The chicken, andouille and crayfish lend character and substance, and okra provides the distinctive texture.

Southworth's chili could easily win a cook-off, with big cubes of meat bathed in a thick, spicy broth with beans. It's served with jalapeño cornbread that's brittle outside and moist and crumbly inside, just as it should be.

The chef inherited the chicken pot pie recipe from his Kentucky grandmother. The dish features a bronzed crust that hides the cream sauce with loads of peas, new potatoes and enough carrots to tip the balance to the sweet side of savory.

It's appropriate, too, that the menu includes an excellent steak ($14) that's dusted with herbs and a pat of blue cheese, and a



Baby back rips with mustard and barbecue sauces.

raclette ($11) of melted cheese with roasted potatoes and cipollini onions. Cornichons, bread and an airy pile of tissue-thin slices of bresola are served on the side. Like everything else, these are wine friendly and cry out for a big red.

On the same hearty vein, the kitchen produces a host of sandwiches, including barbecued pork ($10), an open-face ham and cheese ($11), and pastrami Rubenesque with

layers of meat about ($11), stacked as high as you'll find at Carnegie Deli. Southworth also offers the soon-to-be trendy Hot Brown ($12), a Kentucky specialty with smoked ham, turkey and bacon, smothered in bechamel and cheese and topped with cool slices of tomato.

Only three desserts are available to go with the sticky wines. I could do without the key lime tart ($5) — it doesn't have that distinctive citrus flavor to set it apart — but the other two make up for it: New York-style cheesecake ($6.50) with an Oreo crust and a bright pool of raspberry sauce, and Li'l Chocolate ($3), two warm brownielike cupcakes with a slightly crusty exterior and a gooey, oozy interior.

Just about everything on the menu has universal appeal and reels in everyone, from matrons in Tod's moccasins to vineyard workers in scuffed cowboy boots. Owner Pope has produced an environment where people meet friends, celebrate the end of the workday or even nurture a relationship. It's clear from the body language that more than one clandestine hook-up has started here, but the staff members know enough to zip their lips.

People-watching is grand — a buffed man and woman in the same color burgundy tops posing and showing off their chests; or groups celebrating birthdays at one of the two communal tables set with a saddle that no doubt has seen a few Debra Winger "Urban Cowboy" moments.

The staff members, who wear black Bounty Hunter logo shirts, carry themselves like a pack of aging fraternity brothers and sisters welcoming friends to a spring fling. You almost expect them to don togas to get things rolling. Yet if you ask them a wine question, they can out-geek anyone, pontificating on the family history of the Cejas, who are behind La Rasina Rosso di Montalcino, or the specific vineyards tended by the Frank family. It's all done in such an engaging way that you think you're about to hear all the gossip in Napa Valley.

Lots of people talk about taking the mystique out of wine, but Pope and the Bounty Hunter are actually doing it.

*Michael Bauer is The Chronicle's restaurant critic. E-mail him at mbauer@sfchronicle.com.*

## Good Prices, Even Better Selection

If wine drives your dining decisions, you'll probably become a regular at Bounty Hunter. The offerings can seem pretty bizarre in relation to the food, but when you realize that this is actually a wine store, the list makes perfect sense.

The 400 selections include 35 California Cabernet Sauvignons, not counting the 13 proprietary blends. There are 23 half-bottles and 33 magnums. In addition, more than 40 wines are offered by the glass in either 2- or 5- ounce pours, with each choice followed by a well-written description. The six tasting flights include Champagne, Riesling and "Killer Cabs."

Prices are fantastic, and each selection lists what you'd pay for it in other restaurants, what you'd pay if you drink the bottle in house, and what you'd pay retail. The in-house price is only a little more than the retail price, a markup that's more than justified when you consider the glassware, the impeccable storage and the knowledgeable staff.

Because wine drinkers, particularly winemakers and chefs who frequent Bounty Hunter, want a change of pace, you'll also find four beers on tap, including Lagunitas "Hairy Eyeball" Ale ($5), as well as 11 bottled beers. The selection includes a vintage 2002 Deus Brut des Flandres Cuvee Prestige ($39 for 750 ml), a Belgian Ale that's packaged like Champagne.

Even the coffee is a cut above what you'd find at most restaurants; it's served in a press pot and is 100 percent Kona ($3). The taste difference is truly remarkable.

