**EXHIBIT 21**

# FOOD & WINE

## 10 Best Online Wine Shops

From mega–Web sites to tiny, quirky specialists, these e-merchants can procure great wines in top condition.

BY JON BONNÉ   ILLUSTRATIONS BY PETER ARKLE



**DESPITE YEARS OF SHOPPING FOR WINE ON THE INTERNET,** I still can't quite get used to the idea. Wine, after all, isn't like a book or CD. Holding a bottle, inspecting its label—you just can't replicate that experience inside a browser window. Yet I do most of my wine buying online. Why?

For starters, the comparison shopping is unbeatable. With search engines like Wine-searcher.com and Google (which most retailers love), you no longer have to go to the Montrachet; the Montrachet will come to you. Cross-referencing the latest scores and top recommendations is blissfully easy, and especially pleasurable when you can do it at home in your bathrobe on a Saturday morning.

Certain things separate the top Web sites from the also-rans. Ease of use and good customer service matter, for a start; so does price. But ultimately, what really counts is selection. Maybe that's why so many of the 10 terrific sites below are established retailers with online divisions: They have the best access to a wide range of wonderful wines.

## the top 10 online wine-buying web sites

**APPELLATION AMERICA**
appellationamerica.com
This four-year-old site is the ultimate source for obscure American wines—Merlot from North Yuba, California, say, or Ohio River Valley Cabernet Sauvignon. It also offers wines directly from more than 120 wineries. One to try: the appealing 2005 Bowers Harbor Vineyards Semi-Dry Riesling ($14) from Michigan's Old Mission Peninsula. **Tip:** A search tool parses each state's shipping laws to determine which wines shoppers can buy.

**AVALON WINE**
avalonwine.com
Run out of a modest Corvallis, Oregon, wine shop of the same name, this is a comprehensive source of top Washington and Oregon wines from producers like Beaux Frères and Leonetti Cellar—though it sells great wines from obscure producers, too. **Tip:** Avalon's wine clubs, like the Northwest Big Reds Club and the Reserve Pinot Noir Club (membership costs $90 per month), are a great way to access up-and-coming stars, like Oregon's Daedalus Cellars and Washington's O-S Winery.

**BOUNTY HUNTER RARE WINE & PROVISIONS**
bountyhunterwine.com
Mark Pope's Bounty Hunter is a restaurant in downtown Napa, as well as a catalog and Web site featuring top Napa and Sonoma wines. One recent find: the rare 2002 Mount Veeder Progeny Cabernet Sauvignon ($75) from Marco DiGiulio, who also made the cult Lokoya wines. **Tip:** Download the catalog; it's an always-enjoyable read.

**BROWN DERBY INTERNATIONAL WINE CENTER**
brownderby.com
Great deals in Missouri on California wines? Brown Derby owner Ron Junge uses his long-standing connections to bring great California wines like Copain Syrah home to the Show-Me State. He also offers hard-to-find gems such as the 2002 Diebolt-Vallois Blanc de Blancs Champagne ($60). **Tip:** Many, but not all, of the wines here have low markups. Low inventory numbers ("Only 6 left!!") are often a guide to bottles that are going fast.

**CHAMBERS STREET WINES**
chambersstwine.com
Owners David Lillie and Jamie Wolff are consummate wine geeks who have assembled an impressively esoteric inventory





2002 Marco DiGiulio Mount Veeder Progeny Cabernet Sauvignon ($75) One of many top Napa Valley Cabernets sold at Bountyhunterwine.com.

# San Francisco Chronicle Magazine

**COVER STORY**
BY MICHAEL BAUER

# TOP 100
**BAY AREA RESTAURANTS**

## BOUNTY HUNTER

Mark Pope began a mail-order wine business a decade ago. About two years ago, he opened a retail store in downtown Napa and brought in Jake Southworth to expand the menu beyond cheese and charcuterie. Working out of a closet-size kitchen with an outdoor grill, Southworth produces incredible down-home American food. The beer-can chicken, where the bird is coated in Cajun spices and coooked on a can of Tecate, is awesome. The place feels like a 19th century saloon where diners eat off marble tables amid shelves of wine. The selection includes more than 400 bottles, priced just above retail.

**Cuisine:** American

**Specialities:** Beer-can chicken; ribs, gumbo, chili, hot brown sandwich, cheese and charcuterie, chocolate brownie cake.

**Seats:** 45 (plus 24 outside)

**Prices:** $7.50-$18

**Noise:** 🔔🔔🔔🔔

**Parking:** Free lot

**Vitals:** 975 First St. (at Main), Napa; (707) 255-0622. Open continuously for lunch and dinner 11a.m.-10p.m. Sunday-Thursday and until midnight Friday-Saturday. Beer and wine. No reservations. Credit cards accepted.

FOOD & DRINK

THE BOHEMIAN'S
BEST OF
THE NORTH BAY
2004



# Home on the Range
## Napa's Bounty Hunter feeds the Western imagination

*By* Heather Irwin

We're riding wine flights to a lather on a Saturday night at Bounty Hunter. The Cabs are as big as the Montana sky, and we're singing "Yippy-ki-yo, git along little Chianti" at the bar. The place is packed to capacity. We're sharing a single stool when — whoa, Nelly — my date suddenly wins the seating lotto and claims the tooled leather saddle chair that's the bar's prize ride. Jutting out his unshaven jaw, my guy has suddenly become the smokeless Marlboro man. Yee Haw!

Nestled in the heart of downtown Napa, Bounty Hunter Rare Wine & Provisions is a wine shop and bistro with a maverick moxie for the wine cowboy... All distressed wood, leather and patinated metals, the bar has that "old West" saloon feel.

Here's the skinny: About 10 years ago, wine enthusiast Mark Pope started collecting rare, unique and — to his palate and many others' — really great wines. He started the Bounty Hunter catalog and wine club, which quickly became a cult favorite, selling everything from super-high-priced premium finds to funky, inexpensive regional and international wines that just plain taste great. Not content to stop there, Pope piled on a hearty dose of Hemingway and Wild West gun-for-hire fantasy, restoring the historic Semorile Building into a modern-day saloon with dizzyingly high ceilings, a copper tub in the front window and a dark wooden bar.

Most nights the place is packed with a combination of locals, wine junkies and vintners straight from the fields. It's a place to kick back, down a few oysters and genuflect before those rare bottles in the "Holy Grail" case.

The [wine] list runs seven pages, ranging from local vintages to Australian and European varietals, magnums and half bottles. Prices are lowest if you take the bottle to go, but the menu has a handy price guide letting you know exactly how shafted you'll be if you buy or drink the same bottle elsewhere.

Even more fun is the availability of more than 40 wins by the glass. Mix and match and don't stress too much — the staff is amazingly helpful in making good pairing matches and will steer you to good picks.

Aside from Wednesday night hamburgers and campfire chili, the food isn't exactly cowboy fare, though the menu is simple and uncomplicated and the prices hover between $10 to $14 for entrees. The runaway winner was the pizzetta — billed as "legal ecstasy."

Furthering the Hemingway mythology of the place, Bounty Hunter also offers lunchtime off-road wine country tours for the truly adventurous.

