1  J. SCOTT GERIEN, State Bar No. 184728
   MEGAN FERRIGAN HEALY, State Bar No. 229177
2  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Plaintiff
   WINE SCOUT INTERNATIONAL

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  Wine Scout International                CASE NO. CV 08-00858 JF

12              Plaintiff,

13                                          DECLARATION OF MEGAN F. HEALY IN
                                            SUPPORT OF WINE SCOUT'S REPLY TO
14      vs.                                 OPPOSITION TO MOTION FOR
                                            PRELIMINARY INJUNCTION
15

16  Garcia Family Vineyards, Inc.

17              Defendant.

18

19

20  I, Megan F. Healy, declare as follows:

21      1.    I am an attorney in good standing licensed to practice by the State Bar of

22  California. I am employed by the law firm of Dickenson, Peatman & Fogarty, located at 809

23  Coombs Street, Napa, California. I am counsel for Wine Scout International, doing business as

24  Bounty Hunter ("Wine Scout" or "Plaintiff"). I submit this declaration in support of Wine

25  Scout's Reply to Opposition to Motion for Preliminary Injunction. I have personal knowledge of

26

27  the facts stated herein and if called to testify upon same could and would do so willingly.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Alcohol and Tobacco Tax and Trade Bureau's (TTB's) form 5100.31 entitled "Application for and Certification/Exemption of Label/Bottle Approval," as downloaded and printed from the TTB's website, www.ttb.gov.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the Bureau of Alcohol, Tobacco and Firearms' (ATF, now known as the TTB) Industry Circular Number 86-5, issued on February 14, 1986, as downloaded and printed from the TTB's website, www.ttb.gov.

4.    Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the ATF's Notices No. 815 and No. 819, collectively titled "Procedures for the Issuance, Denial, and Revocation of Certificates of Label Approval, Certificates of Exemption from Label Approval, and Distinctive Liquor Bottle Approvals," approved on December 11, 1988, as downloaded and printed from the TTB's website, www.ttb.gov.

5.    The United States Patent and Trademark Office maintains a searchable database entitled "Trademark Applications and Registrations Retrieval" (TARR), accessible at http://tarr.uspto.gov/, through which the official status of any active or inactive federal trademark application or registration may be checked.  Attached hereto is a true and correct copy of the TARR printout for Wine Scout's Application Serial No. 77/326413 for the mark BOUNTY HUNTER for wine, which shows that the application was approved for publication on March 1, 2008, along with a copy of Wine Scout's trademark application for BOUNTY HUNTER, including its specimen of use of the mark in commerce.

6.    The California Department of Alcoholic Beverage Control (ABC) maintains a searchable database entitled "License Query System" (LQS), accessible at http://www.abc.ca.gov/datport/LQSMenu.html, which lists all alcoholic beverage licenses issued by the state.  Attached hereto is a true and correct copy of the first page of LQS showing the operative query selections as "License Number," "Business Address," "Licensee Name," and

"Business Name." Also attached hereto is a true and correct copy of the search results from the LQS when the search term "bounty hunter" was entered into the "Business Name" query. The search results show nine (9) issued licenses for Wine Scout's BOUNTY HUNTER business and two (2) pending licenses for Defendant under the dba BOUNTY HUNTER WINES.

7.    On April 2, 2008, I conducted a Google Internet search of six (6) different phrases: bounty hunter wine, bounty hunter and wine, wine bounty hunter, bounty wine hunter, "bounty hunter," and bounty hunter. Attached hereto as Exhibit 6 are true and correct copies of the first page of search results for each different phrase, showing that the first page of search results for the first four phrases were all references to Wine Scout's BOUNTY HUNTER brand, while the search for the phrase "bounty hunter" alone returned a link to Wine Scout's BOUNTY HUNTER website as the second hit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4 day of April, 2008, at Napa, California.

MEGAN F. HEALY

**Exhibit 1**

OMB No. 1513-0020 (01/31/2009)

| FOR TTB USE ONLY | |
|---|---|

TTB ID

| 1. REP. ID. NO. *(If any)* | CT    OR |
|---|---|

**DEPARTMENT OF THE TREASURY**
**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**
**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF**
**LABEL/BOTTLE APPROVAL**
*(See Instructions and Paperwork Reduction Act Notice Below)*

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)* | 3. SOURCE OF PRODUCT *(Required)*  ☐ Domestic   ☐ Imported |
|---|---|

**PART I - APPLICATION**

8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT, OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON THE LABEL *(Required)*

| 4. SERIAL NUMBER *(Required)*  YEAR    - | 5. TYPE OF PRODUCT *(Required)*  ☐ WINE  ☐ DISTILLED SPIRITS  ☐ MALT BEVERAGES |
|---|---|

6. BRAND NAME *(Required)*

8a. MAILING ADDRESS, IF DIFFERENT

7. FANCIFUL NAME *(If any)*

| 9. E-MAIL ADDRESS | 10. FORMULA/SOP NO. *(If any)* | 11. LAB. NO. & DATE/PRE-IMPORT NO. & DATE *(If any)* | 18. TYPE OF APPLICATION *(Check applicable box(es))* |
|---|---|---|---|

a. ☐ CERTIFICATE OF LABEL APPROVAL

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL *"For sale in _____ only" (Fill in State abbreviation)*

| 12. NET CONTENTS | 13. ALCOHOL CONTENT | 14. WINE APPELLATION *(If on label)* | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE_____ *(Fill in amount)* |
|---|---|---|---|

| 15. WINE VINTAGE DATE *(If on label)* | 16. PHONE NUMBER | 17. FAX NUMBER | d. ☐ RESUBMISSION AFTER REJECTION  TTB ID_____ |
|---|---|---|---|

19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER *(e.g., caps, celoseals, corks, etc.)* OTHER THAN THE LABELS AFFIXED BELOW, OR (b) BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER *(e.g., net contents, etc.)*. THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

**PART II - APPLICANT'S CERTIFICATION**

Under the penalties of perjury, I declare: that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood, and complied with the conditions and instructions which are attached to an original TTB F 5100.31. Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|

**PART III - TTB CERTIFICATE**

This certificate is issued subject to applicable laws, regulations, and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|

**FOR TTB USE ONLY**

QUALIFICATIONS

EXPIRATION DATE *(If any)*

AFFIX COMPLETE SET OF LABELS BELOW *(See General Instructions 4, 6, and 7)*

## I. PURPOSE OF THIS CERTIFICATE



This certificate is required for, and authorizes you to, bottle and remove the product identified on the certificate from the bonded area of the plant(s) identified on the certificate where it was bottled or packed, or from Customs' custody. NOTE: This certificate does not constitute trademark protection.

## II. CONDITIONS OF THIS CERTIFICATE

A.  This certificate does not relieve you from liability for violations of the Federal Alcohol Administration Act, the Alcoholic Beverage Labeling Act of 1988, the Internal Revenue Code, related regulations, or rulings.

B.  You must ensure that: 1) all the information on your application is true and correct and 2) any and all information (including words, text, illustrations, graphics, etc.) shown or presented on the label(s) affixed to this certificate is truthful, accurate and not misleading.

## III. INSTRUCTIONS FOR COMPLETING AND SUBMITTING THIS APPLICATION

NOTE: Applications may be filed electronically by accessing the TTB website at https://www.ttbonline.gov/colasonline/

### A.  GENERAL INSTRUCTIONS

1.  You must print or type your application and sign it in ink.  Submit your application in duplicate to the ADVERTISING, LABELING AND FORMULATION DIVISION, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, 1310 G Street, N.W., Fourth Floor, Suite 400, Washington, DC 20220.  (paper filers only)

2.  You may use exact copies of TTB F 5100.31 in lieu of an original form.  Copies do not have to include the instruction page; however, you remain subject to all the provisions and instructions outlined on the form.  We suggest that you use an original form whenever possible.  See Section IV for how to obtain a supply of forms.  (paper filers only)

3.  Generally, the person, firm, or corporation who will bottle or pack the product must file the application.  However, for a product to be imported in containers intended for sale at retail, the application must be filed by the importer.  In the case of a product to be relabeled, the application must be filed by the wholesaler.

