J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
WINE SCOUT INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wine Scout International<br><br>    Plaintiff,<br><br>vs.<br><br>Garcia Family Vineyards, Inc.<br><br>    Defendant. | CASE NO. CV 08-00858 JF<br><br>DECLARATION OF JULIE KOETZNER IN SUPPORT OF WINE SCOUT'S REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION |

I, Julie Koetzner, declare as follows:

1. I am the Director of Business Development for Wine Scout International, doing business as Bounty Hunter ("Wine Scout" or "Plaintiff"). I submit this declaration in support of Wine Scout's Reply to Opposition to Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein and if called to testify upon same could and would do so willingly.

2. Attached hereto as Exhibit 1 are true and correct copies of three (3) invoices Wine Scout received from Icon Design Group, a well-known wine label design firm, for costs incurred

1  in the design of the labels of Wine Scout's proprietary wines POETIC JUSTICE, BLIND
2  JUSTICE, and FRONTIER JUSTICE. See Declaration of Mark Pope in Support of Motion for
3  Preliminary Injunction, ¶10, Exh. 11 (includes copies of each of the labels referenced). The
4  invoices from Icon Design Group for the JUSTICE series of wine labels show that the total cost
5  for label design was $5,000 per label.

     3.   On April 3, 2008, I called LeBlanc Design, the design firm which Defendant
alleged to have used to develop the wine label for its BOUNTY HUNTER brand wine, to inquire
about LeBlanc Design's standard costs in designing a wine label. See Declaration of Mark Garcia
in Opposition to Motion for Preliminary Injunction, ¶6. I was informed that, on average, a
complete wine label can be designed by LeBlanc Design for $5,000, including design,
compliance, and printing, although the costs for a complete label design can be as low as $3,000.

     I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct. Executed this 4 day of April, 2008, at Napa, California.

                                                    JULIE KOETZNER

JULIE KOETZNER DECLARATION                    2
CASE NO. CV 08-00858 JF

**Exhibit 1**

Case 5:08-cv-00858-JF  Document 19  Filed 04/04/2008  Page 3 of 6

# ICON
### DESIGN GROUP

A Full Service Agency Specializing in Package Design & Image Development

TEL (707) 252-6666
FAX (707) 252-6742

Bounty Hunter Rare Wine & Provisions
975 First Street
Napa CA 94559

January 18, 2006

# INVOICE

#011806

Justice Series

Packaga Design

Phase One        $5,000.00

**COMPLETED**

Thank you,

Jeffrey Caldewey

Please make check payable to:
Jeffrey Caldewey
7 Fern Ave.
Belvedere, CA 94920

# ICON
#### DESIGN GROUP

A Full Service Agency Specializing in Package Design & Image Development

TEL (707) 252-6666
FAX (707) 252-6742

Bounty Hunter Rare Wine & Provisions
975 First Street
Napa, CA 94559

March 16, 2006

# INVOICE

#031606

Justice Series

Package Design

Phase Two          $5,000.00

Thank you,

Jeffrey Caldewey

COMPLETED

Please make check payable to:
Jeffrey Caldewey
7 Fern Ave.
Belvedere, CA 94920

# ICON
### DESIGN GROUP

A Full Service Agency Specializing in Package Design & Image Development

TEL (707) 252-6666
FAX (707) 252-6742

Bounty Hunter Rare Wine & Provisions
975 First Street
Napa, CA 94559

April 20, 2006

# INVOICE

#042006

Justice Series

**COMPLETED**

Package Design

Phase Three          $5,000.00

Thank you,

*Jeffrey Caldewey*

Please make check payable to:
Jeffrey Caldewey
7 Fern Ave.
Belvedere, CA 94920