J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
WINE SCOUT INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wine Scout International | CASE NO. CV 08-00858 JF |
| Plaintiff and Counterdefendant, | **STATEMENT OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16** |
| vs. | |
| Garcia Family Vineyards, Inc. | |
| Defendant and Counterclaimant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: 4/14/08

Respectfully submitted,

DICKENSON PEATMAN & FOGARTY

By
J. Scott Gerien
Megan Ferrigan Healy

Attorneys for Plaintiff,
Wine Scout International