## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, April 18, 2008
**Case Number:** CV-08-858-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | WINE SCOUT INTERNATIONAL V. GARCIA FAMILY VINEYARDS |
|---|---|
| | **PLAINTIFF** — **DEFENDANT** |
| | Attorneys Present: J. Scott Gerien, Megan Healy — Attorneys Present: John Villines |

PROCEEDINGS:

   Hearing on Motion for Preliminary Injunction held.   Parties are present. The motion is taken under submission.  The case is referred to Magistrate Judge Richard Seeborg for settlement conference, to occur within 30 days.  The case management conference set on 5/30/08 is moved to 5/23/08 at 10:30 a.m.