UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __4 hrs__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__   DATE: __4/28/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 08-00858JF__

CASE TITLE: __WINE SCOUT INTERNATIONAL__ VS. __GARCIA FAMILY VINEYARDS__

**Appearances for Plaintiff(s)**         **Appearances for Defendant(s)**

__J. SCOTT GERIEN__                        __JOHN VILLINES__

__MEGAN FERRIGAN HEALY__

**TODAY'S PROCEEDINGS**

{X} SETTLEMENT CONF.   { } PRETRIAL CONF.   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }    { }    { }    1.
{ }    { }    { }    2.
{ }    { }    { }    3.
{ }    { }    { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED   [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED   [ ] DENIED   [ ] SUBMITTED   [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: __CONFIDENTIAL SETTLEMENT IS PLACED ON THE RECORD.__