J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
WINE SCOUT INTERNATIONAL

JOHN W. VILLINES, State Bar No. 193672
JV LAW
726 14th Street, Suite E
Modesto, California 95358-0002
Telephone: (209) 524-9903
Facsimile: (209) 524-6655

Attorneys for Plaintiff
GARCIA FAMILY VINEYARDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wine Scout International<br><br>   Plaintiff and Counterdefendant,<br><br>vs.<br><br><br>Garcia Family Vineyards, Inc.<br><br>   Defendant and Counterclaimant. | CASE NO. CV 08-00858 JF<br><br>**STIPULATED MOTION TO SUSPEND PROCEEDINGS FOR SIXTY (60) DAYS PENDING FORMALIZATION OF SETTLEMENT; [PROPOSED] ORDER** |

STIPULATED MOTION TO SUSPEND    1    CASE NO. CV 08-00858 JF
PROCEEDINGS FOR SIXTY (60) DAYS
PENDING FORMALIZATION OF
SETTLEMENT; [PROPOSED] ORDER

1    Following a settlement conference with Magistrate Judge Seeborg, the Parties have
2 reached a settlement in principle.  So that the Parties may prepare and finalize a settlement
3 agreement and perform their respective obligations pursuant to such settlement agreement, the
4 Parties respectfully request that proceedings in the case be suspended for sixty (60) days and that
5 all upcoming deadlines, including the Case Management Conference, be taken off calendar.  It is
6 the Parties' goal to have a stipulated motion to dismiss filed before the end of such 60-day period.

7
8                                                        Respectfully submitted,
9
10   Dated: _____          DICKENSON, PEATMAN & FOGARTY
11                                                        By _____/s/ J. Scott Gerien_____
                                                               J. Scott Gerien
12                                                             Megan Ferrigan Healy
13                                                        Attorneys for Plaintiff,
                                                          Wine Scout International
14
15
16   Dated: _____          JV LAW
17                                                        By _____/s/ John W. Villanes_____
                                                               John W. Villanes
18
19                                                        Attorneys for Defendant,
                                                          Garcia Family Vineyards, Inc.
20
21
22
23
24
25
26

# [PROPOSED] ORDER

1  IT IS SO ORDERED.

2

3

4  Date: _____    _____
The Honorable Jeremy Fogel
U.S. District Court Judge