\*\*E-filed 5/8/08\*\*

1  J. SCOTT GERIEN, State Bar No. 184728
   MEGAN FERRIGAN HEALY, State Bar No. 229177
2  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Plaintiff
   WINE SCOUT INTERNATIONAL
6

7  JOHN W. VILLINES, State Bar No. 193672
   JV LAW
8  726 14th Street, Suite E
   Modesto, California  95358-0002
9  Telephone: (209) 524-9903
   Facsimile: (209) 524-6655
10
   Attorneys for Plaintiff
11 GARCIA FAMILY VINEYARDS, INC.

12

13                    UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15

16 | Wine Scout International | CASE NO. CV 08-00858 JF
17 |                          |
   | Plaintiff and Counterdefendant, | **STIPULATED MOTION TO SUSPEND PROCEEDINGS FOR SIXTY (60) DAYS PENDING FORMALIZATION OF SETTLEMENT; [PROPOSED] ORDER**
18 |                          |
19 | vs.                      |
20 |                          |
21 |                          |
   | Garcia Family Vineyards, Inc. |
22 |                          |
   | Defendant and Counterclaimant. |
23

24

25

26

STIPULATED MOTION TO SUSPEND                1           CASE NO. CV 08-00858 JF
PROCEEDINGS FOR SIXTY (60) DAYS
PENDING FORMALIZATION OF
SETTLEMENT; [PROPOSED] ORDER

Following a settlement conference with Magistrate Judge Seeborg, the Parties have reached a settlement in principle.  So that the Parties may prepare and finalize a settlement agreement and perform their respective obligations pursuant to such settlement agreement, the Parties respectfully request that proceedings in the case be suspended for sixty (60) days and that all upcoming deadlines, including the Case Management Conference, be taken off calendar.  It is the Parties' goal to have a stipulated motion to dismiss filed before the end of such 60-day period.

Respectfully submitted,

Dated: _____    DICKENSON, PEATMAN & FOGARTY

By   /s/ J. Scott Gerien
     J. Scott Gerien
     Megan Ferrigan Healy

     Attorneys for Plaintiff,
     Wine Scout International

Dated: _____    JV LAW

By   /s/ John W. Villanes
     John W. Villanes

     Attorneys for Defendant,
     Garcia Family Vineyards, Inc.

# [PROPOSED] ORDER

IT IS SO ORDERED.

Date: __5/8/08_____        _____
                                         The Honorable Jeremy Fogel
                                         U.S. District Court Judge