J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff and Counterdefendant
WINE SCOUT INTERNATIONAL

JOHN W. VILLINES, State Bar No. 193672
JV LAW
726 14th Street, Suite E
Modesto, California  95358-0002
Telephone: (209) 524-9903
Facsimile: (209) 524-6655

Attorneys for Defendant and Counterclaimant
GARCIA FAMILY VINEYARDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Wine Scout International | CASE NO. CV 08-00858 JF |
|---|---|
| Plaintiff and Counterdefendant, | **STIPULATED NOTICE OF DISMISSAL** |
| vs. | |
| Garcia Family Vineyards, Inc. | |
| Defendant and Counterclaimant. | |

Following a settlement conference with Magistrate Judge Seeborg on April 28, 2008, the Parties, Wine Scout International ("Plaintiff and Counterdefendant") and Garcia Family Vineyards, Inc. ("Defendant and Counterclaimant") (collectively, the "Parties"), reached a settlement in principle. The Parties subsequently prepared and finalized a settlement agreement and have now each performed their respective obligations pursuant to such settlement agreement.

Therefore, notice is hereby given that pursuant to Fed.R.Civ.Pro. 41(a), the Parties voluntarily dismiss the above-captioned action without prejudice.

Respectfully submitted,

Dated: __October 10, 2008__   DICKENSON, PEATMAN & FOGARTY

By ____/s/ J. Scott Gerien____
J. Scott Gerien
Megan Ferrigan Healy

Attorneys for Plaintiff and Counterdefendant,
Wine Scout International

Dated: __October 10, 2008__   JV LAW

By ____/s/ John W. Villines____
John W. Villines

Attorneys for Defendant and Counterclaimant,
Garcia Family Vineyards, Inc.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Date: 10/20/08

The Honorable Jeremy Fogel
U.S. District Court Judge