Because this is a retail shop, too, diners are not allowed to bring in their own wine.              — M.B.

# Wine Spectator online

## James Laube Unfined

### Bounty Hunter Offers its Line of Wines
Posted: 02:12 PM ET, April 20, 2007

When a wine marketer who is also a retailer turns winemaker, you hope he knows enough about what style of wine will sell and at what price points.

Mark Pope of the Bounty Hunter, an online fine-wine purveyor and hip wine bar-bistro in downtown Napa, has released a new line of Napa Valley Cabernets and a Cabernet Franc under his label, Waypoint. Both the wines and prices reflect Pope's awareness of the market for high-end Cabernet.

Pope's Bounty Hunter business is strong (www.bountyhunterwine.com)--the wine bar is often packed on weekends--and wine is Pope's passion. "It just made sense," he said of Waypoint. "It's a logical extension of Bounty Hunter, where we focus on great taste for the dollar."

Marco DiGuilio is the winemaker, and the wines are now made at a custom crush facility, Bin To Bottle, near Napa County Airport.

I first tried his wines a few months ago with my colleague James Suckling, who was prowling around Napa for a few days, and both of us were impressed. Recently they passed through a series of blind tastings, and they showed well again, although I like some more than others. Here are some of my thoughts on each one.

My favorite of the Cabernets is the 2003 St. Helena Beckstoffer Dr. Crane Vineyard bottling ($80, 480 cases). It's a rich, concentrated mouthful of crushed berry, currant and black cherry fruit.

Then there's the 2003 Waypoint Oakville Beckstoffer To Kalon Vineyard ($80, 460 cases), which shows off the vineyard's purity of fruit and supple, polished tannins.

I also liked the 2004 Waypoint Weiss Vineyard ($50, 200 cases), which is well structured, with berry, mineral, earth and tobacco notes wrapped in rich tannins.

Finally, there's the 2004 Sonoma County Hidden Ridge Vineyard ($65, 125 cases). It shows high-toned, medium-bodied cherry cider and wild berry flavors. Also very good but less to my style is the 2003 Cabernet Franc Oakville Beckstoffer To Kalon ($80, 240), whcih exhibits creamy oak, dried currant and herb.

The two Beckstoffer Vineyard Cabernets, and the Weiss Vineyard, are well worth the effort to try.

10 comments on this post

## Reader Comments

User Name: **John Lindsay, San Diego, Claifornia**   Posted: **07:37 PM ET, April 20, 2007**

As a retailer I wonder who The Bounty Hunter is aiming for as a customer? Most people do not spend 80 on a bottle of wine, or as you put it (80 bucks for an effort to try?) He would sell much more at 30-40 bucks. Just my own thoughts

# Wine Spectator online

## Napa Travel: Diversions
*What to do between meals and wine tastings*

*MaryAnn Worobiec Bovio*

Posted: Tuesday, June 29, 2004

Despite what outsiders might think, there are moments in Napa during which people do things other than sip wine. There are plenty of other activities to feed the soul -- some are cultural, some adventurous, some informative, many relaxing.

What makes Napa a great destination is entwined with what makes it an ideal place to create great wine: good weather, beautiful scenery and a population of folks who know how to blend the rural, laid-back atmosphere of wine country living with sophisticated tastes.

Spas and shopping experiences abound in Napa, and the Napa Valley Wine Train would be a hit with any railway aficionado, but we're more interested in directing you toward activities that allow you to mingle with locals and absorb their experience and knowledge firsthand. Once you get a glimpse of Napa the way the Napans see it, you'll be hooked.

If you need to take a break from the swirling and sniffing, notice how the love of wine easily splashes over into art, as the di Rosa Preserve, Clos Pegase and the Hess Collection demonstrate. The world-class collections at each are nestled among grapevines that create a lovely backdrop for art viewing.

Napa continues to attract people with an interest in the wine country lifestyle, and if you need to brush up on how to incorporate that style into your own way of life, head to the Culinary Institute of America or to Copia for a refresher class. You can improve your spatula skills or beef up your confidence in pairing food and wine.



John Bovio

*Jean Debuffet's* The Extravagant *welcomes visitors to Clos Pegase, where wine shares the spotlight with architecture.*

**Napa Valley Travel Guide**

**Fine Dining**

**Casual Dining**

**Accommodations**

**Wineries**

If you crave some entertainment, the recently resurrected Napa Valley Opera House is the most exciting venue around. Afterward, hang out with the locals across the street at Bounty Hunter Rare Wine and Provisions' wine bar, where winemakers recount harvest stories over tall glasses of wine.