**EXHIBIT 22**

California Cabernet
Tasting Report

# 20 to Watch

## Exciting New Cabernet Labels
### By MaryAnn Worobiec



Piero Antinori at his home in Napa Valley. The grapes for his first Antica Cabernet came from a hillside vineyard on Atlas Peak.

Nearly 100 new Cabernet bottlings have appeared in California over the past year—and most of them are from Napa Valley. The 20 producers profiled here stood out in recent tastings. They represent the efforts of a diverse group of winemakers: world-renowned vintners, hobbyists, landowners, a vineyard manager and a well-known wine retailer. Some own vineyards and/or a winery, some do not, but each has assembled a passionate and committed Cabernet team. And there's no sign of the boom of new producers slowing—there are dozens more new labels on the horizon, scheduled to release their first wines over the next couple years.

### Antica Napa Valley
Piero Antinori, of the famed Tuscan winemaking family, first became involved in Napa Valley in the late 1980s, when he invested in what would become Atlas Peak Vineyards. Today, Antinori leases 500 acres of vineyards to the Atlas Peak venture (a contract that is up in November 2008, at which time Antinori will take over management of those vineyards once again), and with Washington's Ste. Michelle Wine Estates recently purchased Stag's Leap Wine Cellars. Antica is short for "Antinori California." Its debut wine is a Cabernet Sauvignon made from grapes grown in the Townsend Vineyard, a 24-acre Antinori-owned property adjacent to the current Atlas Peak vineyard.
**89** Cabernet Sauvignon Napa Valley 2004 • $55 • 1,200 cases

### Bounty Hunter
Mark Pope established the Bounty Hunter Rare Wine & Provisions catalog in 1994, offering sought-after California wines to wine lovers across the country. These days he also operates a popular wine bar and bistro in downtown Napa. In 1999, Pope started to experiment with purchasing bulk wine to bottle for his catalog, then made the switch to producing fine wine beginning with the 2003 vintage. "I'm fortunate to get to taste about 5,000 wines a year. I have a good sense of what customers want," says Pope. The Justice Series is a trio of Cabernet-based wines that winemaker Marco DiGuilio sees as representing various expressions of that grape: Blind Justice is 100 percent Cabernet Sauvignon; Poetic Justice a Bordeaux-inspired blend; and Frontier Justice a blend that will vary each year, with the '04 version a mix of Cabernet Sauvignon and Cabernet Franc.
**95** Frontier Justice Beckstoffer Vineyard Napa Valley 2004 • $100 • 108 cases
**94** Poetic Justice Beckstoffer Vineyard Napa Valley 2004 • $100 • 100 cases
**92** Cabernet Sauvignon Napa Valley Blind Justice To Kalon Beckstoffer Vineyard 2004 • $100 • 141 cases

California Cabernet Tasting Report

create a label. He says they are "set up a like a Loire Valley co-op," with owners receiving residuals. The core of the 2004 bottling was sourced from the Harter, Schwarz and Lopez vineyards. The winemaker is Sarah Gott, formerly of Quintessa.

**89** Cabernet Sauvignon Oakville Exposure 2004 • $125 • 494 cases

## Parallel Napa Valley

Winemaker Philippe Melka (of Gemstone and Caldwell, among others) is key to the success of this new venture, which was founded by four couples who met in Park City, Utah. The friends share a love of skiing, hence the name and the label design of parallel ski tracks. Parallel debuted with the 2003 vintage, and the 2004 is a blend of grapes from St. Helena, Howell Mountain and the Parallel Vineyard at the northern end of Conn Valley.

**90** Cabernet Sauvignon Napa Valley 2004 • $49 • 980 cases

## Pedemonte

Chris and Mark Pedemonte grew up helping their father make homemade wine in Oakland, Calif. Chris' extensive experience as a vineyard manager for top Napa estates (as well as years of home winemaking) prepared him to launch this label, in which he partners with his wife, Lisa, his brother Mark and a family friend, Tim Conner, who brings a business background to the project. Grapes come from the Round Pond vineyards in Rutherford (see the following profile), a property Chris has managed for more than 20 years.

**90** Cabernet Sauvignon Rutherford 2004 • $48 • 272 cases

## Round Pond

Vintners sometimes venture into making olive oil or vinegar, but the MacDonnell family did the reverse, adding wine to their artisanal olive oil, red wine vinegar and citrus syrup business. They own 350 acres of vines in Napa's Rutherford district, and for years they sold the fruit to other producers. Now winemaker Cary Gott crafts wine from a portion of their grapes—in addition to its Cabernet Sauvignon, Round Pond also makes a Nebbiolo. The name is a reference to founder Bob MacDonnell's childhood retreat in upstate New York.

**89** Cabernet Sauvignon Rutherford 2004 • $50 • 1,400 cases

## Scarecrow

Scarecrow debuted with the 2003 vintage, but the history of this Rutherford vineyard, originally planted by Joseph Judson Cohn, dates to 1945. Bordered by the former Inglenook Estate vineyard, the J.J. Cohn vineyard previously sold grapes to the likes of Inglenook, Opus One, Rubicon, Duckhorn and Joseph Phelps. The current owner, photographer Bret Lopez, named this label in honor of Cohn, his grandfather, who oversaw production of The Wizard of Oz as an executive at MGM studios. Celia Masyczek is the winemaker.

**96** Cabernet Sauvignon Rutherford 2004 • $125 • 312 cases

## Tamber Bey

Proprietors Barry and Carol Waitte own two Napa vineyards: a 60-acre parcel called Two Rivers, which lies just east of Yountville, and their 11-acre estate vineyard, in Oakville. All of the label's wines, which are made by winemaker Thomas Brown, come from these two vineyards. (Tamber Bey produces impressive Chardonnay and Merlot bottlings, along with its Cabernet.) The moniker "Tamber Bey" combines the nicknames of the first Arabian horses that the Waittes owned and raced.

**89** Cabernet Sauvignon Oakville 2004 • $60 • 400 cases
**88** Cabernet Sauvignon Yountville Two Rivers Vineyard 2004 • $28 • 600 cases

## Villa Hermosa

Art and Cherie Goulard own a 2.5-acre Cabernet Sauvignon vineyard high in the hills of Angwin, Calif., at an elevation of 2,000 feet. Art, a Napa-based landscape contractor for more than 40 years, studied viticulture before planting his own vineyard. This is the couple's debut commercial release, with help from vintner Andy Schweiger.

**92** Cabernet Sauvignon Howell Mountain 2004 • $75 • 171 cases

## Waypoint

A "waypoint" represents a particular location along a route of travel. It is with this spirit of a sense of place that Napa-based retailer Mark Pope started his second label (see "Bounty Hunter," profiled above) to focus on site-specific wines. Each of Waypoint's bottlings is vineyard-designated, sourced from sites such as the Beckstoffer To Kalon Vineyard and the Hidden Ridge Vineyard (see above). Marco DiGiulio is the winemaker.

**92** Cabernet Sauvignon St. Helena Beckstoffer Dr. Crane Vineyard 2003 • $80 • 480 cases
**91** Cabernet Sauvignon Oakville Beckstoffer To Kalon Vineyard 2003 • $80 • 460 cases



Ryan MacDonnell of Round Pond amid her family's sizable vineyard holdings in Rutherford. Winemaker Cary Gott crafts small quantities of Nebbiolo in addition to the winery's Cabernet Sauvignon.