4.  You must firmly affix (with glue or tape - DO NOT STAPLE) all labels that will appear on the container. Printer's proofs and photocopies are acceptable. If labels are in the form of can flats, photocopies are requested.  (paper filers only)

5.  You may NOT make pen and ink changes, white out information, type-over, cross out information, and/or paste information over labels affixed to this application.  (paper filers only)

6.  You must reduce oversized labels so that they fit on the space provided. You must indicate in Item 19 that labels have been reduced and the percentage of reduction.

7.  If your label is etched, embossed, or painted directly onto the container, or is clear acetate, you must submit a photograph of a filled representative bottle so that we may determine contrast and legibility of mandatory information.  Photos should clearly show each side of the container that contains label information.

### B.  SPECIFIC INSTRUCTIONS

ITEM 1.  Applicable only for applications submitted by a third party.  The third party will complete this item.

ITEM 2.  Enter your plant registry number, basic permit number, or brewer's notice number as applicable.  Wholesalers applying to relabel should enter the wholesaler's basic permit number.  If you intend to bottle at more than one of your locations (distilled spirits and malt beverages only), show the registry number/brewer's notice number of each location where the product will be bottled. In this instance, Item 8 should reflect your principle place of business.

ITEM 3.  Indicate the source of product by checking the appropriate box.

ITEM 4.  You must assign a sequential serial number beginning with the last two digits of the current calendar year to each application and its duplicate, not to exceed 6 characters; e.g., 02-1, 02-2, etc.

ITEM 5.  Indicate the type of product by checking the appropriate box. For Sake, check the "wine" box.

ITEM 6.  A brand name is the name under which the product is sold. If the product is not sold under a brand name, the name of the bottler, packer, or importer becomes the brand name.

ITEM 7.  A fanciful name is a name that further identifies the product and is required for some specialty products. It is optional for other products.

ITEM 8.  Indicate your company name and current physical address exactly as they appear on your plant registry, basic permit, or brewers notice (include your approved DBA or trade name if you use it on the label). In the case of distilled spirits and malt beverages bottled at more than one location, indicate your principle place of business address. A separate mailing address may appear directly under the required name and address in Item 8a.

ITEM 8a.  You may use Item 8a to reflect additional registry numbers/brewer's notice numbers if the space provided in item 2 is insufficient. In this instance, cross out the words "Mailing Address, if different."

ITEM 9.  Provide the e-mail address of the person responsible for the application.

ITEM 10.  For any domestic wine and distilled spirits product requiring a formula, you must show the formula number. You must also attach a copy of the approved formula (except for vermouth) to your application. For domestic formulated products not manufactured by the applicant, a copy of the approved formula is requested, but you may substitute a statement giving the name and address of the producer and the formula number.  For any domestically produced flavored malt beverage product or any domestically produced malt beverage marketed under any name other than beer, lager, stout, etc., you must submit a copy of the approved statement of process (SOP). You must also show the SOP number.  Do not submit your application for label approval until your formula or SOP is approved.

ITEM 11.  For products requiring a lab analysis, indicate the lab number and date of approval. For products requiring pre-import approval, indicate the pre-import number as indicated on the letter. A copy of this letter must be attached to the application at the time of submission. Do not submit your application for label approval until your pre-import letter is received.

ITEM 12.  Indicate the size (net contents) covered by label(s) affixed to the application.  You may submit a range of sizes, if known, at the time of submission of the application. You must indicate in ITEM 19 if the net contents are blown, branded, or embossed in or on the container.

ITEM 13.  Enter the alcohol content stated on the label.

ITEM 14.  Fill in only if a wine appellation of origin is stated on the label.

ITEM 15.  Fill in only if the wine vintage date is stated on the label.

ITEM 16.  Provide the phone number of the person responsible for the application.

ITEM 17.  Provide the fax number of the person responsible for the application.

ITEM 18.  You must check "a" OR "b". You must also check "c" if you intend to bottle distilled spirits in a distinctive container.  You must check "d" and enter the TTB ID number as shown in the upper left hand corner of the rejected application if you are submitting an application that was previously rejected. You must also check a, b, or c to indicate the type of application you are resubmitting.  If you check "b": 1) you may only sell your product in the State where it is bottled AND 2) the statement "For sale in _____ only" (using State abbreviation) must appear on each container. We do not issue certificates of exemption for products imported in bottles or for malt beverages.  If you check "c," your application must include photographs of the front and back of the distinctive container.

ITEM 19.  The instructions for this item are on the front of the form.

ITEM 20.  Enter date application is prepared or submitted.

ITEM 21.  The applicant or authorized agent must sign in this block.

ITEM 22.  Signer's name must be printed in this block.

IV. CONTACT INFORMATION

**For Additional Information Contact:**
Advertising, Labeling and Formulation Division (ALFD)
Alcohol and Tobacco Tax and Trade Bureau
1310 G. Street, N.W., Fourth Floor, Suite 400,
Washington, DC 20220
Phone (202) 927-8140
1-866-927-2533 (Toll Free)
E-mail address: alfd@ttb.gov

**For A Supply Of This Form (TTB F 5100.31) Contact:**
The form may be ordered electronically by accessing the TTB Web site at
http://www.ttb.gov/forms/index.htm
The form may be electronically accessed at the
TTB Web site at http://www.ttb.gov/forms/pdfs/5100/f51003l.pdf

## V. ALLOWABLE REVISIONS TO APPROVED LABELS

The label(s) identified on and affixed to this certificate may be revised without re-approval as follows:

**NOTE:** Any revision(s) you make to your approved label(s): 1) may not compromise the truthfulness or accuracy of the information presented on the label AND 2) may not be misleading as to the identity, origin, age, or other characteristics of the product.