To soak up the scenery, consider checking out the views from the basket of a hot air balloon at dawn. Wine country weather makes Napa one of the more reliable places to experience ballooning. If golf is your game, the valley offers several options, whether you want to hit a bucket of balls or play a full 18 holes surrounded by vineyards.

Clos Pegase
*1060 Dunaweal Lane, Calistoga*
Map this and nearby establishments
**Telephone** (707)942-4981
**Web site** www.clospegase.com

**20-14**

# where
# **Winemakers**
# dine


THE WINE NEWS

It's easy to see why
The Bounty Hunter in
Napa is a primo
gathering space for
area vintners —
it stocks 400 bottles
and offers 40 wines
by the glass.



## almost-famous and offbeat tables
## lure professional palates

By JEFF COX

**T**he heart of California's North Coast wine country is studded with famous restaurants – enduring meccas such as *Tra Vigne, Mustards* and *The Restaurant at Domaine Chandon*, and even a few ultra-pricey culinary temples like *The French Laundry* and *La Toque* – that rank high on any wine tourist's list of must-eat places. But where do winemakers and growers go to break bread, bring a bottle of wine to share, taste a friend's newest release or just plain hang out?

Though they may not admit it in print, many vintners approach dining out as a business decision, patronizing places where they want to sell their wine, or where they want to reinforce existing sales. Despite their motivations, most view eating out as a culinary adventure with relatively simple prerequisites: They like to go to places that are close to home, that employ high-quality ingredients and where they can relax after an exhausting day in the cellar or vineyard. An informal poll reveals there is no clear front-runner, but rather lots of less-heralded favorite places; some tucked well of the tourist path and others hiding in plain sight.

Chris Coone, assistant winemaker to Tom Rinaldi at Provenance Vineyards in St. Helena, hangs out at the *Bounty Hunter* in Napa, where 400 wines by the bottle and 40 wines by the glass are on sale – enticingly displayed from floor to ceiling and all screened by owner Mark Pope, who selects them both for their quality and their obscurity. The house motto is "Find your own cult wine."

Cooney is not the only winemaker who regularly explores the offerings at The Bounty Hunter. You might also run into the makers of J.R. Wagner, Sadler-Wells, Ramian and Thirteen, among other lesser-known labels. While the main attraction is the great wines only the cognoscenti really know about, Pope's sense of humor appeals too. He calls the 2001 Fossi Syrah, "An Italian lingerie model doing top speed in a yellow Lamborghini."

The ambiance is down-home, with the tabletops perched on wine barrels and stuffed bears flanking the door, but more important The Bounty Hunter's tiny adjoining kitchen turns out amazing casual food, such as the signature beer-can chicken (a whole chicken is rubbed with spices, the neck is stuffed with a lime and it's cooked upright on a gas grill over an open, steaming can of Tecate beer). There are pizzas, pot pies and steak, too, served in a relaxed setting that appeals to winemakers who may even arrive wearing rubber cellar boots. "It's a real comfortable place, and the food is great," Cooney concludes.

20-15

Case 5:08-cv-00858-JF Document 13-7 Filed 03/14/2008 Page 17 of 19



newsletter sign-up ▶ (What's this?)
monthly updates ▶ (What's this?)

Search

RSS (What's this?)

E-Mail This Page
Comment/Report a problem

Food Fun / Events & Travel

# Taste Downtown Napa

## Ten Tasting Rooms, Thousands Of Wines



Thousands of boutique and limited-production wines are waiting for you in downtown Napa—for only $20, or ten cents a taste!

One of the most famous wine regions in the world and a great place to do wine tasting is Napa Valley, California. There are more than 400 wineries in Napa Valley and it could take weeks to visit them all.

So, how can a wine-lover get a thorough tasting experience without running out of time? Craig Smith, executive director of the Napa Downtown Association, offers a potential solution for this dilemma. Through a special program called "Taste Napa Downtown," sponsored by the Association, oenophiles can purchase a tasting card for just $20 that enables them to taste thousands of boutique, limited production, and hard-to-find wines from Napa Valley and around the globe—for only 10 cents a taste! Even better, this as done at ten tasting rooms within walking distance of each other in downtown Napa—no need to drive long distances. The tasting rooms open at 10 a.m. and many are open until 9 or 10 p.m., later on weekends. So, there's a lot to be learned about wines and a lot to discover, in a very efficient and cost-effective manner.