# James Laube's Recommended California Cabernets

For complete reviews, see the Buying Guide of this or previous issues or the Wine Ratings search at www.winespectator.com. An alphabetical listing of all wines tasted for this report begins on page 71.

| WINE | SCORE | PRICE |
|---|---|---|
| **BOND  Melbury Napa Valley 2004** <br> Fresh black cherry, currant and plum aromas are pure and riveting. Firm, rich and polished, with hints of nutmeg, rose petal and wild berry. Intense, focused and concentrated. | 97 | $240 |
| **HARLAN ESTATE  Napa Valley 2004** <br> Firmly structured and tightly wound, with deep, perfumed currant, anise, sage and cedary oak notes, picking up a mineral and pebble edge. Long and persistent. | 97 | $350 |
| **SCHRADER  Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard 2004** <br> Dark, dense and powerful without being heavy or ponderous. Tiers of mocha-laced currant, cassis, blackberry, spice and herb shadings give this great depth and personality. | 97 | $95 |
| **SCHRADER  Cabernet Sauvignon Napa Valley CCS Beckstoffer Vineyards 2004** <br> Reveals its depth and complexity in spades, with an initial push of ripe currant, black cherry, blackberry and mocha-laced oak. Intense and concentrated, yet sleek and vibrant. | 97 | $75 |
| **BOND  Pluribus Napa Valley 2004** <br> A rich, opulent, fleshy style. Brims with ripe black cherry, wild berry and currant flavors that are supple and well-focused. | 96 | $240 |
| **BRYANT FAMILY  Cabernet Sauvignon Napa Valley 2004** <br> A Cabernet tour de force. Rich, opulent, powerful and well-structured. Packed with ripe, intense currant, spice, blackberry, earth and loam flavors. | 96 | $NA |
| **CARTER  Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard H&C 2004** <br> Big, rich and expressive, with a range of complex flavors built around ripe currant, black cherry and dark red fruits. | 96 | $65 |
| **COLGIN  Cariad Napa Valley 2004** <br> A rich, flavorful style, with tiers of plum, black cherry and blackberry fruit. Despite its size, this is impeccably balanced. | 96 | $275 |
| **MACAULEY  Cabernet Sauvignon Oakville Beckstoffer To Kalon 2004** <br> A seductive style, with amazing purity of flavor. Shows rich, elegant and supple currant and black cherry fruit. | 96 | $100 |
| **MERUS  Cabernet Sauvignon Napa Valley 2004** <br> Rich and concentrated, with currant, blackberry, wild berry and mocha-laced oak. Turns sleek and elegant. | 96 | $160 |
| **SCARECROW  Cabernet Sauvignon Rutherford 2004** <br> Beautifully crafted, ripe and spicy. Juicy currant and black cherry fruit is supple and well-defined. Plush, smooth and complex, offering depth, range of flavor, texture and length. | 96 | $125 |
| **SCHRADER  Cabernet Sauvignon Napa Valley RBS Beckstoffer To Kalon Vineyard 2004** <br> Aromas of chocolate-covered cherry join currant, herb, cedar and spice in this sleek, polished youngster. Lush and smooth. | 96 | $95 |
| **SLOAN  Rutherford 2004** <br> Dark, rich and concentrated, with great structure, depth and complexity, offering tiers of spicy currant, blackberry, sage, herb and pleasant mineral notes. | 96 | $NA |
| **D.R. STEPHENS  Cabernet Sauvignon Napa Valley Moose Valley Vineyard 2004** <br> Riveting aromas of black currant and wild berry lead to deep, concentrated flavors. Yet for all its size and gusto, this is elegant, deftly balanced and exciting to drink. | 96 | $100 |

| WINE | SCORE | PRICE |
|---|---|---|
| **ARAUJO  Cabernet Sauvignon Napa Valley Eisele Vineyard 2004** <br> Firm, tight and well-structured, with a medley of floral, spice and dried currant. Well-integrated, focused and concentrated. | 95 | $235 |
| **BOUNTY HUNTER  Frontier Justice Beckstoffer Vineyard Napa Valley 2004** <br> Shows a rich, elegant mix of currant, black cherry and blackberry fruit that's supple, polished and long. A sheer delight. | 95 | $100 |
| **BUCCELLA  Cabernet Sauvignon Napa Valley 2004** <br> Smooth, plush and concentrated. A multidimensional expression of Cabernet, with layers of currant, blackberry, plum and spice. Supple-textured, this keeps a focus on the fruit. | 95 | $90 |
| **COLGIN  Cabernet Sauvignon Napa Valley Tychson Hill Vineyard 2004** <br> Massive, yet smooth and polished, with ripe plum, floral and black cherry fruit that slowly builds intensity and depth. | 95 | $275 |
| **GEMSTONE  Yountville 2004** <br> Tightly wound, with excellent structure. Dense and concentrated, showing a mix of currant, anise, mineral, pencil lead and cedary oak, all sharply focused and well-proportioned. | 95 | $125 |
| **PAUL HOBBS  Cabernet Sauvignon St. Helena Beckstoffer Dr. Crane Vineyard 2004** <br> Ripe currant, black cherry and plum aromas are rich and riveting on the palate, coating the mouth with tiers of flavor. Sleek and polished, with hints of anise and mocha. | 95 | $150 |
| **LEWIS  Cabernet Sauvignon Napa Valley Hillstone Vineyard 2004** <br> A rich, massive yet elegant style. Ripe currant, blackberry and black cherry fruit is pure, focused and persistent. | 95 | $80 |
| **ROBERT MONDAVI  Cabernet Sauvignon Napa Valley Reserve 2004** <br> Weaves together a complex array of ripe, rich currant, anise, smoky oak and black cherry. Dense, concentrated and persistent, with great depth and focus. | 95 | $125 |
| **ROBERT MONDAVI  Cabernet Sauvignon Stags Leap District 2004** <br> Beautifully crafted, rich, chewy and concentrated, yet with a wonderful lift to the flavors. Refreshing, vibrant and supple, with layers of anise, currant, sage and mineral. | 95 | $85 |
| **SCHRADER  Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard MM IV 2004** <br> Impressive for its delicacy and finesse. Shows intense, concentrated ripe cherry and plum flavors. Deep and persistent. | 95 | $250 1.5L |
| **SPOTTSWOODE  Cabernet Sauvignon St. Helena Family Estate Grown 2004** <br> Elegant and stylish, with pure, rich, vibrant and focused black cherry and blackberry fruit that's supple and polished. | 95 | $110 |
| **PETER MICHAEL  Les Pavots Knights Valley 2004** <br> Shows complex aromas of dried currant, sage, anise and cedary oak. Dense, balanced and concentrated on the palate, with a tight focus on the loamy currant flavors. | 94 | $150 |