| YOU MAY... | WINE | DISTILLED SPIRITS | MALT BEVERAGE | COMMENTS |
|---|---|---|---|---|
| | | **REVISION APPLIES TO** | | |
| 1. Delete any non-mandatory label information | YES | YES | YES | Includes words, text, illustrations, graphics, etc. |
| 2. Change the shape or proportionate size of labels | YES | YES | YES | e.g., Change in size and shape of a bottle designed for a tall 3 liter bottle to fit a short, flat 500 mL bottle |
| 3. Change the stated percentages for varietal and/or appellation | YES | NO | NO | Must total 100% |
| 4. Change the net contents statement | YES | YES | YES | Change the net content statement, except that separate applications must be submitted for containers of 237 mL or less, containers over 237 mL to 3 liters, and containers over 3 liters, to conform with the Alcohol Beverage Labeling Act of 1988. |
| 5. Change the stated alcohol content | YES | YES | * | Change may not alter: < Class and type < Taxable grade (for wine only) See item #6 below |
| 6. Add, delete, or change the stated alcohol content | NO | NO | YES | Alcohol content is non-mandatory information for malt beverages |
| 7. Add, delete, or change the state bottle deposit information | YES | YES | YES | |
| 8. Add, delete, or change the statements required by the state in which the beer is to be sold | NO | NO | YES | |
| 9. Change the name and/or tradename of responsible winery, DSP, brewery, or importer | YES | YES | YES | The name/tradename must appear on the Basic Permit or Brewer's Notice under which the certificate is issued |
| 10. Change the statement of percentage of neutral spirits and name of commodity from which produced | NO | YES | NO | Change may not alter the class and type |
| 11. Change the stated mandatory period of age | NO | YES | NO | Change may not alter the class and type |
| 12. Change the stated mandatory amounts of sugar at harvest and/or residual sugar | YES | NO | NO | See ATF Ruling 82-4 to determine when sugar statements are mandatory |
| 13. Change the stated mandatory average analysis | NO | NO | YES | Changes must be in compliance with ATF Ruling 80-3 |
| 14. Change the stated mandatory caloric content | YES | YES | NO | |
| 15. Change the name and/or address of the foreign producer, bottler, or shipper | YES | YES | YES | The producer, bottler, or shipper must be located in the same country originally shown |
| 16. Change or delete stated vintage date | YES | NO | NO | If vintage date is deleted no reference to "Vintage" may be made on any label or other materials (e.g. caps, celoseals, corks, etc.) affixed to the bottle |
| 17. Add, delete, or change the name and/or address or trademark (or both) of the wholesaler, retailer, or persons for whom the product is imported or bottled | YES | YES | YES | You may add this information by adding another label stating such information provided that no reference is made on the additional label to the product or any of its characteristics |
| 18. Change or delete stated bottling date | YES | YES | YES | |
| 19. Change or delete stated amount of acid and/or pH level | YES | NO | NO | |
| 20. Add or delete bonded winery number | YES | NO | NO | The bonded winery number must appear in direct conjunction with the bottler's name and address |
| 21. Add, delete, or change UPC code | YES | YES | YES | Addition or change of UPC Code must be in compliance with Industry Circular 77-23 |
| 22. Add, delete, or change a Web site address, phone number, fax number, or zip code | YES | YES | YES | |
| 23. Change or delete a lot or batch identification number or other serial numbers | YES | YES | YES | |
| 24. Add, delete, or change trademark and/or copyright symbols i.e., TM, ©, ® | YES | YES | YES | |

If you have questions about what is mandatory information and what is non-mandatory information, please contact ALFD. See Section IV for how to contact ALFD.

## PAPERWORK REDUCTION ACT NOTICE

This request is in accordance with the Paperwork Reduction Act of 1995. We collect this information to verify your compliance with the Federal laws and regulations we administer for the labeling of alcohol beverages. The information is mandated by statute (27 U.S.C. 205) and is used to obtain a benefit.

We estimate 31 minutes as the average burden for you to complete this form depending on your individual circumstances. You may comment to us about the accuracy of this burden estimate and suggest ways for us to reduce the burden. Address your comments or suggestions to: Reports Management Officer, Regulations and Rulings Division, Alcohol and Tobacco Tax and Trade Bureau, Washington, DC 20220.

We may not conduct this collection of information, and you are not required to respond to this request, unless it displays a valid, current OMB control number.

## PRIVACY ACT STATEMENT

We provide this information to comply with Section 3 of the Privacy Act of 1974 (5 U.S.C. 552a(e)(3)).

We require this information under the authority of 27 U.S.C. 205(e). Your must disclose this information so we may verify your compliance with the Federal laws and regulations we administer for the labeling of alcohol beverages.

We use this information for the purposes described in the preceding paragraph. In addition, the information may be disclosed to other Federal, State, and local law enforcement and regulatory agency personnel to verify information on the application and to aid in the performance of their duties. The information may further be disclosed to the Justice Department if it appears that the furnishing of false information may contribute to a violation of Federal law. Disclosure may otherwise be made pursuant to the routine uses most recently published in the Federal Register for ATF's Regulatory Enforcement Records System (Treasury/ATF.008).

If you fail to supply complete information, then there will be a delay in the processing of your application.

**Exhibit 2**



## Industry Circular

Number: 86-5

Date: February 14, 1986

**Department of the Treasury**

**Bureau of Alcohol, Tobacco, and Firearms**

**Washington, D.C. 20226**

GRAY MARKET (PARALLEL) IMPORTS

Proprietors of Distilled Spirits Plants, Importers and Others Concerned:

PURPOSE: Numerous inquiries from trade associations and industry members alike point out that some confusion may exist as to the legal role of this Bureau in the "gray market" imports controversy. This circular will serve to clarify our position in this matter.

BACKGROUND: Over the past several years, the alcohol beverage industry has witnessed the emergence of the "gray market" or "parallel" importer. A "gray market" importation occurs when an importer imports authentic premium foreign wines or distilled spirits despite the existence of an exclusive distribution agreement between the foreign trademark owner (producer) and its authorized U.S. importer (distributor). Many such products are packaged and labeled for the European or other foreign markets and do not conform with U.S. regulatory requirements. The labeling of such products has been brought into conformity with U.S. regulatory requirements by affixing a strip label containing the mandatory information.

Gray market imports should not be confused with counterfeit imports which enter the U.S. under fraudulent pretenses, i.e. where the bottle labels do not accurately describe the contents of the bottle. Law and regulations are specific as to the Bureau's treatment of this type of illegitimate import.

DISCUSSION: ATF involvement in the "gray market" controversy is restricted since federal regulations under the Federal Alcohol Administration Act make no distinction between the activities of the gray market importer and the authorized importer (distributor). ATF's involvement in this controversy has been limited for the most part to investigating complaints by industry regarding mis-labeled gray market imports.

The Federal Alcohol Administration Act prohibits the removal from Customs custody for consumption in the U.S. any alcohol beverages unless such products are bottled, packaged,and labeled in conformity with U.S. regulations. In addition, the Act vests in the Bureau the authority to prohibit from appearing on any label any statement that is false or untrue in any particular, or that irrespective of falsity, directly, or by ambiguity, omission, or inference tends to create a misleading impression regarding the product. The Bureau is specifically charged with the responsibility of ensuring that the label not only prevents consumer deception, but also provides the consumer with adequate information as to the identity and quality of the product. The Act also requires that as a condition to the release of such products from Customs custody, there shall be furnished certificates, where applicable, issued by foreign governments which certify as to the products' origin and authenticity.

In response to Industry concerns, the Bureau has intensified its efforts in the area of label approval to ensure product integrity for all imported products. Utilizing ATF's various inspection programs, imports will be closely scrutinized for mandatory label information and for prohibited information in accordance with 27 CFR Parts 4, 5, and 7.



It should be stressed that the issuance of a certificate of label approval by ATF in no way constitutes trademark protection for that label. For regulations covering the restrictions placed

on the importation of articles bearing recorded trademarks and trade names, the permittee is directed to 19 CFR § 133.21 of the US Customs regulations.

ATF is also currently reviewing all country of origin certification requirements for imported wines and distilled spirits. ATF will be working closely with Customs to establish new procedures, if needed, or re-enforcing existing requirements to ensure that all imports are properly certified as to their origin and authenticity, if applicable, i.e. country of origin issues such a certificate of origin and authenticity.

SUMMARY: In Compliance with the mandates of the FAA Act and to insure product integrity and authenticity, the Bureau of Alcohol, Tobacco and Firearms reemphasizes that it will hold all importers of alcohol beverages to the same standard of compliance with all U.S. laws and regulations.

INQUIRIES: Inquiries concerning this circular should be referred to its number and be addressed to the Associate Director (Compliance Operations), ATTN: Chief, Alcohol Import-Export Branch, Bureau of Alcohol, Tobacco and Firearms, 1200 Pennsylvania Avenue, NW., Washington, DC 20226.

*Stephen E. Higgins*

Director

**Exhibit 3**

DEPARTMENT OF THE TREASURY

Bureau of Alcohol, Tobacco and Firearms

27 CFR Parts 4, 5, 7, 13, and 19

[TD ATF-406 Re: Notice No. 815 and Notice No. 819]

RIN: 1512-AB34

Procedures for the Issuance, Denial, and Revocation of

Certificates of Label Approval, Certificates of Exemption From Label

Approval, and Distinctive Liquor Bottle Approvals (93F-029P)

AGENCY: Bureau of Alcohol, Tobacco and Firearms (ATF), Treasury.