"If it's your first trip to Napa, you should definitely visit a few wineries, take the tours and see how the wine is made. The winery staff is on hand to share their products and knowledge, and to guide you to getting the most out of your visit. But if you just want to taste good wines and don't want to have to be driving from place to place to do it, you can't beat the tasting card," Smith says. "There are more wine tasting opportunities in downtown Napa than any place else in the world, and they all are in walking distance of each other."

From the Bounty Hunter Rare Wine & Provisions' Wine Bar, the Vintner's Collective, to COPIA: The American Center for Food, Wine, and the Arts, there are 10 tasting rooms with literally thousands of great wines to choose from. The "Taste Napa Downtown" card has additional benefits: most of the tasting rooms offer a 10 percent discount on all "to go" wine purchases; and COPIA offers half-price admission to its formidable museum when you present the card.

COPIA, which rises in sleek stone, metal, and glass from the banks of the Napa River, opened in 2001 with generous seed money from vintner Robert Mondavi and his wife, Margrit. The center includes galleries, demonstration kitchens, an outdoor amphitheater, and beautiful organic gardens.

**MENU**

**Events & Travel**
Leisure Pursuits for Food Enthusiasts

**Food Fun**
Fun Activities For Foodies

**Home Page**
Link to Other Sections:
Newsletter, Product Reviews, Marketplace, Home Zone

**ABOUT THE AUTHOR**

**JEANNIE CLAIRE's** articles have appeared in a variety of regional and national trade publications. She lives in Napa, California, where she is a freelance writer, and marketing and media relations expert.

September 2006



COPIA visitors gather to taste wines at the Wine Spectator Tasting Table. Photo by Faith Echtermeyer.






Fast Fl Shipp
Fruit C
Wine G
Organ
Baskets &



Kathleen Iudice, public relations and community relations manager of COPIA, says the food, wine, and art museum's half-price admission offers visitors an opportunity to tour the center's exhibitions and gardens, and participate in daily food and wine programs, including "Winery of the Week" tastings at the facilities wine bar. "As visitors sample the featured wines at COPIA, they can also attend lectures and chat with knowledgeable staff who are there to greet you, answer questions, and make wine suggestions," Iudice explains. She says COPIA recommends that visitors looking for a unique wine experience take advantage of the "Taste Napa Downtown" cards, which "offers an extraordinary wine value that is all contained within the Napa downtown area." *(Editor's note: COPIA, is a major Napa activity unto itself. We suggest advance planning, as it might be worth a half-day visit or more—it's a food-and-wine-lover's paradise. The events schedule is available online.)*

### No Need For Designated Drivers

Walkability is definitely an added convenience of "Taste Napa Downtown." By being in a mixed environment, located among the shops, art galleries and restaurants of old-town Napa, visitors can combine wine-tasting with other activities. People staying at local hotels and inns just walk through town; others can leave their cars for a day, rather than following a map and driving from vineyard to vineyard. With the distances between favorite vineyards, traveling, parking, and waiting for the vineyard's activities, often that can mean seeing only 3 vineyards in an entire afternoon and sampling perhaps just 15 wines—and the opportunity for lunch or snacks is limited. "One of our biggest selling points," notes Jim Beazley, owner of the bed and breakfast, Beazley Luxury Inns, which is located two blocks from downtown Napa, "is that we are within walking distance of over 20 Zagat-rated restaurants."

Deborah Coffee, owner of the Inn on Randolph, another B & B, says adds that the benefit of not having to drive when wine-tasting is an obvious asset. But the downtown tasting rooms are also great for people whose time is limited or if they are not in Napa Valley during winery tasting hours. For example, Coffee says, guests arriving late afternoon may not have time to drive to a winery before the standard 5 o'clock closing.

### Late-Night Tasting

One of the tasting rooms, Bounty Hunter Rare Wine & Provisions Company, offers more than 400 wines for tasting seven days a week, plus lunch and dinner, and is open from 11 a.m. until 10 p.m. (until 1 a.m. on Friday and Saturday). Mark Pope, a.k.a., "The Bounty Hunter," has made it his mission in life to hunt down California's most elusive premium wines. Pope has set up Bounty Hunter as a restaurant with a wine bar at one end, tables for diners at the other, and a huge library wall of newly-discovered "bounty" wines, which are available for purchase.