# HAVE YOU EVER?  RANGE ROVER

## Wine Spectator GREAT CALIFORNIA CABERNETS
### Top-scoring wines from our annual report, Nov. 15, 2007

| Score | Wine | Price |
|---|---|---|
| 97 | Bond Melbury Napa Valley 2004 | $240 |
| 97 | Harlan Estate Napa Valley 2004 | $350 |
| 97 | Schrader Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard 2004 | $95 |
| 97 | Schrader Cabernet Sauvignon Napa Valley CCS Beckstoffer Vineyards 2004 | $75 |
| 96 | Bond Pluribus Napa Valley 2004 | $240 |
| 96 | Bryant Family Cabernet Sauvignon Napa Valley 2004 | $NA |
| 96 | Carter Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard H&C 2004 | $65 |
| 96 | Colgin Cariad Napa Valley 2004 | $275 |
| 96 | Macauley Cabernet Sauvignon Oakville Beckstoffer To Kalon 2004 | $100 |
| 96 | Merus Cabernet Sauvignon Napa Valley 2004 | $160 |
| 96 | Scarecrow Cabernet Sauvignon Rutherford 2004 | $125 |
| 96 | Schrader Cabernet Sauvignon Napa Valley RBS Beckstoffer To Kalon Vineyard 2004 | $95 |
| 96 | Sloan Rutherford 2004 | $NA |
| 96 | D.R. Stephens Cabernet Sauvignon Napa Valley Moose Valley Vineyard 2004 | $100 |
| 95 | Araujo Cabernet Sauvignon Napa Valley Eisele Vineyard 2004 | $235 |
| 95 | Bounty Hunter Frontier Justice Beckstoffer Vineyard Napa Valley 2004 | $100 |
| 95 | Buccella Cabernet Sauvignon Napa Valley 2004 | $90 |
| 95 | Colgin Cabernet Sauvignon Napa Valley Tychson Hill Vineyard 2004 | $275 |
| 95 | Gemstone Yountville 2004 | $125 |
| 95 | Paul Hobbs Cabernet Sauvignon St. Helena Beckstoffer Dr. Crane Vineyard 2004 | $150 |
| 95 | Lewis Cabernet Sauvignon Napa Valley Hillstone Vineyard 2004 | $80 |
| 95 | Robert Mondavi Cabernet Sauvignon Napa Valley Reserve 2004 | $125 |
| 95 | Robert Mondavi Cabernet Sauvignon Stags Leap District 2004 | $85 |
| 95 | Schrader Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard MM IV 2004 | $250/1.5L |
| 95 | Spottswoode Cabernet Sauvignon St. Helena Family Estate Grown 2004 | $110 |
| 94 | Bounty Hunter Poetic Justice Beckstoffer Vineyard Napa Valley 2004 | $100 |
| 94 | Caldwell Napa Valley 2004 | $100 |
| 94 | Caymus Cabernet Sauvignon Napa Valley Special Selection 2004 | $136 |
| 94 | Dalla Valle Cabernet Sauvignon Napa Valley 2004 | $130 |
| 94 | Paul Hobbs Cabernet Sauvignon Oakville Beckstoffer To Kalon Vineyard 2004 | $235 |
| 94 | Larkmead Cabernet Sauvignon Napa Valley Solari Reserve 2004 | $75 |
| 94 | Cliff Lede Cabernet Sauvignon Stags Leap District 2003 | $50 |
| 94 | Cliff Lede Cabernet Sauvignon Stags Leap District Poetry 2004 | $120 |
| 94 | The Maiden Napa Valley 2004 | $NA |
| 94 | Peter Michael Les Pavots Knights Valley 2004 | $150 |
| 94 | Joseph Phelps Cabernet Sauvignon Oakville Backus 2004 | $225 |
| 94 | Joseph Phelps Insignia Napa Valley 2004 | $225 |
| 94 | Piña Cabernet Sauvignon Howell Mountain Buckeye Vineyard 2004 | $72 |
| 94 | Screaming Eagle Cabernet Sauvignon Oakville 2004 | $500 |
| 94 | Sloan Rutherford 2003 | $245 |
| 94 | Vine Cliff Cabernet Sauvignon Napa Valley Private Stock Pickett Road Vineyard 2004 | $150 |
| 93 | Beringer Cabernet Sauvignon Napa Valley Private Reserve 2004 | $116 |
| 93 | Bond St. Eden Napa Valley 2004 | $240 |
| 93 | Chappellet Cabernet Sauvignon Napa Valley Signature 2004 | $46 |
| 93 | Chiarello Family Cabernet Sauvignon Napa Valley Eileen 2004 | $60 |
| 93 | Colgin IX Estate Napa Valley 2004 | $250 |
| 93 | Delectus Cuvee Julia Napa Valley 2004 | $125 |
| 93 | Frias Cabernet Sauvignon Spring Mountain District Private Reserve 2004 | $65 |
| 93 | Hewitt Cabernet Sauvignon Rutherford 2004 | $75 |
| 93 | Hollywood & Vine Cabernet Sauvignon Napa Valley 2480 2004 | $78 |
| 93 | Hundred Acre Cabernet Sauvignon Napa Valley Kayli Morgan Vineyard 2004 | $250 |
| 93 | Kapcsándy Family State Lane Vineyard Napa Valley 2004 | $90 |
| 93 | Kobalt Cabernet Sauvignon Napa Valley 2004 | $90 |
| 93 | Lewis Cabernet Sauvignon Napa Valley 2004 | $80 |
| 93 | Lewis Cabernet Sauvignon Napa Valley Reserve 2004 | $125 |
| 93 | Melka Métisse Napa Valley 2004 | $90 |
| 93 | Robert Mondavi Cabernet Sauvignon Oakville 2004 | $45 |
| 93 | Pahlmeyer Napa Valley 2004 | $125 |
| 93 | Portfolio Limited Edition Napa Valley 2004 | $125 |
| 93 | Realm Cabernet Sauvignon Napa Valley The Bard 2004 | $75 |
| 93 | Revana Cabernet Sauvignon St. Helena 2004 | $105 |
| 93 | V. Sattui Cabernet Sauvignon Napa Valley Morisoli Vineyard 2004 | $48 |
| 93 | Seavey Cabernet Sauvignon Napa Valley 2004 | $85 |
| 93 | Shafer Cabernet Sauvignon Stags Leap District One Point Five 2004 | $65 |
| 93 | Sherwin Family Cabernet Sauvignon Spring Mountain District 2004 | $90 |
| 93 | St. Clement Cabernet Sauvignon Napa Valley Oroppas 2004 | $55 |
| 93 | Staglin Cabernet Sauvignon Rutherford 2004 | $150 |
| 93 | Switchback Ridge Cabernet Sauvignon Napa Valley Peterson Family Vineyard 2004 | $75 |
| 93 | Tor Cabernet Sauvignon Yountville Mast Vineyard 2004 | $75 |
| 93 | Versant Cabernet Sauvignon Napa Valley 2004 | $85 |
| 92 | Balcom Family Years Napa Valley Red 2003 | $60 |
| 92 | Bennett Lane Cabernet Sauvignon Napa Valley 2004 | $55 |
| 92 | Bounty Hunter Cabernet Sauvignon Napa Valley Blind Justice To Kalon Beckstoffer Vineyard 2004 | $100 |
| 92 | Buccella Cabernet Sauvignon Napa Valley 2003 | $80 |
| 92 | Carter Cabernet Sauvignon Napa Valley Revilo Vineyard 2004 | $95 |
| 92 | Caymus Cabernet Sauvignon Napa Valley 2004 | $70 |
| 92 | Crocker & Starr Cabernet Sauvignon St. Helena Stone Place 2004 | $90 |
| 92 | DRII Cabernet Sauvignon Napa Valley 2004 | $50 |
| 92 | Etude Cabernet Sauvignon Napa Valley 2004 | $90 |
| 92 | Fisher Cabernet Sauvignon Napa Valley Coach Insignia 2003 | $70 |
| 92 | Gargiulo Cabernet Sauvignon Oakville Money Road Ranch 2004 | $65 |
| 92 | Ghost Block Cabernet Sauvignon Oakville 2004 | $55 |
| 92 | Hidden Ridge Cabernet Sauvignon Sonoma County 2004 | $75 |
| 92 | Hidden Ridge Cabernet Sauvignon Sonoma County 2003 | $75 |
| 92 | Paul Hobbs Cabernet Sauvignon Napa Valley Stagecoach Vineyard 2004 | $165 |
| 92 | Janzen Cabernet Sauvignon Napa Valley To Kalon Vineyard 2004 | $100 |
| 92 | Jean Edwards Cabernet Sauvignon Napa Valley Stagecoach Vineyard 2004 | $50 |
| 92 | John Anthony Cabernet Sauvignon Napa Valley 2004 | $55 |
| 92 | Cliff Lede Cabernet Sauvignon Stags Leap District 2004 | $50 |
| 92 | Luna Cabernet Sauvignon Napa Valley 2004 | $80 |
| 92 | Luna Cabernet Sauvignon Napa Valley Reserve 2004 | $100 |
| 92 | Melka Cabernet Sauvignon Napa Valley CJ 2004 | $45 |
| 92 | Montallegro Cabernet Sauvignon Santa Cruz Mountains 2004 | $60 |
| 92 | PlumpJack Cabernet Sauvignon Oakville McWilliams Oakville Vineyard 2004 | $72 |
| 92 | Reverie Cabernet Sauvignon Diamond Mountain District Special Reserve 2004 | $85 |
| 92 | Rudd Oakville Estate 2003 | $125 |
| 92 | Showket Cabernet Sauvignon Oakville 2004 | $85 |
| 92 | Steltzner Cabernet Sauvignon Stags Leap District Reserve Barrel Select 2004 | $75 |
| 92 | Von Strasser Cabernet Sauvignon Diamond Mountain District Estate Vineyards 2004 | $70 |
| 92 | Von Strasser Cabernet Sauvignon Diamond Mountain District Rainin Vineyard 2004 | $70 |
| 92 | Turnbull Cabernet Sauvignon Napa Valley 2004 | $45 |
| 92 | Villa Hermosa Cabernet Sauvignon Howell Mountain 2004 | $75 |
| 92 | Waypoint Cabernet Sauvignon St. Helena Beckstoffer Dr. Crane Vineyard 2003 | $80 |
| 92 | Whitehall Lane Cabernet Sauvignon Napa Valley Silver Anniversary Reserve 2004 | $75 |
| 92 | Wolf Family Cabernet Sauvignon Napa Valley 2004 | $75 |