ACTION: Final rule, Treasury decision.

------------------------------------------------------------------------

SUMMARY: The Bureau of Alcohol, Tobacco and Firearms (ATF) is issuing

Regulations setting forth the procedures for the issuance, denial, and

revocation of certificates of label approval (COLAs), certificates of

exemption from label approval, and distinctive liquor bottle approvals.

The denial and revocation regulations are new, whereas the issuance

Regulations merely amend current regulations. The new regulations also

codify procedures for administratively appealing the denial or

revocation of certificates of label approval, exemptions from label

approval, or distinctive liquor bottle approvals.

DATES: These regulations are effective March 15, 1999.

ADDRESSES: Copies of the proposed regulation and written comments are

available for public inspection during normal business hours at: ATF

Reading Room, Office of Public Affairs and Disclosure, Room 6480, 650

Massachusetts Avenue, NW, Washington, DC.

FOR FURTHER INFORMATION CONTACT:

Edward A. Reisman, Jr., Alcohol Labeling and Formulation Branch, Bureau of Alcohol,

Tobacco and Firearms, 650 Massachusetts Avenue, NW, Washington, DC

20226 (202-927-8140).

SUPPLEMENTARY INFORMATION:

Background

The Federal Alcohol Administration (FAA) Act, 27 U.S.C. 205(e),

provides ATF, as the delegate of the Secretary of the Treasury, with

authority to promulgate regulations with respect to the bottling,

packaging, and labeling of distilled spirits, wine, and malt beverages

in order to prohibit deception of the consumer, and provide the

consumer with adequate information as to the identity and quality of

the product.

In order to carry out such requirements, domestic bottlers and

producers are prohibited from bottling distilled spirits, wines, or

malt beverages, and importers are prohibited from removing bottled

distilled spirits, wines, or malt beverages from customs custody unless

they have in their possession a certificate of label approval covering

such products, "issued by the Secretary in such manner and form as he

shall by regulations prescribe." 27 U.S.C. 205(e). The law provides an

exemption from these requirements for products that are not to be sold,

offered for sale, or shipped or delivered for shipment, or otherwise

introduced, in interstate or foreign commerce.

The regulations implementing these statutory provisions provide

that no person shall bottle or pack wine, distilled spirits, or malt

beverages unless application is made to the Director and an approved

certificate of label approval, ATF Form 5100.31, is issued. 27 CFR

4.50(a), 5.55(a), and 7.41. The regulations also provide that no

bottled wines, distilled spirits, or malt beverages shall be released

from customs custody for consumption unless an approved certificate of

label approval, ATF Form 5100.31, is deposited with the appropriate

customs officer at the port of entry. 27 CFR 4.40(a), 5.51(a), and

7.31(a).

A bottler of wine or distilled spirits who can show to the
satisfaction of the Director that the product is not to be sold,
offered for sale, or shipped or delivered for shipment or otherwise
introduced in interstate or foreign commerce, must make application for
exemption from the labeling requirements of the FAA Act on ATF Form
5100.31 in accordance with the instructions on the form. If the
application is approved, a certificate of exemption from label approval
will be issued on the same form. 27 CFR 4.50(b) and 5.55(b).
Certificates of exemption from label approval are not issued for malt
beverages.

Finally, the ATF Form 5100.31 is also used to obtain approval for
distinctive liquor bottles, pursuant to the regulations appearing at 27
CFR 19.633(a). ATF's authority to regulate liquor bottles is derived
from section 5301 of the Internal Revenue Code of 1986, 26 U.S.C. 5301.
However, the approval of a distinctive liquor bottle also includes the
approval of the label on that bottle, pursuant to the FAA Act.

Revocation of COLAs

ATF reviews approximately 60,000 applications for certificates of
label approval, exemptions from label approval, and distinctive liquor
bottle approvals every year. Because errors occasionally occur in the approval
process, there is a need for some type of revocation procedure.

Since the enactment of the FAA Act in 1935, ATF and its predecessor
agencies have taken the position that the statutory authority to issue
certificates of label approval includes the implied statutory authority
to cancel or revoke the certificates if they were approved in error.
However, there have never been formal procedures in the regulations for
denial or revocation of certificates of label approval. Instead, ATF
has utilized informal procedures for denials and revocations, where
applicants or certificate holders who wished to contest a denial or

revocation are given an opportunity to do so in writing, or through

informal meetings with Bureau officials.

The certificate of label approval was never intended to convey any

type of proprietary interest to the certificate holder. On the

contrary, Paragraph 1 of Form 5100.31 provides that "This certificate

is issued for ATF use only. This certificate does not constitute

trademark protection." Paragraph 2 of this form reminds applicants

that the "certificate does not relieve any person from liability for

violations of the Federal Alcohol Administration Act." The certificate

of label approval is a statutorily mandated tool used to help ATF in

its enforcement of the labeling requirements of the FAA Act.

ATF's informal procedures for revocation of COLAs were subject to

challenge in the Federal District Court for the Northern District of

California. In Cabo Distributing Co. v. Brady, 821 F. Supp. 601 (N.D.

Cal. 1992), the court set aside ATF's revocation of labels for "Black

Death" vodka on several grounds. The court held that there was no

express statutory or regulatory authority for the Bureau to cancel

certificates of label approval, and that the Bureau had implied

authority to reverse its actions only in limited circumstances. The

court thus concluded that "[w]ithout statutory authority or regulatory

authority, the BATF cannot cancel a certificate of label approval."

821 F. Supp. at 612. The court also held that the Bureau's informal

procedures for revoking the "Black Death" certificates of label

approval had not afforded the certificate holders their constitutional

right to procedural due process. 821 F. Supp. at 612.

AFT does not agree with the court's decision on either of these two

holdings. ATF believes that a right to cancel certificates of label

approval is implied from the authority granted by the statute to the

Secretary to issue certificates of label approval "in such manner and

form as he shall by regulations prescribe * * *" The statute

explicitly authorizes ATF, as a delegate of the Secretary, to issue

regulations governing the procedure for the issuance of certificates of

label approval. There is also implicit statutory authority to issue

regulations governing the procedures for denying and revoking

certificates of label approval.

Signed: August 6, 1998.

John W. Magaw,

Director.

Approved: December 11, 1998.

John P. Simpson,

Deputy Assistant Secretary (Regulatory, Tariff and Trade Enforcement).