Another popular wine tasting destination is Stave Wine Lounge, also open seven days a week. It is a unique wine tasting venue, employing Enomatic wine tasting machines, a state of the art wine tasting system that allow visitors to press a button, and select a wine to taste (photo below). The wine is aerated and poured into the visitor's glass through a spout. Stave offers 32 small-producer for tasting that are not available anywhere else in the Napa Valley.



The Enomatic Wine Tasting Machine at Stave Wine Lounge: Just put your glass under the spigot and push the button.

### For Beginning & Sophisticated Tasters

"Many first-timers to Napa are inexperienced wine drinkers who haven't yet discovered what type of wines they like," says Deborah Coffee. "The downtown tasting rooms offer not only a wide variety, but helpful advice in a non-intimidating environment."

The 10 tasting rooms also have appeal for the seasoned visitor who often has a sophisticated wine palate and has already visited the better-known wineries up and down the valley, according to Coffee. "And because many of the smaller vintners don't have their own tasting rooms, downtown Napa is the only place visitors can actually taste before making a purchase and, in some cases, even find the wine."

"Wine Collectives" are another interesting offshoot of the tasting bars, notes Craig Smith of the Napa Downtown Association. "These collectives give smaller, boutique wineries a presence where otherwise they would have to go it alone," Smith also points out that the tasting rooms able provide many different labels from around the world—something not generally found on winery tours.

But what if you don't have time to visit all 10 tasting rooms during your visit to Napa? "No worries," concludes Smith. "If wine lovers don't have time to visit all 10 tasting rooms and wine bars in one day, it's not a problem. The card is good through the end of the year, and it's transferable. Plus, for those who don't want to walk, the free Downtown Trolley stops in front or near all locations."



Mark Pope, founder of Bounty Hunter Wine & Provisions Company, enjoying the Wine Bar & Bistro. Photo courtesy of the Bounty Hunter Wine & Provisions Company.

Napa's 10 tasting rooms are:

- **Bounty Hunter Rare Wine & Provisions**, 975 First Street (open 7 days: Sunday to Thursday 11 a.m. to 10 p.m., Friday to Saturday 11 a.m. to 1 a.m.).
- **COPIA**, 500 First Street (11 a.m. to 4 p.m., closed Tuesdays and on Thanksgiving, Christmas Eve Day, Christmas Day, and New Year's Day).
- **JV Wine & Spirits**, 426 First Street (open 7 days, 2 p.m. to 7 p.m.).
- **Napa General Store**, 540 Main Street (open 7 days, Sunday to Tuesday, 10 a.m. to 7 p.m., Wednesday to Saturday 10 a.m. to 9 p.m.).
- **Napa Wine Merchants**, 1146 First Street (Monday to Friday 11 a.m. to 6 p.m., Saturday 10 a.m. to 5 p.m., closed Sunday).
- **Robert Craig**, 880 Vallejo Street (Monday to Saturday 11 a.m. to 4 p.m., closed Sunday).
- **Rocco Family Vineyards**, 1130 Main Street (Monday to Wednesday 1 p.m. to 6p.m., Thursday to Saturday 1 p.m. to 8 p.m., Sunday by appointment).
- **Stave Wine Lounge**, 1149 First Street (3 p.m. to 10 p.m. seven days a week); Vintner's Collective, 1245 Main Street (Wednesday to Monday 11 a.m. to 6 p.m., Tuesdays by appointment).
- **Wineries of Napa Valley**, 1285 Napa Town Center (open 7 days: April-November: Monday to Thursday 11 a.m. to 6 p.m., Friday to Saturday 10 a.m. to 8 p.m., Sunday 10 a.m. to 6 p.m., December to March: Monday to Thursday 11 a.m. to 6 p.m., Friday to Sunday 10 a.m. to 6 p.m.).

The "Taste Napa Downtown" cards are available for $20 per person at the Napa Chamber of Commerce, 1556 First Street, Napa, CA 94559; phone, 1.707.226.7455; fax, 1.707.226.1171; www.napachamber.com.

© Copyright 2005-2008 Lifestyle Direct, Inc. All rights reserved. Images are the copyright of their respective owners.