**ABOUT THE 100-POINT SCALE**
Ratings reflect how highly our tasters regard each wine relative to other wines. The rating summarizes a wine's overall quality; to determine if the wine's style and character appeal to you, check its complete tasting note in the Buying Guide or at www.winespectator.com.

- **95-100** Classic: a great wine
- **90-94** Outstanding: a wine of superior character and style
- **85-89** Very good: a wine with special qualities
- **80-84** Good: a solid, well-made wine
- **75-79** Mediocre: a drinkable wine that may have minor flaws
- **50-74** Not recommended

© 2007 M. Shanken Communications, Inc.

# Wine Spectator online

## California Cabernet Sauvignon Alphabetical Listing

Posted: Thursday, October 11, 2007

These wines were tasted for the California Cabernet Sauvignon report in the Nov. 15, 2007, issue of *Wine Spectator* magazine.

| Wine | Score | Price |
|---|---|---|
| **13 APPELLATIONS** | | |
| Fourteen Appellations Meritage Napa Valley 2004 | 88 | $115 |
| | | |
| **4 BEARS** | | |
| Cabernet Sauvignon Napa Valley 2003 | 82 | $15 |
| Cabernet Sauvignon Napa Valley 2002 | 85 | $15 |
| | | |
| **75 WINE CO.** | | |
| Cabernet Sauvignon Red Hills Lake County Amber Knolls Vineyard 2005 | 84 | $20 |
| Cabernet Sauvignon Red Hills Lake County Amber Knolls Vineyard 2004 | 85 | $20 |
| | | |
| **CLARE LUCE ABBEY** | | |
| Cabernet Sauvignon Napa Valley 2003 | 86 | $115 |
| | | |
| **ALEXANDER VALLEY VINEYARDS** | | |
| Cabernet Sauvignon Alexander Valley Wetzel Family Estate 2004 | 81 | $20 |
| | | |
| **ALTAMURA** | | |
| Cabernet Sauvignon Napa Valley 2003 | 88 | $65 |
| | | |
| **ANDERSON'S CONN VALLEY** | | |
| Cabernet Sauvignon Napa Valley Estate Reserve 2004 | 86 | $65 |
| | | |
| **ANGELINE** | | |
| Cabernet Sauvignon Sonoma County 2005 | 84 | $14 |
| | | |
| **ANTICA NAPA VALLEY** | | |
| Cabernet Sauvignon Napa Valley 2004 | 89 | $55 |
| | | |
| **ARAUJO** | | |
| Cabernet Sauvignon Napa Valley Eisele Vineyard 2004 | 95 | $235 |

### BEHRENS & HITCHCOCK
| | | |
|---|---|---|
| The Contender Napa Valley 2003 | 88 | $65 |

### BENNETT LANE
| | | |
|---|---|---|
| Cabernet Sauvignon Napa Valley 2004 | 92 | $55 |
| Cabernet Sauvignon Napa Valley Primus Reserve 2004 | 91 | $95 |
| Maximus Red Napa Valley Red 2004 | 88 | $35 |

### BENZ FAMILY
| | | |
|---|---|---|
| Cabernet Sauvignon Napa Valley 2004 | 89 | $75 |

### BENZIGER
| | | |
|---|---|---|
| Tribute Sonoma Mountain 2003 | 89 | $75 |
| Cabernet Sauvignon Napa Valley 2004 | 90 | $40 |
| Cabernet Sauvignon Napa Valley Private Reserve 2004 | 93 | $116 |
| Cabernet Sauvignon Napa Valley Private Reserve 2003 | 87 | $115 |

### BIG ASS CAB
| | | |
|---|---|---|
| Cabernet Sauvignon Napa Valley 2005 | 78 | $15 |

### BLANKIET ESTATE
| | | |
|---|---|---|
| Cabernet Sauvignon Napa Valley Paradise Hills Vineyard 2004 | 88 | $165 |

### BOGLE
| | | |
|---|---|---|
| Cabernet Sauvignon California 2005 | 82 | $11 |
| Cabernet Sauvignon California 2004 | 78 | $11 |