[FR Doc. 99-624 Filed 1-12-99; 8:45 am]

BILLING CODE 4810-31-U


</pre>

</body>

</html>

This was last updated on January 14, 1999

**Exhibit 4**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-03 11:13:54 ET

**Serial Number:** 77326413 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# BOUNTY HUNTER

**(words only):** BOUNTY HUNTER

**Standard Character claim:** Yes

**Current Status:** Final review prior to publication has been completed, application will be published for opposition.

**Date of Status:** 2008-03-21

**Filing Date:** 2007-11-09

**The Information will be/was published in the Official Gazette on** 2008-04-29

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
CROWLEY PAUL C

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-03-21

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Wine Scout International

**Address:**
Wine Scout International
975 First Street
Napa, CA 94559

United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 033
**Class Status:** Active
Wine
**Basis:** 1(a)
**First Use Date:** 1999-08-31
**First Use in Commerce Date:** 1999-08-31

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2311360

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-21 - Law Office Publication Review Completed

2008-03-18 - Assigned To LIE

2008-03-01 - Approved for Pub - Principal Register (Initial exam)

2008-02-21 - Teas/Email Correspondence Entered

2008-02-21 - Communication received from applicant

2008-02-21 - TEAS Response to Office Action Received

2008-02-21 - Notification Of Priority Action E-Mailed

2008-02-21 - Priority Action E-Mailed

2008-02-21 - Priority Action Written

2008-02-13 - Assigned To Examiner

2008-02-05 - TEAS Amendment Entered Before Attorney Assigned

2008-02-05 - TEAS Preliminary Amendment Received

2007-11-15 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
J. Scott Gerien

**Correspondent**
J. SCOTT GERIEN
DICKENSON, PEATMAN & FOGARTY
809 COOMBS ST
NAPA, CA 94559-2937
Phone Number: 707-252-7122
Fax Number: 707-255-6876

---

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 04/2009)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77326413**
**Filing Date: 11/09/2007**

## The table below presents the data as entered.

| | |
|---|---|
| **SERIAL NUMBER** | 77326413 |
| **MARK INFORMATION** | |
| **\*MARK** | BOUNTY HUNTER |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | BOUNTY HUNTER |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Wine Scout International |
| **\*STREET** | 975 First Street |
| **\*CITY** | Napa |
| **\*STATE**<br>**(Required for U.S. applicants)** | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. applicants only)** | 94559 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | CORPORATION |
| **STATE/COUNTRY OF INCORPORATION** | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 033 |
| **\*DESCRIPTION** | Wine |
| **FILING BASIS** | SECTION 1(a) |
| **ATTORNEY INFORMATION** | |
| **NAME** | J. Scott Gerien |
| **FIRM NAME** | Dickenson, Peatman & Fogarty |

| STREET | 809 Coombs Street |
|---|---|
| CITY | Napa |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94559 |
| PHONE | 707-252-7122 |
| FAX | 707-255-6876 |
| EMAIL ADDRESS | tmdept@dpf-law.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Megan Ferrigan Healy |
| **CORRESPONDENCE INFORMATION** | |
| NAME | J. Scott Gerien |
| FIRM NAME | Dickenson, Peatman & Fogarty |
| STREET | 809 Coombs Street |
| CITY | Napa |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94559 |
| PHONE | 707-252-7122 |
| FAX | 707-255-6876 |
| EMAIL ADDRESS | tmdept@dpf-law.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | NOT PROVIDED |
| SIGNATORY'S NAME | NOT PROVIDED |
| SIGNATORY'S POSITION | NOT PROVIDED |
| DATE SIGNED | NOT PROVIDED |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (exp 09/2006)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77326413**
**Filing Date: 11/09/2007**

## To the Commissioner for Trademarks:

**MARK:** BOUNTY HUNTER (Standard Characters, see mark)

The literal element of the mark consists of BOUNTY HUNTER.

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Wine Scout International, a corporation of California, having an address of 975 First Street, Napa, California, United States, 94559, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

 International Class 033:  Wine

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 033, the mark was first used at least as early as _____, and first used in commerce at least as early as _____, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or .

The applicant hereby appoints J. Scott Gerien and Megan Ferrigan Healy of Dickenson, Peatman & Fogarty, 809 Coombs Street, Napa, California, United States, 94559 to submit this application on behalf of the applicant.

Correspondence Information:       J. Scott Gerien
               809 Coombs Street
               Napa, California 94559
               707-252-7122(phone)
               707-255-6876(fax)
               tmdept@dpf-law.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

RAM Sale Number: 3207
RAM Accounting Date: 11/13/2007
Serial Number: 77326413
Internet Transmission Date: Fri Nov 09 18:47:47 EST 2007
TEAS Stamp: USPTO/BAS-64.172.186.2-20071109184747560
053-77326413-400a2551ff6f973b2f7611f7e62
5f2fb9-DA-3207-20071109184107220717

# BOUNTY HUNTER



**Exhibit 5**

CALIFORNIA DEPARTMENT OF

# ALCOHOLIC BEVERAGE CONTROL

## DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL

### LICENSE QUERY SYSTEM (LQS)

We recommend Internet Explorer version 6.0 or Netscape version 6.0 (or greater) for our License Query System.

**Query license data using any of the following:**

○ License Number

○ Business Address *(A licensed location)*

○ Licensee Name *(An owner named on a license)*

◉ Business Name *(Doing Business As)*

[ Continue ]    [ Start Over ]

View our <u>Query Hints</u>.

The host database will be unavailable between the hours of 10:00 P.M. and 6:00 A.M. Pacific Time on Sundays. Requests submitted within this timeframe will generate a communications error.

Conditions of Use | Privacy Policy
Copyright © 2007 State of California

**CALIFORNIA DEPARTMENT OF**
# ALCOHOLIC BEVERAGE CONTROL

## DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL
### LICENSE QUERY SYSTEM - DBA QUERY

**Enter the "Doing Business As" Name below:**

*Note: You may enter a partial Name.*
*(Example: Joe bar)*

DBA Name:     bounty hunter

[ Continue ]  [ Clear ]

The host database will be unavailable between the hours of 10:00 P.M. and 6:00 A.M. Pacific Time on Sundays. Requests submitted within this timeframe will generate a communications error.

Conditions of Use | Privacy Policy
Copyright © 2007 State of California

CALIFORNIA DEPARTMENT OF

# ALCOHOLIC BEVERAGE CONTROL

## DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL

**LICENSE QUERY SYSTEM - BUSINESS NAME QUERY**

More than one record was found to match your Business Name (DBA) criteria.

Please click on a license number below to narrow your selection:

| | DBA Name | City | License Number | License Status |
|---|---|---|---|---|
| 1) | BOUNTY HUNTER | NAPA | 397134 | R65 |
| 2) | BOUNTY HUNTER | NAPA | 398729 | ACT |
| 3) | BOUNTY HUNTER FINE WINE & PROVISIONS | NAPA | 307558 | CAN |
| 4) | BOUNTY HUNTER RARE WINE | NAPA | 393464 | CAN |
| 5) | BOUNTY HUNTER RARE WINE & PROVISIONS | NAPA | 379192 | CAN |
| 6) | BOUNTY HUNTER RARE WINE & PROVISIONS | NAPA | 326805 | CAN |
| 7) | BOUNTY HUNTER RARE WINE & PROVISIONS | NAPA | 327853 | R65 |
| 8) | BOUNTY HUNTER RARE WINE AND PROVISIONS | NAPA | 416242 | ACT |
| 9) | BOUNTY HUNTER RARE WINES & PROVISIONS | NAPA | 393729 | CAN |
| 10) | BOUNTY HUNTER WINES | SANTA ROSA | 461855 | PEND |
| 11) | BOUNTY HUNTER WINES | OAKDALE | 462832 | PEND |

Conditions of Use | Privacy Policy
Copyright © 2007 State of California

**Exhibit 6**

**Web** Images Maps News Shopping Gmail more ▼

Google

( bounty hunter wine )

[ Search ]  Advanced Search
              Preferences

**Web** Video          Results **1 - 10** of about **178,000** for **bounty hunter wine**. (0.09 seconds)

### BOUNTY HUNTER RARE WINE & PROVISIONS Est. 1994
Locate hard to find wines through this Napa Valley retailer. Includes
information and a catalog with descriptions.
www.**bountyhunterwine**.com/ - 5k - Cached - Similar pages

#### at Bounty Hunter Rare Wine & Provisions
"**Bounty Hunter** sells ultra-premium **wine** in lots to devotees." ... 
**Bounty Hunter Wine** Scouts and customer service staff are available
from ...
www.**bountyhunterwine**.com/info.asp?sid=25 - 55k -
Cached - Similar pages
More results from www.bountyhunterwine.com »