### BONANNO
| | | |
|---|---|---|
| Cabernet Sauvignon Napa Valley 2004 | 88 | $20 |

### BOND
| | | |
|---|---|---|
| Melbury Napa Valley 2004 | 97 | $240 |
| Pluribus Napa Valley 2004 | 96 | $240 |
| St. Eden Napa Valley 2004 | 93 | $240 |
| Vecina Napa Valley 2004 | 88 | $240 |

### BONNEAU
| | | |
|---|---|---|
| Cabernet Sauvignon Napa Valley 2003 | 76 | $45 |

### BONTERRA
| | | |
|---|---|---|
| Cabernet Sauvignon Mendocino County 2004 | 84 | $15 |

### BOUNTY HUNTER
| | | |
|---|---|---|
| Cabernet Sauvignon Napa Valley Blind Justice To Kalon | 92 | $100 |

Beckstoffer Vineyard 2004

| | | |
|---|---|---|
| Frontier Justice Beckstoffer Vineyard Napa Valley 2004 | 95 | $100 |
| Poetic Justice Beckstoffer Vineyard Napa Valley 2004 | 94 | $100 |

## BOURASSA

| | | |
|---|---|---|
| Cabernet Sauvignon Napa Valley Symphony3 Proprietors Reserve 2004 | 82 | $50 |

## BRANDLIN

| | | |
|---|---|---|
| Cabernet Sauvignon Mount Veeder 2004 | 90 | $80 |

# Wine Spectator online

## California's Surprising 2004 Cabernets: 20 to Watch
*Exciting New Cabernet Labels*

By MaryAnn Worobiec
From *Wine Spectator* magazine, November 15, 2007 issue

Nearly 100 new Cabernet bottlings have appeared in California over the past year-and most of them are from Napa Valley. The 20 producers profiled here stood out in recent tastings. They represent the efforts of a diverse group of winemakers: world-renowned vintners, hobbyists, landowners, a vineyard manager and a well-known wine retailer. Some own vineyards and/or a winery, some do not, but each has assembled a passionate and committed Cabernet team. And there's no sign of the boom of new producers slowing-there are dozens more new labels on the horizon, scheduled to release their first wines over the next couple years.

### ANTICA NAPA VALLEY
Piero Antinori, of the famed Tuscan winemaking family, first became involved in Napa Valley in the late 1980s, when he invested in what would become Atlas Peak Vineyards. Today, Antinori leases 500 acres of vineyards to the Atlas Peak venture (a contract that is up in November 2008, at which time Antinori will take over management of those vineyards once again), and with Washington's Ste. Michelle Wine Estates recently purchased Stag's Leap Wine Cellars. Antica is short for "Antinori California." Its debut wine is a Cabernet Sauvignon made from grapes grown in the Townsend Vineyard, a 24-acre Antinori-owned property adjacent to the current Atlas Peak vineyard.

| Score | Wine | Price | Cases Made |
|---|---|---|---|
| 89 | Cabernet Sauvignon Napa Valley 2004 | $55 | 1,200 |



### BOUNTY HUNTER
Mark Pope established the Bounty Hunter Rare Wine & Provisions catalog in 1994, offering sought-after California wines to wine lovers across the country. These days he also operates a popular wine bar and bistro in downtown Napa. In 1999, Pope started to experiment with purchasing bulk wine to bottle for his catalog, then made the switch to producing fine wine beginning with the 2003 vintage. "I'm fortunate to get to taste about 5,000 wines a year. I have a good sense of what customers want," says Pope. The Justice Series is a trio of Cabernet-based wines that winemaker Marco DiGuilio sees as representing various expressions of that grape: Blind Justice is 100 percent Cabernet Sauvignon; Poetic Justice a Bordeaux-inspired blend; and Frontier Justice a blend that will vary each year, with the '04 version a mix of Cabernet Sauvignon and Cabernet Franc.

| Score | Wine | Price | Cases Made |
|---|---|---|---|
| 95 | Frontier Justice Beckstoffer Vineyard Napa Valley 2004 | $100 | 108 |
| 94 | Poetic Justice Beckstoffer Vineyard Napa Valley 2004 | $100 | 100 |
| 92 | Cabernet Sauvignon Napa Valley Blind Justice To Kalon Beckstoffer Vineyard 2004 | $100 | 141 |

### BRANDLIN
Cuvaison is perhaps best known for producing Carneros Chardonnay, but in 1998, the winery, which is owned by the Swiss-based Schmidheiny family, purchased a historic 170-acre ranch on Mount Veeder founded by the Brandlin family in 1926. (Chester Brandlin, now in his eighties, still lives on the property.) The vineyard is so good, says winemaker Steve Rogstad, that the decision was made to bottle its fruit -under this separate label. "The site produces very fragrant, solid, tannic-structured and muscular wines," he says, adding that there is a good natural acidity in the wine

# The Ultimate Buying Guide: 2007 Top Scores



From *Wine Spectator* magazine, February 29, 2008 issue

## CALIFORNIA

### CABERNET SAUVIGNON

| Wine | Score | Price |
|---|---|---|
| Bond Melbury Napa Valley 2004 | 97 | $240 |
| Harlan Estate Napa Valley 2004 | 97 | $350 |
| Schrader Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard 2004 | 97 | $95 |
| Schrader Cabernet Sauvignon Napa Valley CCS Beckstoffer Vineyards 2004 | 97 | $75 |
| Bond Pluribus Napa Valley 2004 | 96 | $240 |
| Bryant Family Cabernet Sauvignon Napa Valley 2004 | 96 | $285 |
| Carter Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard H&C 2004 | 96 | $65 |
| Colgin Cariad Napa Valley 2004 | 96 | $275 |
| Macauley Cabernet Sauvignon Oakville Beckstoffer To Kalon 2004 | 96 | $100 |
| Merus Cabernet Sauvignon Napa Valley 2004 | 96 | $160 |
| Scarecrow Cabernet Sauvignon Rutherford 2004 | 96 | $125 |
| Schrader Cabernet Sauvignon Napa Valley RBS Beckstoffer To Kalon Vineyard 2004 | 96 | $95 |
| Sloan Rutherford 2004 | 96 | NA |
| D.R. Stephens Cabernet Sauvignon Napa Valley Moose Valley Vineyard 2004 | 96 | $100 |
| Araujo Cabernet Sauvignon Napa Valley Eisele Vineyard 2004 | 95 | $235 |
| * Bounty Hunter Frontier Justice Beckstoffer Vineyard Napa Valley 2004 | 95 | $100 |
| Buccella Cabernet Sauvignon Napa Valley 2004 | 95 | $90 |
| Colgin Cabernet Sauvignon Napa Valley Tychson Hill Vineyard 2004 | 95 | $275 |
| Gemstone Yountville 2004 | 95 | $125 |
| Paul Hobbs Cabernet Sauvignon St. Helena Beckstoffer Dr. Crane Vineyard 2004 | 95 | $150 |
| Lewis Cabernet Sauvignon Napa Valley Hillstone Vineyard 2004 | 95 | $80 |
| Robert Mondavi Cabernet Sauvignon Napa Valley Reserve 2004 | 95 | $125 |
| Robert Mondavi Cabernet Sauvignon Stags Leap District 2004 | 95 | $85 |
| Schrader Cabernet Sauvignon Napa Valley Beckstoffer To Kalon Vineyard MM IV 2004 (1.5L) | 95 | $250 |
| Spottswoode Cabernet Sauvignon St. Helena Family Estate Grown 2004 | 95 | $110 |
| * Bounty Hunter Poetic Justice Beckstoffer Vineyard Napa Valley 2004 | 94 | $100 |
| Caldwell Napa Valley 2004 | 94 | $100 |
| Caymus Cabernet Sauvignon Napa Valley Special Selection 2004 | 94 | $136 |
| Dalla Valle Cabernet Sauvignon Napa Valley 2004 | 94 | $130 |

**Our Annual Roundup of the Year's Most Exciting Wines**

TOP 100 2007

sponsored by  D. SOKOLIN CO.