### Kicking Back at Bounty Hunter / Rustic Napa restaurant blends fine ...
Mar 6, 2005 ... As hard as vintners try to demystify **wine**, many people still view it as elitist. A
trip to the **Bounty Hunter** will dispel that impression. ...
www.sfgate.com/cgi-bin/article.cgi?file=/c/a/2005/03/06/CMG2MBBK981.DTL&type=printable
- 22k - Cached - Similar pages

### Bounty Hunter Wine & Provisions - AOL Video
It is unique and unambiguous, as precise an identifier as a fingerprint. In the case of **wine**, it
also takes on the added implication of pinpointing th...
video.aol.com/video-detail/**bounty-hunter-wine**-and-provisions/2435818563 - 80k -
Cached - Similar pages

### WineCountry.com : Napa Valley : Napa : Bounty Hunter Rare Wine ...
The **Bounty Hunter's Wine** Bar, Retail Shop & Bistro on First and Main Street in downtown
Napa (open til 1 am on weekends), represents the best that Napa ...
www.napavalley.**winecountry**.com/.../featured/
Bounty_Hunter_Rare_Wine__Provisions_1087343366-10120/index.html - 21k -
Cached - Similar pages

### The Sacramento Food Blog: Bounty Hunter Wine Bar Review
Jun 20, 2007 ... **Bounty Hunter Wine** Bar 975 1st St # B Napa, CA 94559 (707) 255-0622.
Napa Day 2: Lunch If you want a bare bones meal and opportunities to ...
sacramentofoodblog.blogspot.com/2007/06/bouny-**hunter**.html - 61k -
Cached - Similar pages

### Bounty hunter jobs | MySpace Jobs
**Bounty Hunter** Rare **Wine** and Provisions is looking for an Assistant ... work ethic.Fax or
email resumes to **Bounty Hunter** Rare Wine Co. attn:. ...
jobs.myspace.com/a/ms-jobs/list/q-**Bounty**+**Hunter** - 44k - Cached - Similar pages

### Venue: Bounty Hunter Wine Bar - Upcoming
What? (e.g. jazz, U2, Lakers). Where? **Bounty Hunter Wine** Bar. 975 First Street Napa,
California 94559 United States http://www.**bountyhunterwine**.com/ ...
.Map of 1 975st St, Napa, CA 94559
upcoming.yahoo.com/venue/85345/ - 13k - Cached - Similar pages

### Net-Flow Internet Solutions | Contact Us
Net-Flow Announces **Bounty Hunter** Rare **Wine** & Provisions Powers eCommerce and ...
The **Bounty Hunter** is among the first to use Net-Flow's NOW for the **wine** and ...
www.net-flow.com/pressroom_display.html?ID=61 - 10k - Cached - Similar pages

Sponsored Links

**Criminal Justice Degree**
Get the education you need to
begin a career as a detective.
www.Degrees.info

**Bounty Hunter Rare Wines**
Find the wines you want.
Satisfaction guaranteed.
www.**BountyHunterWine**.com



**[UnCut Video - Now Playing "Bounty Hunter Rare Wine ...](#)**
**Bounty Hunter** Rare **Wine** & Provisions uploaded by ...
3 min
uncutvideo.aol.com/videos/7872fd00344ee5d68200585e41428db1

1 2 3 4 5 6 7 8 9 10    **Next**

---

bounty hunter wine    [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼

Sign in

Google

bounty hunter and wine

Search    Advanced Search
Preferences

The **"AND"** operator is unnecessary -- we include all search terms by default. [details]

---

Web   Video                    Results **1 - 10** of about **179,000** for **bounty hunter** and **wine**. (0.17 seconds)

## BOUNTY HUNTER RARE WINE & PROVISIONS Est. 1994
Locate hard to find wines through this Napa Valley retailer. Includes information and a catalog
with descriptions.
www.**bountyhunterwine**.com/ - 5k - Cached - Similar pages

### at **Bounty Hunter** Rare **Wine** & Provisions
"**Bounty Hunter** sells ultra-premium wine in lots to devotees." ... **Bounty Hunter Wine**
Scouts and customer service staff are available from ...
www.**bountyhunterwine**.com/info.asp?sid=25 - 55k - Cached - Similar pages
More results from www.bountyhunterwine.com »

### Kicking Back at **Bounty Hunter** / Rustic Napa restaurant blends fine ...
Mar 6, 2005 ... As hard as vintners try to demystify **wine**, many people still view it as elitist. A
trip to the **Bounty Hunter** will dispel that impression. ...
www.sfgate.com/cgi-bin/article.cgi?file=/c/a/2005/03/06/CMG2MBBK981.DTL&type=printable
- 22k - Cached - Similar pages



### UnCut Video - Now Playing "**Bounty Hunter** Rare **Wine** ...
**Bounty Hunter** Rare **Wine** & Provisions uploaded by ...
3 min
uncutvideo.aol.com/videos/7872fd00344ee5d68200585e41428db1

### See **bounty hunter** rare **wine** provisions tagged videos on UnCut Video
See what is everybody watching, view **bounty hunter** rare **wine** provisions tagged videos on
UnCut Video.
uncutvideo.aol.com/tags/**bounty-hunter-rare-wine-provisions** - 35k - Cached - Similar pages

### WineCountry.com : Napa Valley : Napa : **Bounty Hunter** Rare **Wine** ...
The **Bounty Hunter's Wine** Bar, Retail Shop & Bistro on First and Main Street in downtown
Napa (open til 1 am on weekends), represents the best that Napa ...
www.napavalley.**winecountry**.com/.../featured/
**Bounty_Hunter_Rare_Wine__**Provisions_1087343366-10120/index.html - 21k -
Cached - Similar pages

### Net-Flow Internet Solutions | Contact Us
Net-Flow Announces **Bounty Hunter** Rare **Wine** & Provisions Powers eCommerce and ...
The **Bounty Hunter** is among the first to use Net-Flow's NOW for the **wine** and ...
www.net-flow.com/pressroom_display.html?ID=61 - 10k - Cached - Similar pages

### **Bounty Hunter** Rare **Wine** and Provisions, Napa, CA : Reviews of ...
**Bounty Hunter** Rare **Wine** and Provisions, Napa, CA: Find photos, descriptions, maps, and
expert advice on things to do in Napa, CA on Yahoo! Travel.
.Map of 1 975st St, Napa, CA 94559
travel.yahoo.com/p-travelguide-3683563-**bounty_hunter_rare_wine_and_provisions_napa-i**
- 52k - Cached - Similar pages

### **Bounty Hunter** Rare **Wine** & Provisions - **Wine** Merchant Contact Details
Contact Information for, and services offered by, **Bounty Hunter** Rare **Wine** & Provisions.
One of more than 7500 **wine** merchants with price lists on ...
.Map of 1 975st St, Napa, CA 94559
www.wine-searcher.com/merchant/152 - 16k - Cached - Similar pages

**Bounty Hunter** Rare **Wine** & Provisions Restaurant Napa Napa/Sonoma ...
The idea of eating at a **wine** bar is generally dismissed but it shouldn't be in the case of
downtown Napa's **Bounty Hunter**. With 40 wines offered by the glass ...
www.gayot.com/restaurantpages/info.php?tag=WCRES060102&code=WC - 49k -
Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

bounty hunter and wine        Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

**Web    Images    Maps    News    Shopping    Gmail    more ▼**                                                    Sign in

## Google

( wine bounty hunter )                    [ Search ]    Advanced Search
                                                       Preferences

**Web    Video**                    Results **1 - 10** of about **176,000** for **wine bounty hunter**. (0.08 seconds)

### BOUNTY HUNTER RARE WINE & PROVISIONS Est. 1994
Locate hard to find wines through this Napa Valley retailer. Includes
information and a catalog with descriptions.
www.**bountyhunterwine**.com/ - 5k - Cached - Similar pages