# THE 2007 TOP 100 BY REGION & VARIETY

| | | | | | |
|---|---|---|---|---|---|
| ARGENTINA | 2 | FRANCE | 24 | GERMANY | 2 |
| AUSTRALIA | 9 | ALSACE | 1 | GREECE | 2 |
| AUSTRIA | 2 | BORDEAUX | 3 | ITALY | 13 |
| CALIFORNIA | 20 | BURGUNDY | 3 | NORTHEAST | 1 |
| CABERNET SAUVIGNON | 3 | CHAMPAGNE | 2 | PIEDMONT | 3 |
| CHARDONNAY | 4 | LANGUEDOC/ROUSSILLON | 1 | TUSCANY | 7 |
| PETITE SIRAH | 1 | LOIRE | 2 | OTHER | 2 |
| PINOT NOIR | 3 | PROVENCE | 1 | NEW ZEALAND | 3 |
| SAUVIGNON BLANC | 2 | RHÔNE | 10 | OREGON | 4 |
| SPARKLING | 1 | SOUTHWEST | 1 | PORTUGAL | 2 |
| SYRAH | 1 | | | SOUTH AFRICA | 3 |
| ZINFANDEL | 5 | | | SPAIN | 8 |
| CHILE | 2 | | | WASHINGTON | 4 |

# WINES OF THE YEAR 1988–2006

| SCORE | WINE | RELEASE PRICE | CURRENT PRICE* | SCORE | WINE | RELEASE PRICE | CURRENT PRICE* |
|---|---|---|---|---|---|---|---|
| | **2006** | | | | **1996** | | |
| 97 | Casanova di Neri Brunello di Montalcino Tenuta Nuova 2001 | $70 | $NA | 95 | Beringer Chardonnay Napa Valley Private Reserve 1994 | $20 | $59 |
| | **2005** | | | | **1995** | | |
| 96 | Joseph Phelps Insignia Napa Valley 2002 | $150 | $168 | 97 | Penfolds Shiraz South Australia Grange 1990 | $100 | $377 |
| | **2004** | | | | **1994** | | |
| 100 | Château Rieussec Sauternes 2001 | $80 | $172 | 98 | Caymus Cabernet Sauvignon Napa Valley Special Selection 1990 | $75 | $225 |
| | **2003** | | | | **1993** | | |
| 95 | Paloma Merlot Spring Mountain District 2001 | $45 | $95 | 100 | Château Latour Pauillac 1990 | $80 | $926 |
| | **2002** | | | | **1992** | | |
| 93 | E. Guigal Châteauneuf-du-Pape 1999 | $30 | $46 | 98 | Château Pichon-Longueville-Baron Pauillac 1989 | $45 | $225 |
| | **2001** | | | | **1991** | | |
| 96 | Tenuta dell'Ornellaia Bolgheri Superiore Ornellaia 1998 | $110 | $149 | 97 | Château de Beaucastel Châteauneuf-du-Pape 1989 | $35 | $174 |
| | **2000** | | | | **1990** | | |
| 98 | Antinori Toscana Solaia 1997 | $115 | $334 | 95 | Beringer Cabernet Sauvignon Napa Valley Private Reserve 1986 | $30 | $68 |
| | **1999** | | | | **1989** | | |
| 95 | Chateau St. Jean Cabernet Sauvignon Sonoma County Cinq Cépages 1996 | $28 | $74 | 98 | Caymus Cabernet Sauvignon Napa Valley Special Selection 1984 | $38 | $179 |
| | **1998** | | | | **1988** | | |
| 97 | Château Ducru-Beaucaillou St.-Julien 1995 | $50 | $148 | 97 | Château Lynch-Bages Pauillac 1985 | $37 | $191 |
| | **1997**** | | | | | | |
| 100 | Fonseca Vintage Port 1994 | $55 | $129 | | | | |
| 100 | Taylor Fladgate Vintage Port 1994 | $55 | $137 | | | | |

*Average current price at auction or retail, as appropriate   **Two wines shared top honors

© 2007 M. Shanken Communications, Inc.