Sponsored Links

**Bounty Hunter** Rare Wines
Find the wines you want.
Satisfaction guaranteed.
www.**BountyHunterWine**.com

Import , **Wine | Bounty Hunter** Rare **Wine** & Provisions
Welcome to the **Bounty Hunter** Rare **Wine** website. For the past
decade we've made it our business to track down rare wines and
luxury lifestyle provisions. ...
www.**bountyhunterwine**.com/storeitems.asp?mc=IMPORT&cc=**WINE**
- 158k - Cached - Similar pages
More results from www.bountyhunterwine.com »

Kicking Back at **Bounty Hunter** / Rustic Napa restaurant blends fine ...
Mar 6, 2005 ... As hard as vintners try to demystify **wine**, many people still view it as elitist. A
trip to the **Bounty Hunter** will dispel that impression. ...
www.sfgate.com/cgi-bin/article.cgi?file=/c/a/2005/03/06/CMG2MBBK981.DTL&type=printable
- 22k - Cached - Similar pages

**Bounty hunter** jobs | MySpace Jobs
**Bounty Hunter** Rare **Wine** and Provisions is looking for an Assistant ... work ethic.Fax or
email resumes to **Bounty Hunter** Rare **Wine** Co. attn:. ...
jobs.myspace.com/a/ms-jobs/list/q-bounty+hunter - 46k - Cached - Similar pages

WineCountry.com : Napa Valley : Napa : **Bounty Hunter** Rare **Wine** ...
For the last decade, the **Bounty Hunter** has made it their business to track down the hottest
rare **wine** and luxury lifestyle indulgences. The **Bounty Hunter's** ...
www.napavalley.**wine**country.com/.../featured/
Bounty_Hunter_Rare_Wine__Provisions_1087343366-10120/index.html - 21k -
Cached - Similar pages

Net-Flow Internet Solutions | Contact Us
Net-Flow Announces **Bounty Hunter** Rare **Wine** & Provisions Powers eCommerce and ...
The **Bounty Hunter** is among the first to use Net-Flow's NOW for the **wine** and ...
www.net-flow.com/pressroom_display.html?ID=61 - 10k - Cached - Similar pages

**Bounty Hunter** Rare **Wine** and Provisions, Napa, CA : Reviews of ...
**Bounty Hunter** Rare **Wine** and Provisions, Napa, CA: Find photos, descriptions, maps, and
expert advice on things to do in Napa, CA on Yahoo! Travel.
 Map of 1 975st St, Napa, CA 94559
travel.yahoo.com/p-travelguide-3683563-bounty_hunter_rare_wine_and_provisions_napa-i
- 52k - Cached - Similar pages



UnCut Video - Now Playing "**Bounty Hunter** Rare **Wine** ...
**Bounty Hunter** Rare **Wine** & Provisions uploaded by ...
3 min
uncutvideo.aol.com/videos/7872fd00344ee5d68200585e41428db1

**Bounty Hunter** Rare **Wine** & Provisions - **Wine** Merchant Contact Details
Contact Information for, and services offered by, **Bounty Hunter** Rare **Wine** & Provisions.
One of more than 7500 **wine** merchants with price lists on ...
 Map of 1 975st St, Napa, CA 94559
www.**wine**-searcher.com/merchant/152 - 16k - Cached - Similar pages

**Bounty Hunter** Rare **Wine** & Provisions, Napa, CA : reviews
**Bounty Hunter** Rare **Wine** & Provisions, Napa, CA : reviews, (800) 943-9463. Get Ratings,
Reviews, Photos and more on Yahoo! Local.
local.yahoo.com/details?id=21441978 - 34k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

wine bounty hunter          [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web    Images    Maps    News    Shopping    Gmail    more ▼                                    Sign in

Google                        ( bounty wine hunter )                    [ Search ]    Advanced Search
                                                                                       Preferences

**Web**    Video                          Results **1 - 10** of about **485,000** for **bounty wine hunter**. (0.26 seconds)

### BOUNTY HUNTER RARE WINE & PROVISIONS Est. 1994
Locate hard to find wines through this Napa Valley retailer. Includes
information and a catalog with descriptions.
www.**bountyhunterwine**.com/ - 5k - Cached - Similar pages

Sponsored Links

**Bounty Hunter** Rare Wines
Find the wines you want.
Satisfaction guaranteed.
www.**BountyHunterWine**.com

#### Wine, Red Wine, White Wine from Bounty Hunter, Rare Wines and ...
**Wine**, Red **Wine**, White **Wine** from **Bounty Hunter**, Rare Wines and
Provisions in Napa Valley, California.
www.**bountyhunterwine**.com/video.asp - 108k -
Cached - Similar pages
More results from www.bountyhunterwine.com »

### Kicking Back at Bounty Hunter / Rustic Napa restaurant blends fine ...
Mar 6, 2005 ... As hard as vintners try to demystify **wine**, many people still view it as elitist. A
trip to the **Bounty Hunter** will dispel that impression. ...
www.sfgate.com/cgi-bin/article.cgi?file=/c/a/2005/03/06/CMG2MBBK981.DTL&type=printable
- 22k - Cached - Similar pages

### WineCountry.com : Napa Valley : Napa : Bounty Hunter Rare Wine ...
The **Bounty Hunter's Wine** Bar, Retail Shop & Bistro on First and Main Street in downtown
Napa (open til 1 am on weekends), represents the best that Napa ...
www.napavalley.**winecountry**.com/.../featured/
Bounty_Hunter_Rare_Wine__Provisions_1087343366-10120/index.html - 21k -
Cached - Similar pages

### Bounty Hunter - Napa Valley - Brightcove
Dec 6, 2007 ... Stands to reason that all the wines we sell are great and that includes our
**Wine** Clubs. **Bounty Hunter** Rare **Wine**. Embed CodeCode Copied ...
www.brightcove.tv/title.jsp?title=1334432288&channel=1155125173 - 58k -
Cached - Similar pages



### UnCut Video - Now Playing "Bounty Hunter Rare Wine ...
**Bounty Hunter** Rare **Wine** & Provisions uploaded by ...
3 min
uncutvideo.aol.com/videos/7872fd00344ee5d68200585e41428db1

### See bounty hunter rare wine provisions tagged videos on UnCut Video
See what is everybody watching, view **bounty hunter** rare **wine** provisions tagged videos on
UnCut Video.
uncutvideo.aol.com/tags/**bounty-hunter-rare-wine**-provisions - 35k - Cached - Similar pages

### Net-Flow Internet Solutions | Contact Us
Net-Flow Announces **Bounty Hunter** Rare **Wine** & Provisions Powers eCommerce and ...
The **Bounty Hunter** is among the first to use Net-Flow's NOW for the **wine** and ...
www.net-flow.com/pressroom_display.html?ID=61 - 10k - Cached - Similar pages

### Bounty Hunter Rare Wine and Provisions, Napa, CA : Reviews of ...
**Bounty Hunter** Rare **Wine** and Provisions, Napa, CA: Find photos, descriptions, maps, and
expert advice on things to do in Napa, CA on Yahoo! Travel.
Map of 1 975st St, Napa, CA 94559
travel.yahoo.com/p-travelguide-3683563-**bounty_hunter**_rare_wine_and_provisions_napa-i
- 52k - Cached - Similar pages

**Bounty Hunter** Rare **Wine** & Provisions - **Wine** Merchant Contact Details
Contact Information for, and services offered by, **Bounty Hunter** Rare **Wine** & Provisions.
One of more than 7500 **wine** merchants with price lists on ...
 Map of 1 975st St, Napa, CA 94559
www.**wine**-searcher.com/merchant/152 - 16k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10    **Next**

bounty wine hunter          [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▾     Sign in