## Our Annual Roundup of the Year's Most Exciting Wines

TOP 100 2007

*sponsored by D. SOKOLIN CO.*

# HIGHEST-SCORING RELEASES OF 2007

| SCORE | WINE | RELEASE PRICE | CASES MADE |
|---|---|---|---|
| 96 | D.R. Stephens Cabernet Sauvignon Napa Valley Moose Valley Vineyard 2004 | $100 | 809 |
| 96 | Tardieu-Laurent Châteauneuf-du-Pape Vieilles Vignes 2005 | $51 | 1,500 |
| 96 | Domaine Tempier Bandol Cabassaou 2004 | $68 | *87 |
| 96 | Pierre Usseglio & Fils Châteauneuf-du-Pape Cuvée de mon Aïeul 2005 | $93 | 1,500 |
| 95 | Bodegas Aalto Ribera del Duero PS 2004 | $110 | NA |
| 95 | Altesino Brunello di Montalcino Riserva 2001 | $100 | 1,200 |
| 95 | Antinori Toscana Tignanello 2004 | $79 | 26,665 |
| 95 | Araujo Cabernet Sauvignon Napa Valley Eisele Vineyard 2004 | $235 | 1,240 |
| 95 | Aubert Chardonnay Sonoma County The Quarry 2005 | $70 | 223 |
| 95 | Château Ausone St.-Emilion 2004 | $350 | 1,500 |
| 95 | Avignonesi Vin Santo di Montepulciano 1995 | $150 | 190 |
| 95 | Domaine des Baumard Coteaux du Layon Cuvée Le Paon 2005 | $40 | 1,000 |
| 95 | C. H. Berres Riesling Auslese Gold Cap Mosel-Saar-Ruwer Erdener Treppchen 2005 | $60 | 23 |
| 95 | C. H. Berres Riesling Beerenauslese Gold Cap Mosel-Saar-Ruwer Erdener Treppchen 2005 | $95 | 21 |
| 95 | Albert Bichot Grands Echézeaux Domaine du Clos Frantin 2005 | $150 | *15 |
| 95 | Bounty Hunter Frontier Justice Beckstoffer Vineyard Napa Valley 2004 | $100 | 108 |
| 95 | Georg Breuer Riesling Auslese Gold Cap Rheingau Berg Schlossberg 2005 | $95 | 25 |
| 95 | Buccella Cabernet Sauvignon Napa Valley 2004 | $90 | 737 |
| 95 | Reichsrat von Buhl Riesling Trockenbeerenauslese Pfalz Forster Ungeheuer 2005 | $380 | *1 |
| 95 | Dr. Bürklin-Wolf Riesling Beerenauslese Pfalz Wachenheimer Gerümpel 2005 | $140 | 11 |
| 95 | Campè della Spinetta Barolo Vigneto Campè 2003 | $120 | 1,670 |
| 95 | Capanna Brunello di Montalcino Riserva 2001 | $70 | 1,100 |
| 95 | Michele Castellani Amarone della Valpolicella Classico Cinque Stelle 2003 | $64 | 1,200 |
| 95 | Bodega Catena Zapata Malbec Mendoza Argentino 2004 | $120 | 300 |
| 95 | Château du Cèdre Cahors Le Cèdre 2004 | $60 | *40 |
| 95 | M. Chapoutier Châteauneuf-du-Pape Barbe Rac 2004 | $80 | 600 |
| 95 | Jean-Louis Chave Hermitage 2004 | $210 | 3,000 |
| 95 | Joh. Jos. Christoffel Erben Riesling Spätlese* Mosel-Saar-Ruwer Ürziger Würzgarten 2005 | $26 | *109 |
| 95 | Clarendon Hills Syrah Clarendon Brookman 2005 | $100 | *500 |
| 95 | Clarendon Hills Syrah Clarendon Hickinbotham 2005 | $100 | *500 |
| 95 | Clarendon Hills Syrah Clarendon Piggott Range 2005 | $150 | *500 |
| 95 | Clos des Papes Châteauneuf-du-Pape White 2006 | $80 | 830 |
| 95 | Clos du Mont-Olivet Châteauneuf-du-Pape La Cuvée du Papet 2005 | $68 | 1,000 |
| 95 | Colgin Cabernet Sauvignon Napa Valley Tychson Hill Vineyard 2004 | $275 | 168 |
| 95 | Philippe Colin Chevalier-Montrachet 2004 | $240 | *50 |
| 95 | Corino Barolo Vigneto Arborina 2003 | $60 | 250 |
| 95 | Didier Dagueneau Pouilly-Fumé Buisson Renard 2005 | $65 | NA |
| 95 | Vincent Dauvissat Chablis Les Clos 2004 | $110 | *112 |
| 95 | Schlossgut Diel Riesling Spätlese Gold Cap Nahe Dorsheimer Pittermännchen 2005 | $40 | *50 |
| 95 | H. Dönnhoff Riesling Auslese Gold Cap Nahe Oberhäuser Brücke 2005 | $45 | *128 |

| SCORE | WINE | RELEASE PRICE | CASES MADE |
|---|---|---|---|
| 95 | DuMOL Chardonnay Sonoma County Green Valley Isobel 2005 | $60 | 558 |
| 95 | Fontodi Colli della Toscana Centrale Flaccianello 2004 | $100 | 4,000 |
| 95 | Foreau Vouvray Moelleux Domaine du Clos Naudin Réserve 2005 | $88 | *140 |
| 95 | Gaja Barbaresco 2004 | $180 | 5,000 |
| 95 | Gaja Langhe Sori Tildin 2004 | $416 | 1,000 |
| 95 | Gemstone Yountville 2004 | $125 | 495 |
| 95 | Bibi Graetz Toscana Colore 2005 | $750 | 75 |
| 95 | Fritz Haag Riesling Auslese Gold Cap Mosel-Saar-Ruwer Brauneberger Juffer-Sonnenuhr (AP 9) 2005 | $90 | 100 |
| 95 | Reinhold Haart Riesling Auslese Gold Cap Mosel-Saar-Ruwer Piesporter Goldtröpfchen 2005 | $70 | 50 |
| 95 | Château Haut-Brion Pessac-Léognan 2004 | $180 | 12,500 |
| 95 | Olivier Hillaire Châteauneuf-du-Pape Les Petits Pieds d'Armand 2005 | $84 | NA |
| 95 | Paul Hobbs Cabernet Sauvignon St. Helena Beckstoffer Dr. Crane Vineyard 2004 | $150 | 304 |
| 95 | Château Hosanna Pomerol 2000 | $220 | 1,500 |
| 95 | Schloss Johannisberger Riesling Trockenbeerenauslese Gold Cap Rheingau Goldlack 2005 | $420 | 40 |
| 95 | Kaesler Old Bastard Barossa Valley 2004 | $135 | 500 |
| 95 | Karthäuserhof Riesling Auslese Mosel-Saar-Ruwer Eitelsbacher Karthäuserhofberg NR. 36 (AP 19) 2005 | $59 | 25 |
| 95 | Kosta Browne Pinot Noir Russian River Valley Amber Ridge Vineyard 2005 | $62 | 510 |
| 95 | Kosta Browne Pinot Noir Russian River Valley Keefer Ranch 2005 | $62 | 117 |
| 95 | Kracher Scheurebe Trockenbeerenauslese Burgenland Zwischen den Seen No. 10 2004 | $90 | NA |
| 95 | Château Latour Pauillac 2004 | $330 | 10,000 |
| 95 | Louis Latour Chambertin Cuvée Hèritiers Latour 2005 | $220 | 350 |
| 95 | Louis Latour Clos de la Roche 2005 | $280 | 25 |
| 95 | Louis Latour Montrachet 2005 | $490 | 210 |
| 95 | Dominique Laurent Chambertin-Clos de Bèze 2004 | $180 | 24 |
| 95 | Château Laville Haut Brion Pessac-Léognan White 2003 | $225 | NA |
| 95 | Château Léoville Las Cases St.-Julien 2004 | $90 | 20,000 |
| 95 | Lewis Cabernet Sauvignon Napa Valley Hillstone Vineyard 2004 | $80 | 47 |
| 95 | Schloss Lieser Riesling Auslese Long Gold Cap Mosel-Saar-Ruwer Brauneberger Juffer Sonnenuhr 2005 | $48 | 50 |
| 95 | Schloss Lieser Riesling Auslese Long Gold Cap Mosel-Saar-Ruwer Lieser Niederberg Helden 2005 | $40 | 50 |
| 95 | Dr. Loosen Riesling Auslese Gold Cap Mosel-Saar-Ruwer Erdener Prälat 2005 | $55 | *35 |
| 95 | Dr. Loosen Riesling Auslese Gold Cap Mosel-Saar-Ruwer Ürziger Würzgarten 2005 | $36 | *50 |
| 95 | Dr. Loosen Riesling Auslese Mosel-Saar-Ruwer Erdener Prälat 2005 | $65 | *50 |
| 95 | Dr. Loosen Riesling Auslese Mosel-Saar-Ruwer Erdener Treppchen 2005 | $40 | *200 |
| 95 | Dr. Loosen Riesling Auslese Mosel-Saar-Ruwer Ürziger Würzgarten 2005 | $40 | *200 |
| 95 | Dr. Loosen Riesling Auslese Mosel-Saar-Ruwer Wehlener Sonnenuhr 2005 | $40 | *100 |
| 95 | Lucien Le Moine Chambertin-Clos de Bèze 2004 | $209 | *22 |
| 95 | Lucien Le Moine Mazis-Chambertin 2004 | $189 | *12 |

*Indicates cases imported; NA means not available

continues on following page

© 2007 M. Shanken Communications, Inc.