# Google

"bounty hunter"     [ Search ]    Advanced Search / Preferences

---

**Web**     Results **1 - 10** of about **6,860,000** for **"bounty hunter"** [definition]. (0.23 seconds)

## How To Be A **Bounty Hunter**
www.CourseAdvisor.com    Move your career forward with an accredited online degree!

*Sponsored Link*

## **BOUNTY HUNTER** RARE WINE & PROVISIONS Est. 1994

Locate hard to find wines through this Napa Valley retailer. Includes information and a catalog with descriptions.
www.bountyhunterwine.com/ - 5k - Cached - Similar pages

### **Bounty hunter** - Wikipedia, the free encyclopedia

A **bounty hunter** captures fugitives for a monetary reward (bounty). Other names, mainly used in the US, include bail agent, bail enforcement agent, ...
en.wikipedia.org/wiki/Bounty_hunter - 44k - Cached - Similar pages

#### Dog the **Bounty Hunter** - Wikipedia, the free encyclopedia

Dog the **Bounty Hunter** is a reality television show which chronicles Duane "Dog" Chapman's operations at his job, Da Kine Bail Bonds in Honolulu, Hawaii. ...
en.wikipedia.org/wiki/Dog_the_Bounty_Hunter - 54k - Cached - Similar pages

## **Bounty Hunter**

Site that offers information and links to the **Bounty Hunter** range of machines.
www.detecting.com/ - 12k - Cached - Similar pages

## Dog The **Bounty Hunter** : Home

Official site of Duane "Dog" Chapman. Video clips, news, photos and music.
www.dogthebountyhunter.com/ - 21k - Cached - Similar pages

## **BOUNTY HUNTER** INC. - T-SHIRTS FOR THE MORALLY IMPAIRED

T-shirts for the morally impaired since 1996. Nearly 10 years of misanthropic fashion. Comparatively speaking, you suffer greatly.
www.bountyhunterinc.com/ - 3k - Cached - Similar pages

## **Bounty Hunter** Charter Boat Sport fishing and cruise Charters with ...

**Bounty Hunter** Charter Boat Sport fishing and cruise Charters with Capt Glenn James. Sport Fishing parties on the Largest charter boat in Maryland, ,
www.bountyhuntercharter.com/ - 9k - Cached - Similar pages

## Dog the **Bounty Hunter** on A&E TV

Watch Dog the **Bounty Hunter** on AE TV for the latest episodes, exclusive videos and find out more about Dog and his posses at AETV.com.
www.aetv.com/dog_the_bounty_hunter/ - 37k - Cached - Similar pages

## **BOUNTY HUNTER** Sport Fishing Charters

**Sponsored Links**

**Acme Bail Bonds**
Bail Bonds Quick and Easy
Call now (800) 884-1222
www.AcmeBail.com
California

**Bounty Hunter** Careers
Start an Adventure Career in Bail
Enforcement. Free Intro Course!
www.BeABountyHunter.com

**Bounty Hunter**
Earn your education from
a nationally recognized college.
www.Phoenix-Degrees.com

Leonard Padilla
Official Website of World Famous
**Bounty Hunter** - Contact Information
www.leonardpadilla.com

Become a **Bounty Hunter**
Get matched with degrees to help
you become a **Bounty Hunter**.
www.Degrees.info

work as a Bail Agent
professional bail agent training
monthly classes, officer led, lic.
www.ectaschool.com/

**Bounty Hunter**
Criminal Justice & Law Enforcement
degree programs- Request free info!
www.phoenixdegrees.info

Become A **Bounty Hunter**
Become a **bounty hunter** and earn
$100k + working part time.
www.bountyhunteremployment.com

More Sponsored Links »

**Web**   Images   Maps   News   Shopping   Gmail   more ▼                                    Sign in

# Google

(   bounty hunter   )                    [ Search ]   Advanced Search
                                                      Preferences

**Web**                          Results **1 - 10** of about **6,880,000** for **bounty hunter** [definition]. **(0.06** seconds)

## Bounty hunter - Wikipedia, the free encyclopedia
A **bounty hunter** captures fugitives for a monetary reward (**bounty**).
Other names, mainly used in the US, include bail agent, bail enforcement
agent, ...
en.wikipedia.org/wiki/**Bounty_hunter** - 44k - Cached - Similar pages

### Dog the **Bounty Hunter** - Wikipedia, the free
### encyclopedia
Dog the **Bounty Hunter** is a reality television show which
chronicles Duane "Dog" Chapman's operations at his job, Da Kine
Bail Bonds in Honolulu, Hawaii. ...
en.wikipedia.org/wiki/Dog_the_**Bounty_Hunter** - 54k -
Cached - Similar pages



## BOUNTY HUNTER RARE WINE & PROVISIONS Est. 1994
Locate hard to find wines through this Napa Valley retailer. Includes
information and a catalog with descriptions.
www.**bountyhunter**wine.com/ - 5k - Cached - Similar pages

## Bounty Hunter
Site that offers information and links to the **Bounty Hunter** range of
machines.
www.detecting.com/ - 12k - Cached - Similar pages

### Dog The **Bounty Hunter** : Home
Official site of Duane "Dog" Chapman. Video clips, news, photos and
music.
www.dogthe**bountyhunter**.com/ - 21k - Cached - Similar pages

## BOUNTY HUNTER INC. - T-SHIRTS FOR THE MORALLY
## IMPAIRED
T-shirts for the morally impaired since 1996. Nearly 10 years of
misanthropic fashion. Comparatively speaking, you suffer greatly.
www.**bountyhunter**inc.com/ - 3k - Cached - Similar pages

## Bounty Hunter Charter Boat Sport fishing and cruise
## Charters with ...
**Bounty Hunter** Charter Boat Sport fishing and cruise Charters with Capt
Glenn James. Sport Fishing parties on the Largest charter boat in
Maryland, ,
www.**bountyhunter**charter.com/ - 9k - Cached - Similar pages

### Dog the **Bounty Hunter** on A&E TV
Watch Dog the **Bounty Hunter** on AE TV for the latest episodes,
exclusive videos and find out more about Dog and his posses at
AETV.com.
www.aetv.com/dog_the_**bounty_hunter**/ - 37k - Cached - Similar pages

## BOUNTY HUNTER Sport Fishing Charters
For sportfishing at its finest the charter boat **Bounty Hunter** offers all day and overnight
charters. Whether your fishing inshore for Bluefish, Fluke, ...
 Map of 112 Buckingham Dr N, Manchester, NJ 08789
www.**bountyhunter**charters.com/ - 6k - Cached - Similar pages

Sponsored Links

## How To Be A **Bounty Hunter**
Move your career forward with an
accredited online degree!
www.CourseAdvisor.com

## **Bounty Hunter** Careers
Start an Adventure Career in Bail
Enforcement. Free Intro Course!
www.Be**ABountyHunter**.com

## Acme Bail Bonds
Contact Acme Bail Agents 24/7
Bail Made Simple (800) 884-1222
www.AcmeBail.com
California

## **Bounty Hunter**
Earn your education from
a nationally recognized college.
www.Phoenix-Degrees.com

## Become a **Bounty Hunter**
Get matched with degrees to help
you become a **Bounty Hunter**.
www.Degrees.info

## **Bounty Hunter**
Criminal Justice & Law Enforcement
degree programs- Request free info!
www.phoenixdegrees.info

## Be a **Bounty Hunter**
Advance your career - earn a degree
in Criminal Justice 100% online.
www.DegreeInformation.com

## Become A **Bounty Hunter**
A step-by-step guide on how to
become a freelance **bounty hunter**.
www.**bountyhunter**employment.com